IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-1230-GMS |
| v, ) | |
| ) | |
| THERMO ELECTRON CORP., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 6, 2005, copies of the (i) Defendant Thermo Electron Corporation's First Set of Document Requests (Nos.55-129) and (ii) Defendant Thermo Electron Corporation's First Set of Interrogatories (Nos.29-50) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Kelly E. Farnan* (signature)
Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000


Dated:   May 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19899

I hereby certify that on May 5, 2005, I sent the foregoing document by telecopy to the following non-registered participant:

> James Galbraith, Esquire
> Kenyon & Kenyon
> One Broadway
> New York, NY  10004

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED:   May 5, 2005