IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

APPLERA CORPORATION, et al.,            )
                                        )
                    Plaintiffs,         )
                                        )        Civil Action No. 04-1230-GMS
            v,                          )
                                        )
THERMO ELECTRON CORP.,                  )
                                        )
                    Defendants.         )

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Mary Rose Scozzafava of Wilmer Cutler Pickering Hale and Door

LLP to represent defendant Thermo Electron Corp. in this matter. The annual fee of $25.00 has

previously been submitted to the Clerk's Office in accordance with Standing Order for District

Court Fund effective January 1, 2005.

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700

Dated: May 6, 2005

Attorneys for Defendant

SO ORDERED this _____ day of May, 2005

_____
U.S.D.J.

RLF1-2869090-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's Office.

Mary Rose Scozzafava
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DATE:  April     , 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing, and hand

delivered, to the following:

> Josy W. Ingersoll
> Adam W. Poff
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19899

I hereby certify that on May 6, 2005, I sent the foregoing document by telecopy to the following

non-registered participant:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY   10004

> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC  20036

_Kelly E. Farnan_
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)

DATED:   May 6, 2005

RLF1-2797915-1