IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Plaintiffs and<br>    Counter-Defendants,<br><br>    v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant and<br>    Counter-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1230-GMS |
| THERMO FINNIGAN LLC<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>    v.<br><br>APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Defendants and<br>    Counter-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-110-GMS<br><br>(Consolidated) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) to be served on May 6, 2005 on the following counsel of record in the manner indicated:

WP3:1110104.1                                                                                                              63533.1001

**BY HAND DELIVERY**

        Frederick L. Cottrell, III, Esquire
        Steve Fineman, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, Delaware  19801

**BY FEDERAL EXPRESS**

        Wayne L. Stoner, Esquire
        WILMER CUTLER PICKERING HALE and DORR LLP
        60 State Street
        Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 6, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

        Frederick L. Cottrell, III, Esquire
        Steve Fineman, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, Delaware  19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
jingersoll@ycst.com
*Attorneys for Applera Corporation,*
*MDS, Inc., and Applied Biosystems/MDS*
*Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu

KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: May 6, 2005