IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Civil Action No.: 04-1230-GMS |
| THERMO FINNIGAN LLC,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Civil Action No.: 05-110-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 6, 2005, copies of Thermo Electron Corporation's and Thermo Finnigan LLC's Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a) were served on counsel as follows:

RLF1-2873356-1

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899


**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Huiya Wu, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036


*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Electron Corp.
and Thermo Finnigan LLC

OF COUNSEL:
William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Dated: May 9, 2005

RLF1-2873356-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2005, copies of the foregoing document were served on the following attorneys at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll
Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

**BY TELECOPY**
Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY  10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC  20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED:  May 9, 2005

RLF1-2860904-1