IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) ) | Civil Action No. 04-1230-GMS |
| v. | ) ) | |
| THERMO ELECTRON CORPORATION, | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of (1) Plaintiffs' First Set of Requests for Documents and Things Directed to Defendant Thermo Electron Corporation (Nos. 1-76) and (2) Plaintiffs' First Set of Interrogatories Directed to Defendant Thermo Electron Corporation (Nos. 1-15) to be served on May 10, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

        Frederick L. Cottrell, III, Esquire
        Steve Fineman, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

        Wayne L. Stoner, Esquire
        WILMER CUTLER PICKERING HALE and DORR LLP
        60 State Street
        Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 10, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

        Frederick L. Cottrell, III, Esquire
        Steve Fineman, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

        Wayne L. Stoner, Esquire
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Josy W. Ingersoll (#1088)
        Adam W. Poff (#3990)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6672
        apoff@ycst.com
        *Attorneys for Applera Corporation,*
        *MDS, Inc., and Applied Biosystems/MDS*
        *Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200


Dated: May 10, 2005