## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
Farnan@rlf.com

May 23, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King St.
Wilmington, DE 19801

Re:   Applera Corporation, et al. v. Thermo Electron Corp.;
      Thermo Finnigan LLC v. Applera Corporation,
      C.A. Nos. 04-1230, 04-1505 and 05-110

Dear Judge Sleet:

I write to request a two-week extension of the deadline to file a proposed protective order in the above captioned cases. Thermo has requested the extension and counsel for Applera, MDS, and AB/Sciex ("AB/Sciex") agrees to this extension. The extension is needed because of the unavailability of Thermo's counsel to meet and confer with counsel for AB/Sciex. Thermo apologizes to the Court for the delay. The parties intend to submit a stipulation for the Court's consideration tomorrow.

As always, if the Court has any questions, counsel remain available at the Court's convenience.

Respectfully,

Kelly E. Farnan

KEF:bw
cc:   Clerk of the Court (via e-filing and hand delivery)
      Josy W. Ingersoll, Esq. (via hand delivery)

RLF1-2879126-1