IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>  Plaintiffs and<br>  Counterclaim Defendants,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br>  Defendant and<br>  Counterclaim Plaintiff. | Civil Action No.: 04-1230-GMS<br>Civil Action No.: 05-110-GMS<br>CONSOLIDATED |
| THERMO FINNIGAN LLC,<br><br>  Plaintiff and<br>  Counterclaim Defendant,<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>  Defendants and<br>  Counterclaim Plaintiffs. | |
| THERMO FINNIGAN LLC,<br><br>  Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION,<br><br>  Defendant. | Civil Action No. 04-1505-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which the parties must submit a Protective Order in the above referenced matters is extended through and including June 6, 2005.

| | |
|---|---|
| /s/ Josy W. Ingersoll | /s/ Kelly E. Farnan |
| Josy W. Ingersoll (#1088) | Frederick L. Cottrell, III (#2555) |
| jingersoll@ycst.com | Cottrell@RLF.com |
| Adam W. Poff (#3990) | Kelly E. Farnan (#4395) |
| apoff@ycst.com | Farnan@RLF.com |
| Young, Conaway, Stargatt & Taylor, LLP | Richards, Layton & Finger |
| The Brandywine Building, 17th Floor | One Rodney Square |
| 1000 West Street | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Telephone: (302) 571-6672 | Telephone: (302) 651-7700 |
| Attorneys for Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments | Attorneys for Thermo Electron Corp. and Thermo Finnigan LLC |

Dated: May 24, 2005

Dated: May 24, 2005

APPROVED AND SO ORDERED this _____ day of May, 2005.

_____
U.S.D.J.