IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　Plaintiffs and<br>　　　Counterclaim Defendants,<br><br>　　　　　　v.<br><br>THERMO ELECTRON CORPORATION,<br>　　　Defendant and<br>　　　Counterclaim Plaintiff. | Civil Action No.: 04-1230-GMS<br>Civil Action No.: 05-110-GMS<br>CONSOLIDATED |
| THERMO FINNIGAN LLC,<br><br>　　　Plaintiff and<br>　　　Counterclaim Defendant,<br><br>　　　　　　v.<br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>　　　Defendants and<br>　　　Counterclaim Plaintiffs. | |
| THERMO FINNIGAN LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>APPLERA CORPORATION.<br><br>　　　　　　Defendant. | Civil Action No. 04-1505-GMS |

## STIPULATION AND ORDER

WP3:1118737.1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which the parties must submit a Protective Order in the above referenced matters is extended through and including June 17, 2005.

| | |
|---|---|
| /s/ Josy W. Ingersoll | /s/ Kelly E. Farnan |
| Josy W. Ingersoll (#1088) | Frederick L. Cottrell, III (#2555) |
| jingersoll@ycst.com | Cottrell@RLF.com |
| Adam W. Poff (#3990) | Kelly E. Farnan (#4395) |
| apoff@ycst.com | Farnan@RLF.com |
| Young, Conaway, Stargatt & Taylor, LLP | Richards, Layton & Finger |
| The Brandywine Building, 17th Floor | One Rodney Square |
| 1000 West Street | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Telephone: (302) 571-6672 | Telephone: (302) 651-7700 |
| Attorneys for Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments | Attorneys for Thermo Electron Corp. and Thermo Finnigan LLC |
| Dated: June 6, 2005 | Dated: June 6, 2005 |

APPROVED AND SO ORDERED this _____ day of June, 2005.

_____
U.S.D.J.