IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, <br><br>         Plaintiffs and <br>         Counter-Defendants, <br><br>    v. <br><br>THERMO ELECTRON CORPORATION, <br><br>         Defendant and <br>         Counter-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1230-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, MDS, Inc. and Applied Biosystems/MDS Sciex Instruments, caused copies of (1) AB/Sciex's Response to Defendant Thermo Electron Corporation's First Set of Document Requests (Nos. 55-129); and (2) AB/Sciex's Response to Defendant Thermo Electron Corporation's First Set of Interrogatories (Nos. 29-50) to be served on June 13, 2005 on the following counsel of record in the manner indicated:

**BY E-MAIL AND OVERNIGHT DELIVERY**

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801

Wayne L. Stoner, Esquire
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 14, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com
*Attorneys for Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200


Dated: June 14, 2005