IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Civil Action No.: 04-1230-GMS |
| THERMO FINNIGAN LLC,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Civil Action No.: 05-110-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 16, 2005, copies of (i) Defendant Thermo Electron Corporation's Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-15) and (ii) Defendant And Counter-Plaintiff Thermo Electron Corporation's Responses To Plaintiff And

Counter-Defendants' First Set Of Document Requests (Nos. 1-76) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Huiya Wu, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

OF COUNSEL:
William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Dated: June 16, 2005

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Electron Corp.
and Thermo Finnigan LLC

RLF1-2873356-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

>Josy W. Ingersoll
>Adam W. Poff
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19899

I hereby certify that on June 16, 2005, I sent the foregoing document by Federal Express to the following non-registered participant:

>Walter E. Hanley, Jr.
>James Galbraith
>Huiya Wu
>Kenyon & Kenyon
>One Broadway
>New York, NY 10004

>William G. James, II
>Fred T. Grasso
>Kenyon & Kenyon
>1500 K Street N.W., Suite 700
>Washington, DC 20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED: June 16, 2005

RLF1-2797915-1