IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> THERMO ELECTRON CORPORATION, <br><br> Defendant and Counter-Plaintiff. | Civil Action No. 04-1230-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, MDS, Inc. and Applied Biosystems/MDS Sciex Instruments, caused copies of (1) Plaintiffs' Second Set of Interrogatories Directed to Defendant Thermo Electron Corporation (Nos. 35-38) and (2) Plaintiffs' Second Set of Requests for Documents and Things Directed to Defendant Thermo Electron Corporation (Nos. 152-154) to be served on June 13, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware  19801

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> WILMER CUTLER PICKERING HALE and DORR LLP
> 60 State Street
> Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on July 1, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> _____
> Josy W. Ingersoll (#1088)
> Adam W. Poff (#3990)
> Karen E. Keller (#4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6672
> kkeller@ycst.com
> *Attorneys for Applera Corporation,*
> *MDS, Inc., and Applied Biosystems/MDS*
> *Sciex Instruments*

2

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200


Dated:  July 1, 2005

WP3:1127034.1                                                                                      63533.1001