IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-1230-GMS |
| v, ) | |
| ) | |
| THERMO ELECTRON CORP., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 15, 2005, copies of (i) Defendant Thermo Electron Corporation's Responses to Plaintiffs' Second Set of Interrogatories (Nos. 35-38) and (ii) Defendant and Counter-Plaintiff Thermo Electron Corporation's Responses to Plaintiff and Counter-Defendants' Second Set of Document Requests (Nos. 152-154) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

RLF1-2872477-1

                                      /s/ Kelly E. Farnan
                                  Frederick L. Cottrell, III (#2555)
                                  (Cottrell@RLF.com)
                                  Kelly E. Farnan (#4395)
                                  (Farnan@RLF.com)
                                  Richard, Layton & Finger
                                  One Rodney Square
                                  920 N. King Street
                                  P.O. Box 551
                                  Wilmington, DE 19899
                                  (302) 651-7700

OF COUNSEL:                            Attorneys for Thermo Finnigan LLC

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000


Dated: August 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

> Josy W. Ingersoll
> Adam W. Poff
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19899

I hereby certify that on August 15, 2005, I sent the foregoing document by Federal Express to the following non-registered participant:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY  10004

> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC  20036

_____
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED:   August 15, 2005

RLF1-2797915-1