IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 04-1230-GMS |
| v, | ) | |
| | ) | |
| THERMO ELECTRON CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBPOENAS DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Rules 24 and 45 of the Federal Rules of Civil Procedure and the Subpoenas Duces Tecum attached to this notice as Exhibit A and addressed to Waters Corporation, Latham & Watkins, LLP, and Pillsbury Winthrop Shaw Pittman LLP (together "the Subpoenaed Parties"), the Subpoenaed Parties will produce documents called for by the Subpoenas and Schedule A annexed thereto at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, on October 3, 2005 at 9:00 a.m.

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Thermo Electron Corporation

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: August 26, 2005

RLF1-2915596-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

>Josy W. Ingersoll
>Adam W. Poff
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19899

I hereby certify that on August 26, 2005, I sent the foregoing document by Federal Express to the following non-registered participant:

>Walter E. Hanley, Jr.
>James Galbraith
>Huiya Wu
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>William G. James, II
>Fred T. Grasso
>Kenyon & Kenyon
>1500 K Street N.W., Suite 700
>Washington, DC  20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED:  August 26, 2005

RLF1-2797915-1