IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., ) <br> and APPLIED BIOSYSTEMS/MDS SCIEX ) <br> INSTRUMENTS, ) <br> ) <br> Plaintiffs and ) <br> Counter-Defendants, ) <br> ) <br> v. ) <br> ) <br> THERMO ELECTRON CORPORATION, ) <br> ) <br> Defendant and ) <br> Counter-Plaintiff. ) | Civil Action No. 04-1230-GMS |
| THERMO FINNIGAN LLC ) <br> ) <br> Plaintiff and ) <br> Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> APPLERA CORPORATION, MDS, INC., ) <br> and APPLIED BIOSYSTEMS/MDS SCIEX ) <br> INSTRUMENTS, ) <br> ) <br> Defendants and ) <br> Counter-Plaintiffs. ) | Civil Action No. 05-110-GMS <br><br> (Consolidated) |

## STIPULATION AS TO CLAIM CHART EXCHANGE

The parties hereby stipulate, subject to the approval of the Court, to extend the schedule re claim term exchange as follows:

The current deadline for the parties to exchange claim terms and provide proposed constructions is October 5 and the deadline for the follow up met and confer is October 14. The parties have agreed to extend these deadlines to October 14 and October 21, respectively. The reasons are 1) the parties are continuing to work together to determine which claim terms are in

dispute prior to the submission of a joint claim construction chart by the October 28, 2005 deadline, and 2) the October 5 deadline falls on Rosh Hashanah. These extensions will not affect any other dates in the schedule.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Josy W. Ingersoll | /s/ Frederick L. Cottrell, III |
| Josy W. Ingersoll (ID No. 1088) | Frederick L. Cottrell, III (ID No. 2555) |
| Adam W. Poff (ID No. 3990) | Kelly E. Farnan (ID No. 4395) |
| The Brandywine Building | One Rodney Square |
| 1000 West Street, 17th Floor | 920 North King Street |
| P.O. Box 391 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899-0391 | 302-651-7701 |
| (302) 571-6672 | cottrell@rlf.com |
| jingersoll@ycst.com | *Attorneys for Thermo Electron Corp., And Thermo Finnigan LLC* |
| *Attorneys for Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments* | |

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.