# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

November 3, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   **Applera Corp., et al. v. Thermo Electron Corp., C.A. No. 04-1230-GMS**

Dear Judge Sleet:

Pursuant to District of Delaware Local Rule 7.1.4, Defendant Thermo Electron Corporation ("Thermo") respectfully requests that Your Honor hear oral argument on Defendant Thermo Electron Corporation's Motion for Leave to File an Amended Answer and Counterclaims. With the filing of Thermo's Reply Brief on October 31, 2005, the parties have concluded briefing on the Motion.

If Your Honor has any questions, counsel remains available at the Court's convenience.

Respectfully,

*Kelly E. Farnan*

Kelly E. Farnan (#4395)

KEF:kef
cc:   Clerk of the Court (via electronic filing)
      Josy W Ingersoll, Esq. (via electronic filing and hand delivery)

RLF1-2941513-1