IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Plaintiffs and<br>    Counter-Defendants,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant and<br>    Counter-Plaintiff. | Civil Action No. 04-1230-GMS |
| THERMO FINNIGAN LLC<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>v.<br><br>APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Defendants and<br>    Counter-Plaintiffs. | Civil Action No. 05-110-GMS<br><br>(Consolidated) |

## NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the document listed below has been manually filed with the Court due to its voluminous size and is maintained in paper form only in the case file in the Clerk's Office:

**APPENDIX TO CLAIM CONSTRUCTION
FOR U.S. PATENT NOS. 4,963,736 AND 6,528,784**

*[signature: Karen E. Keller]*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (# 1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Dated: November 18, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on November 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

I further certify that on November 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

> Wayne L. Stoner, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
> wayne.stoner@wilmerhale.com

DB01:1592466.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Plaintiffs Applera Corporation,
 MDS Inc., and Applied Biosystems/MDS Sciex
 Instruments