IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　　Plaintiffs,<br><br>v.<br><br>THERMO ELECTRON CORP.,<br>　　　　Defendant. | Civil Action No.: 04-1230 GMS |
| THERMO FINNIGAN LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　　Defendants. | Civil Action No.: 05-110 GMS |

### APPENDIX TO THERMO ELECTRON CORPORATION'S AND THERMO FINNIGAN LLC'S OPENING MARKMAN BRIEF

OF COUNSEL:

Wayne L. Stoner
Richard Goldenberg
Stephen M. Muller
John M. Golden
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: November 18, 2005

Frederick L. Cottrell, III (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Thermo Electron Corporation
and Thermo Finnigan, LLC

RLF1-2947965-1

## THERMO APPENDIX DOCUMENTS

| | | |
|---|---|---|
| TAB A | Prosecution History for U.S. Patent Application Serial No. 09/454,273. | TA 1 |
| TAB B | Excerpts from *American Heritage College Dictionary* (3d ed. 1993). | TA 124 |
| TAB C | Excerpts from *American Heritage Dictionary* (2d coll. ed. 1985). | TA 127 |
| TAB D | Excerpts from *American Heritage Dictionary of the English Language* (1982). | TA 134 |
| TAB E | Excerpts from *McGraw-Hill Dictionary of Scientific and Technical Terms* (5th ed. 1994). | TA 140 |
| TAB F | Excerpts from *McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989). | TA 144 |
| TAB G | Excerpts from *Merriam-Webster's Collegiate Dictionary* (10th ed. 1993). | TA 148 |
| TAB H | Excerpts from *Webster's Ninth New Collegiate Dictionary* (1988). | TA 151 |
| TAB I | Excerpts from *Webster's Third New International Dictionary* (1993). | TA 164 |
| TAB J | Excerpts from *Webster's Third New International Dictionary* (1986). | TA 171 |

| | | |
|---|---|---|
| TAB K | Excerpts from *Compendium of Analytical Nomenclature: Definitive Rules 1997* (3d ed. 1998). | TA 184 |
| TAB L | Kenneth L. Busch, "A Glossary for Mass Spectrometry," *Mass Spectrometry*, June 2002. | TA 189 |
| TAB M | Excerpts from John A. Dean, *Analytical Chemistry Handbook* (1995). | TA 198 |
| TAB N | James W. Hager, "Quadrupole Mass Spectrometer with Ion Traps to Enhance Sensitivity," U.S. Patent No. 6,504,148 B1 (issued Jan. 7, 2003). | TA 205 |
| TAB O | Applera's Opening Brief in Support of Their Motion for Summary Judgment on Defendants' Inequitable Conduct Defense and Antitrust Counterclaims, *Applera Corp. v. Micromass UK, Ltd.*, Civ. Action No. 00-105-RRM (D. Del., brief filed Oct. 22, 2001). | TA 221 |
| TAB P | Applera's Answering Brief in Opposition to Defendants' Motion for Summary Judgment that the '736 Patent Is Unenforceable Due to Inequitable Conduct, *Applera Corp. v. Micromass UK, Ltd.*, Civ. Action No. 00-105-RRM (D. Del., brief filed Nov. 20, 2001). | TA 297 |
| TAB Q | Excerpts from Micromass' Opening Claim Construction Brief, *Applera Corp. v. Micromass UK, Ltd.*, Civ. Action No. 00-105-RRM (D. Del.). | TA 333 |

RLF1-2947965-1

| | | |
|---|---|---|
| TAB R | Excerpts from Deposition of Donald Douglas, *Applera Corp. v. Micromass UK, Ltd.*, Civ. Action No. 00-105-RRM (D. Del. Aug. 24, 2001). | TA 335 |
| TAB S | American Society for Mass Spectrometry, *How Does the Analyzer Work?* (2001), at http://www.asms.org/whatisms/p.8.html. | TA 338 |

RLF1-2947965-1