

# Exhibit A

(Part 1)

US PTO 09/454273 12/03/99

| ISSUE CLASSIFICATION | Class | Subclass |
|---|---|---|

PATENT NUMBER

## U.S. **UTILITY** Patent Application

| O.I.P.E. | | PATENT DATE |
|---|---|---|
| SCANNED | O.A. | |

| CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|
| 250 | | 2981 | |

**TITLE OF INVENTION:**

**APPLICANT(S):**

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |
| | | | | |

| INTERNATIONAL CLASSIFICATION |
|---|
| | | |
| | | |
| | | |
| | | |

☐ Continued on Issue Slip Inside File Jacket

| ☐ **TERMINAL DISCLAIMER** | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |

☐ The term of this patent subsequent to _____ (date) has been disclaimed

(Assistant Examiner)    (Date)

**NOTICE OF ALLOWANCE MAILED**

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____

**ISSUE FEE**

| Amount Due | Date Paid |
|---|---|

(Primary Examiner)    (Date)

☐ The terminal _____ months of this patent have been disclaimed

(Legal Instruments Examiner)    (Date)

**ISSUE BATCH NUMBER**

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev 6/99)

FILED WITH:  ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM
(Attached in pocket on right inside flap)

## TA    1

(FACE)

T005769





JC518  U.S. PTO
**09/454273**
12/03/99

INITIALS _M.J.n._

# CONTENTS

|  | Date Received (Incl. C. of M.) or Date Mailed | ABANDONED |  | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. Application ___8___ papers. |  | 42. ___ | ___ |  |
| 2. _IDS_ | _12·3·99_ | 43. ___ | ___ |  |
| 3. _CFR_ | _2-18-00_ | 44. ___ | ___ |  |
| 4. _Rej Smith_ | _12.06.00_ | 45. ___ | ___ |  |
| 5. _(new) Dwgs_ | _1/16/01_ | 46. ___ | ___ |  |
| 6. _Abandonment_ | _6/28/4_ | 47. ___ | ___ |  |
| 7. _Request for Access_ | _1-24-05_ | 48. ___ | ___ |  |
| 8. ___ | ___ | 49. ___ | ___ |  |
| 9. ___ | ___ | 50. ___ | ___ |  |
| 10. ___ | ___ | 51. ___ | ___ |  |
| 11. ___ | ___ | 52. ___ | ___ |  |
| 12. ___ | ___ | 53. ___ | ___ |  |
| 13. ___ | ___ | 54. ___ | ___ |  |
| 14. ___ | ___ | 55. ___ | ___ |  |
| 15. ___ | ___ | 56. ___ | ___ |  |
| 16. ___ | ___ | 57. ___ | ___ |  |
| 17. ___ | ___ | 58. ___ | ___ |  |
| 18. ___ | ___ | 59. ___ | ___ |  |
| 19. ___ | ___ | 60. ___ | ___ |  |
| 20. ___ | ___ | 61. ___ | ___ |  |
| 21. ___ | ___ | 62. ___ | ___ |  |
| 22. ___ | ___ | 63. ___ | ___ |  |
| 23. ___ | ___ | 64. ___ | ___ |  |
| 24. ___ | ___ | 65. ___ | ___ |  |
| 25. ___ | ___ | 66. ___ | ___ |  |
| 26. ___ | ___ | 67. ___ | ___ |  |
| 27. ___ | ___ | 68. ___ | ___ |  |
| 28. ___ | ___ | 69. ___ | ___ |  |
| 29. ___ | ___ | 70. ___ | ___ |  |
| 30. ___ | ___ | 71. ___ | ___ |  |
| 31. ___ | ___ | 72. ___ | ___ |  |
| 32. ___ | ___ | 73. ___ | ___ |  |
| 33. ___ | ___ | 74. ___ | ___ |  |
| 34. ___ | ___ | 75. ___ | ___ |  |
| 35. ___ | ___ | 76. ___ | ___ |  |
| 36. ___ | ___ | 77. ___ | ___ |  |
| 37. ___ | ___ | 78. ___ | ___ |  |
| 38. ___ | ___ | 79. ___ | ___ |  |
| 39. ___ | ___ | 80. ___ | ___ |  |
| 40. ___ | ___ | 81. ___ | ___ |  |
| 41. ___ | ___ | 82. ___ | ___ |  |

(LEFT OUTSIDE)

T005770

**TA    2**



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 250 | 288 | 12/04/00 | JB |
| | 282 | | |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|------|-------|
| EAST | 12/04/00 | JB |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| | | | |

(RIGHT OUTSIDE)

**TA    3**

T005771

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | 109864 | 12/15 |
| O.I.P.E. CLASSIFIER | MW | 59 | 12-29-99 |
| FORMALITY REVIEW | | 72346 | 1-10-00 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| ✔ | ............................ Rejected | N | ............................ Non-elected |
|---|---|---|---|
| = | ............................ Allowed | I | ............................ Interference |
| – | (Through numeral) Canceled | A | ............................ Appeal |
| ÷ | ............................ Restricted | O | ............................ Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | | Final | Original | | Final | Original | |
| | 1 | ✔ | | 51 | | | 101 | |
| | 2 | ✔ | | 52 | | | 102 | |
| | 3 | ✔ | | 53 | | | 103 | |
| | 4 | ✔ | | 54 | | | 104 | |
| | 5 | ✔ | | 55 | | | 105 | |
| | 6 | ✔ | | 56 | | | 106 | |
| | 7 | ✔ | | 57 | | | 107 | |
| | 8 | ✔ | | 58 | | | 108 | |
| | 9 | | | 59 | | | 109 | |
| | 10 | | | 60 | | | 110 | |
| | 11 | | | 61 | | | 111 | |
| | 12 | | | 62 | | | 112 | |
| | 13 | | | 63 | | | 113 | |
| | 14 | | | 64 | | | 114 | |
| | 15 | | | 65 | | | 115 | |
| | 16 | | | 66 | | | 116 | |
| | 17 | | | 67 | | | 117 | |
| | 18 | | | 68 | | | 118 | |
| | 19 | | | 69 | | | 119 | |
| | 20 | | | 70 | | | 120 | |
| | 21 | | | 71 | | | 121 | |
| | 22 | | | 72 | | | 122 | |
| | 23 | | | 73 | | | 123 | |
| | 24 | | | 74 | | | 124 | |
| | 25 | | | 75 | | | 125 | |
| | 26 | | | 76 | | | 126 | |
| | 27 | | | 77 | | | 127 | |
| | 28 | | | 78 | | | 128 | |
| | 29 | | | 79 | | | 129 | |
| | 30 | | | 80 | | | 130 | |
| | 31 | | | 81 | | | 131 | |
| | 32 | | | 82 | | | 132 | |
| | 33 | | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | | | 85 | | | 135 | |
| | 36 | | | 86 | | | 136 | |
| | 37 | | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

TA    4

T005772

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)
*U.S. GPO 1998-433-214/60434

T005773

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/454,273 | 12/03/99 | 250 | 2878 | A-67824/AJT |

APPLICANT

REGI TANG, CUPERTINO, CA; ALAN E. SCHOEN, SARATOGA, CA; JEAN-JACQUES
DUNYACH, SAN JOSE, CA.

**CONTINUING DOMESTIC DATA***************************
VERIFIED

_____

**371 (NAT'L STAGE) DATA***********************
VERIFIED

_____

**FOREIGN APPLICATIONS***************
VERIFIED

_____

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 01/10/00

| Foreign Priority claimed ☐yes ☐no 35 USC 119 (a-d) conditions met ☐yes ☐no ☐Met after Allowance Verified and Acknowledged    Examiner's Initials          Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
|  | CA | 8 | 9 | 4 |

ADDRESS

ALDO J TEST
FLEHR HOHBACH TEST
ALBRITTON & HERBERT LLP
SUITE 3400 FOUR EMBARCADERO CENTER
SAN FRANCISCO CA 94111

TITLE

MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND
METHOD OF OPERATION

| FILING FEE RECEIVED | 8 Shts of formal Dwgs filed 11/18/0 FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees ☐ 1.16 Fees (Filing) ☐ 1.17 Fees (Processing Ext. of time) ☐ 1.18 Fees (Issue) ☐ Other ☐ Credit |
|---|---|---|
| $1,098 | | |

**TA    6**

T005774

09/454273

- 14 -

## ABSTRACT

There is described an interface for delivering ions generated in an ion source into a mass analyzer in a chamber under vacuum pressure. In particular, the interface employs two consecutive ion guides operated to dissociate adduct ions formed in the
5      ion source or high pressure regions of the interface between the ion source and the mass analyzer, thus improving the limit of detection or limit of quantitation of the mass analyzer by increasing the analyte ion current.

A-67824/AJT  November 24, 1999                                          (133144)

TA     7

T005775

## MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE
## INTERFACE AND METHOD OF OPERATION

5   Field of the Invention

This invention relates generally to mass spectrometry, and more particularly to
mass spectrometers employing atmospheric pressure ion sources such as electrospray
or atmospheric pressure chemical ionization. More particularly, the invention relates
to the use of two consecutive ion guides between the ion source and the mass analyzer

10   to dissociate adduct ions, thus increasing the ion current for the analytically useful
molecular species.

Background of the Invention

Generally, the interface between the atmospheric pressure ion source and the

15   mass analyzer includes a capillary tube or other restrictive aperture which determines
ion and gas throughput between the atmospheric pressure ionization region and a
lower pressure region. The ions are drawn through the capillary or other restrictive
aperture and directed to a downstream conical skimmer with a small aperture through
which the sample ions flow. A tube lens or other electrostatic or electrodynamic

20   focusing element may be associated with the capillary to force ions to the center of the
jet stream leaving the capillary to thereby increase the ion transmission through the
aperture of the skimmer. Reference is made to U.S. Patent No. 5,157,260 which
describes the operation of an atmospheric pressure ionization source, capillary lens and
conical skimmer. One or more vacuum stages are interposed between the skimmer

A-67824/AJT  November 24, 1999                                    (133144)

T005776

- 2 -

and the mass analyzer which is operated at vacuum pressures in the free molecular

flow region.

The prior art interface vacuum stages have included ion guides to transfer the

ions through the stages of decreasing pressure into the mass analyzer. In many prior

5   art systems, the ions are guided by electrostatic lenses. In other systems, the ions are

guided by electrodynamic multipole ion guides.

The use of an r.f.-only octopole ion guide for focusing and guiding ion beams

has been described by Teloy and Gerlich (Chem. Phys., Vol. 4, p. 417, 1974) and

Jarrold et. al. (Mol. Phys., Vol. 39, p. 787, 1980).

10  The dissociation of mass-selected ions in an r.f.-only quadrupole by collision

with a target gas at low translational energies ($E_{lab}$ < about 100 eV) has been described

by R. A. Yost and C. G. Enke et. al. (Anal. Chem., Vol. 51, p. 1251a, 1979), and

Dawson et. al. (Int. J. Mass Spec. Ion Proc., Vol. 42, p. 195, 1982).

McIver et. al. described the use of an r.f.-only quadrupole ion guide for guiding

15  a beam of mass-selected ions into a Fourier-transform ion cyclotron resonance mass

analyzer (Int. J. Mass Spec. Ion Proc., Vol. 64, p. 67, 1985).

Szabo described the theory of operation for multipole ion guides with various

electrode structures (Int. J. Mass Spec. Ion Proc., Vol. 73, pp. 197-312, 1986).

Efficient transport of ions through vacuum chambers by multipole ion guides

20  has been described by Smith et. al. (Anal. Chem., Vol. 60, pp. 436-441, 1988).

Beu et. al. described the use of three quadrupole ion guides to transport ions

from an atmospheric pressure ionization source through three vacuum pumping stages

into a Fourier-transform ion cyclotron resonance mass analyzer (J. Am. Soc. Mass

Spec., Vol. 4, pp. 557-565, 1993).

25  U.S. Patent No. 4,963,736 describes the use of a multipole ion guide in the first

pumping stage of a two-stage system. Operation of the multipole ion guide in certain

length-times-pressure regimes is claimed for the purposes of enhancing ion signal.

U.S. Patent No's. 5,179,278 and 5,811,800 describe the temporary storage of

ions in an rf multipole rod system for subsequent analysis in an r.f. quadrupole ion trap

30  mass spectrometer. This is done for the purpose of matching the time scales of

A-67824/AJT  November 24, 1999                                    (133144)

TA    9

T005777

- 3 -

compounds eluting from chromatographic or electrophoretic separation devices to the time scale of mass spectrometric analyses performed by an r.f. quadrupole ion trap.

U.S. Patent No. 5,432,343 describes an ion focusing lensing system for interfacing an atmospheric pressure ionization source to a mass spectrometer. It

5    describes the use of an electrostatic lens in a transition flow pressure region of the interface, claiming benefit of independent adjustment of operating voltages controlling the collisionally induced dissociation and declustering processes. Enhancement of ion beam transmission into the mass analyzer is also claimed.

U.S. Patent No. 5,652,427 describes in one embodiment a system in which a

10    multiple ion guide extends between two vacuum stages and in another embodiment a system which includes a multipole in each of two adjacent stages. Improved performance and lower cost are claimed.

U.S. Patent No. 5,852,294 describes the construction of a miniature multipole ion guide assembly.

15    A goal to be achieved in all single or multiple interface vacuum chambers is to transport as many protonated molecular cations or molecular anions as possible from the atmospheric pressure ionization source to the mass analyzer. However, many solvent adduct ions which are formed in the high pressure region travel through the interface vacuum chambers into the analyzer. The process of solvent adduction in the

20    mass spectrometer system is generally considered to be a non-covalent association between sample ions of interest and neutral solvent molecules. Thus, in the case of introduction of an analyte into an electrospray or atmospheric pressure chemical ionization source, the ion current produced from that analyte may be divided between the protonated molecular cation or molecular anion and one or more solvent adduct

25    species. Specific detection is usually accomplished by monitoring the ion signal, or derivative of that signal, for one specific mass. In the case where solvent adducts are formed, the limit of detection or limit of quantitation for the analyte is reduced.

Experimental evidence indicates that these adduct ions are predominantly formed in the high pressure regions of the system ranging from the API source region

30    through the interface vacuum regions. The degree of adduction varies directly with the pressures in these regions. The formation of adduct ions significantly reduces the

A-67824/AJT  November 24, 1999                                    (13314)

T005778

- 4 -

abundance of sample analyte ions. Furthermore, the adduct ions which enter into the
mass analyzer complicates the mass spectrum and make the identification of mass
peaks more difficult.

5    Objects and Summary of the Invention

It is an object of the present invention to provide a mass spectrometer system
employing an ion source with multiple ion guides configured and operated to convert
adduct ions into sample ions and a method of operating multiple ion guides to convert
adduct ions into sample ions to thereby increase the analyte ions current and sensitivity
10    of the mass spectrometer system.

In accordance with the invention, there is provided a mass spectrometer
including a mass analyzer disposed in a high vacuum chamber for analyzing ions
formed in an ionization source which includes first and second evacuated interface
chambers immediately preceding the mass analyzer chamber, with the first interface
15    chamber being at a higher pressure than the second interface chamber, and including a
first ion guide for guiding ions from the ion source into said second interface chamber
which includes a second multipole ion guide for guiding the ions from the first
interface chamber into the high vacuum analyzer chamber for analysis. Both r.f. and
DC potentials are applied to the said first and second ion guides to ensure ion focusing
20    and transmission through related vacuum chamber. A first ion lens is disposed at the
input of the first interface chamber for directing ions into the first multipole ion guide,
an interchamber ion lens is disposed between the first and second interface chambers
for directing ions into said second multipole ion guide, and an ion lens or a lens stack
is disposed between the second interface chamber and the analyzer chamber for
25    directing ions into said analyzer for analysis. These ion lenses also serve as gas
conductance restrictors between said interface chambers.

A DC voltage source is connected to provide a potential difference between the
interchamber lens and the second multipole ion guide which defines the ion's
translational kinetic energy as it enters the second interface chamber. The ion's kinetic
30    energy is chosen such that at the vacuum pressure of the second interface chamber
adduct ions are converted into sample ions by collision induced dissociation without

A-67824/AJT November 24, 1999                                    (133141)

TA    11                                                    T005779

- 5 -

fragmentation of sample ions whereby the sample ion current entering the analyzer is increased, thereby increasing the sensitivity of the mass spectrometer system.

There is provided a method of mass analyzing ions produced in an atmospheric pressure ionization source in which adduct ions formed in the mass spectrometer
5    system are dissociated prior to analysis to increase the analyte ion current to the mass analyzer and the sensitivity of the mass spectrometer system.

There is provided a method of operating a mass spectrometer system in which an analyzer in a vacuum chamber analyzes ions formed in an atmospheric pressure ionization source. The system includes first and second multipole ion guides disposed
10    in serial first and second evacuated chambers immediately preceding the analyzer. The method comprises applying a DC voltage between the ion lens and the second multipole ion guide which has an amplitude selected to dissociate any adduct ions at the pressure of the second chamber without fragmenting the sample ions whereby to increase the sample ion current directed into the analyzer and the sensitivity of the
15    mass spectrometer system.

<u>Brief Description of the Drawings</u>

The foregoing and other objects of the invention will be more clearly understood from the following description when read in conjunction with the
20    accompanying drawings in which:

Figure 1 is a schematic view of a mass spectrometer system including an atmospheric pressure ion source coupled to a tandem mass analyzer through evacuated interface chambers with multipole ion guides.

Figures 2A and 2B show the mass spectra for an injection of Alprazolam in a
25    liquid stream flowing at 400 microliters per minute (μl/min) with -5V DC offset and -15V DC offset applied to the second ion guide.

Figures 3A and 3B show the mass spectra for an injection of Alprazolam in a liquid stream flowing at 1 milliliter per minute (ml/min) with -5V and -15V DC offset applied to the second ion guide.

A-67824/AJT  November 24, 1999                    (133144)

TA    12

T005780

- 6 -

Figures 4A and 4B show the mass spectra for an injection of codeine-d3 in a liquid stream flowing at 400 μl/min with -5V DC offset and -15V DC offset applied to the second ion guide.

Figures 5A and 5B show the mass spectra for an injection of codeine-d3 in a liquid stream flowing at 1 ml/min with -5V DC offset and -15V DC offset applied to the second ion guide.

Figures 6A and 6B show the mass spectra for an injection of acetaminophen in a liquid stream flowing at 400 μl/min flow with -5V DC offset and -15V DC offset applied to the second ion guide.

Figures 7A and 7B show the mass spectra for an injection of Ibuprofen in a liquid stream flowing at 400 μl/min with +5V DC offset and +15V DC offset applied to the second ion guide.

Figure 8 is a schematic view of a mass spectrometer system as in Figure 1 with a single quadrupole mass analyzer rather than a tandem mass analyzer or other suitable mass analyzer.

Description of Preferred Embodiments

Referring to Figure 1, an atmospheric pressure ion source in chamber 11 is interfaced to a tandem mass analyzer 12 via three vacuum pumping stages. The first stage 13 which has the highest pressure is evacuated by an oil-filled rotary vane vacuum pump 14. Other types of vacuum pumps may also be used for this stage, such as a diaphragm pump or scroll pump. A typical pressure for first stage 13 is between 1 and 2 Torr. The second and third stages 16 and 17 are separated by a lens 18 with an orifice 19, which in one example was 1.5 mm in diameter, and can be evacuated by a hybrid or compound turbomolecular pump 21 which includes both turbomolecular and molecular drag pumping stages, and may have multiple inlets into each of these pumping stages, or by individual vacuum pumps (not shown). As will be explained in accordance with the present invention, the pressure in chamber 16 is below 500 mTorr preferably below 250 mTorr, and more preferably below 175 mTorr; and the pressure in chamber 17 is below 1 mTorr, preferably below 0.7 mTorr, and more preferably

TA    13

T005781

- 7 -

below 0.5 mTorr. The pressure in the tandem mass analyzer chamber is approximately
$1 \times 10^{-5}$ Torr or below.

The atmospheric pressure ion source may be an electrospray ion source or
atmospheric pressure chemical ionization source. With either ion source, sample

5   liquid is introduced into the chamber 11, which is at atmospheric pressure, and
ionized. The ions are drawn through a capillary 22, which may be heated, into
chamber 13. The end of the capillary is opposite a conical skimmer 24 which includes
a central orifice or aperture 26. The skimmer separates the low pressure stage 13 from
the lower pressure stage 16. A portion of the ion and gas flow is skimmed from the

10   free jet expansion leaving the capillary and enters the second lower pressure stage.
The ions which travel through the skimmer are guided into the mass analyzer by first
and second multipole ion guides 27 and 28. In one example, the ion guides are square
quadrupoles. The guide 27 is 1.25 inches long and the guide 28 is 3.37 inches with the
rods separated by 0.118 inches (3 mm). The ion guides are mounted coaxially using

15   polycarbonate holders (not shown). The quadrupole ion guides are operated by
applying AC voltages 31 and 32 to the poles which guide ions as is well known. Ions
which enter the second and third stages drift under the influence of DC voltage 33
applied between the skimmer lens 24 and lens 18, and by DC voltage 34 applied
between the lens 18 and the lens 36.

20   As discussed above, solvent adduct ions are formed in the high pressure
regions ranging from the atmospheric pressure region to the quadrupole ion guide
stages or regions. The degree of adduction is believed to vary directly with the
pressure in these regions. The formation of adduct ions can significantly reduce the
abundance of sample analyte ions which reach the analyzer. Consequently, effective

25   conversion of the adduct ions into protonated molecular cations or molecular anions
ions can greatly enhance the sample ion current and the sensitivity of the mass
spectrometer system.

We have discovered that the solvent adduct ions can be dissociated and
converted into sample ions in the second ion guide 28 by applying a small DC offset

30   voltage between the ion guide 28 and the lens 18 to increase the energy of the solvent
adduct ions. An additional 10 volts DC offset applied to the second ion guide (usually

A-67824/AJT November 24, 1999

(133144)

TA   14

T005782

- 8 -

used with a standard 5 V DC offset) is sufficient to convert the solvent adducts into the protonated molecular cation or molecular anion for all compounds tested. In addition, this offset voltage is insufficient to cause fragmentation of the analyte ions at the pressure of the second stage.

5      Both pumping efficiency and solvent adduction were evaluated. The pumping requirement and vacuum condition on the double ion guide system were compared to a standard TSQ 7000 system sold by ThermoQuest Corporation under the same gas load conditions. Several different compounds including a) acetaminophen; b) Alprazolam; c) codeine-d3; d) ibuprofen were used to investigate the degree of solvent adduction,

10     conversion to protonated molecular cation or molecular anion, and fragmentation of the protonated molecular cation or molecular anion. The solvent used in the experiment was 50:50 acetonitrile:water + 5mM ammonium acetate adjusted to a pH of 4.5. Table 1 lists the main experimental conditions, compound, molecular weight and type of solvent adduction investigated.

15     TABLE 1

| Compound | Molecular Weight | Solvent Adduct | Ion Polarity | LC Flow (µl/min) | Sample Injected (ng) |
|----------|------------------|----------------|--------------|------------------|----------------------|
| Acetaminophen | 151 | Acetonitrile | Positive | 400 | 500 |
| Alprazolam | 308 | Acetonitrile | Positive | 400 - 1000 | 1.6 |
| Codeine-d3 | 302 | Acetonitrile | Positive | 400 - 1000 | 50 |
| Ibuprofen | 206 | Acetate | Negative | 200 | 50 |

Figures 2-7 show the comparative mass spectra for the four different compounds used in the evaluation under standard (±5 V DC) offset and an incremental 10 V DC (±15 V DC total) offset conditions between the interstage ion lens 18 and the second multipole ion guide 28 indicating that the signal intensity and peak area for the protonated molecular cations or molecular anions can be significantly enhanced by the application of the increased DC offset on the second multipole ion guide 28

35     Figure 2A shows the mass scan for Alprazolam at 400 µl/min liquid chromatograph flow with the standard -5 volt offset, and Figure 2B shows Alprazolam

A-67824/AJT November 24, 1999                                    (133144)

TA     15

T005783

- 9 -

with an incremental 10 volts of offset at the same flow rate. The increased sample ion signal produced by the incremental offset voltage is apparent.

Figures 3A and 3B show the mass spectra for Alprazolam at 1 ml/min flow. Again the increased sample ion current is apparent. Figures 4A and 4B show the mass

5    spectra for codeine-d3 at 400 μl/min flow with the standard and increased offset voltages. The increased sample ion signal at m/z 302 is apparent. The same mass spectra are shown for 1 ml/min codeine-d3 in Figures 5A and 5B. Figures 6A and 6B show a comparison of the mass spectra for Acetaminophen at 400 μl/min flow with the standard and increased offset voltages. Again, the vast improvement in sensitivity

10   is apparent. Figures 7A and 7B show the mass spectra for ibuprofen flowing at 400 μl/min flow with the standard and increased offset voltages. The improved signal at m/z 205 should be noted.

The DC offset required for high efficiency solvent adduct ion conversion at different vacuum conditions in both first chamber and second chamber was also

15   investigated. The following tables summarize one set of tests in which the ratio of the acetonitrile adduct to the protonated molecular cation of codeine-d3 was investigated at different pressures and different DC offset voltages on the second ion guide.

TABLE 2

| DC offset on second ion guide (volts) | -5 | -5 | -5 | -5 | -5 |
|---|---|---|---|---|---|
| First ion guide pressure (mTorr) | 609 | 563 | 502 | 224 | 167 |
| Second ion guide pressure (mTorr) | 1.6 | 1.2 | 1 | 0.7 | 0.5 |
| Ratio of acetonitrile adduct ion to protonated molecular ion | 704% | 926% | 288% | 354% | 248% |

| DC offset on second ion guide (volts) | -15 | -15 | -15 | -15 | -15 |
|---|---|---|---|---|---|
| First ion guide pressure (mTorr) | 609 | 563 | 502 | 224 | 167 |
| Second ion guide pressure (mTorr) | 1.6 | 1.2 | 1 | 0.7 | 0.5 |
| Ratio of acetonitrile adduct ion to protonated molecular ion | 445% | 407% | 82% | 38% | 17% |

| DC offset on second ion guide (volts) | -35 | -35 | -35 | -35 | -35 |
|---|---|---|---|---|---|
| First ion guide pressure (mTorr) | 609 | 563 | 502 | 224 | 167 |

A-67824/AJT  November 24, 1999                    (133!44)

TA    16                                          T005784

- 10 -

| Second ion guide pressure (mTorr) | 1.6 | 1.2 | 1 | 0.7 | 0.5 |
|---|---|---|---|---|---|
| Ratio of acetonitrile adduct ion to protonated molecular ion | 300% | 248% | 40% | 7% | 3% |

5

The bold data in Table 2 indicates the range of pressure and offset voltages at which the most efficient conversion of solvent adduct to protonated molecular cation

10  is achieved. According to these results, the operating pressure for the ion guides should be:

      First Ion Guide:      below 500 mTorr

      Second Ion Guide:    below 1 mTorr

15  The DC offset voltage range for efficient solvent adduction conversion should be ±10 to ±30 Volts, although ±10 V is preferable.

The preferred pressure range is less than 250 mTorr for the first stage and 0.7 mTorr for the second stage, and the most preferred pressure range is less than 175

20  mTorr for the first stage, and 0.5 mTorr for the second stage.

The present invention can be used for other types of mass analyzers such as quadrupole mass analyzers of the type described in U.S. Patent Nos. 4,540,884 and RE. 34,000. Figure 8 shows the interface stages and ion guides associated with a

25  quadrupole mass analyzer 41 disposed in the vacuum chamber 12. Like members have been applied to the parts which correspond to those in Figure 1. It is apparent that the invention is applicable to other types of mass analyzers such as quadrupole ion trap, ion cyclotron resonance (i.e., magnetic ion trap), time-of-flight, magnetic sector, and double-focusing magnetic/electric sector, monopole, etc.

30

A-67824/AJT  November 24, 1999
(13314)

TA    17

T005785

- 11 -

What is Claimed is:

1.     A mass spectrometer system including a mass analyzer disposed in a high vacuum chamber for analyzing ions formed at atmospheric pressure and directed to the analyzer through intermediate vacuum chambers including:

5         first and second evacuated chambers directly preceding the mass analyzer chamber with the first chamber being at a higher pressure than the second chamber,

a first multipole ion guide in the first chamber for guiding ions into said second chamber,

a second multipole ion guide in the second chamber for guiding ions from the

10     first chamber into the high vacuum chamber for mass analysis,

an interchamber ion lens between the first and second chambers, and

a DC voltage source connected between said interchamber lens and said second multipole ion guide for applying a voltage therebetween having an amplitude that at the vacuum pressure of the second interface chamber adduct ions traveling into the

15     chamber are converted into protonated molecular cations or molecular anions ions without fragmentation of these ions whereby to increase the sample ion current and therefore the sensitivity of the mass spectrometer system.

2.     A method of mass analyzing ions produced at atmospheric pressure, in

20     which adduct ions are formed, and introduced into a mass analyzer disposed in a vacuum chamber,

the step of dissociating the adduct ions to increase the analyte ion current into the mass analyzer.

25     3.     The method of operating a mass spectrometer system including a mass analyzer which analyzes ions formed at atmospheric pressure, said system including

first and second multipole ion guides disposed in serial first and second evacuated chambers separated by an ion lens for guiding analyte ions into said mass analyzer, which comprises

30     applying a DC voltage between the ion lens and the second multipole ion guide having an amplitude selected to dissociate adduct ions at the pressure of the second

A-67824/AJT  November 24, 1999                                    (133144)

T005786

- 12 -

chamber to increase the sample ion current and the sensitivity of the mass
spectrometer system.

     4.    A mass spectrometer system including a mass analyzer disposed in a

5  high vacuum chamber for analyzing ions formed at pressures substantially near
atmospheric pressure and directed to the analyzer through intermediate vacuum
chambers including:

    first and second evacuated chambers directly preceding the mass analyzer
chamber with the first chamber being at a higher pressure than the second chamber,

10     a first multipole ion guide in the first interface chamber for guiding ions into
said second interface chamber,

    a second multipole ion guide in the second chamber for guiding ions from the
first chamber into the high vacuum analyzer chamber for analysis,

    an interchamber ion lens between the first and second interface chambers, and

15     a DC voltage source connected between the interchamber lens and the second
multipole ion guide for applying a voltage therebetween having an amplitude that at
the vacuum pressure of the second interface chamber adduct ions traveling into the
chamber are converted into sample ions without fragmentation of sample ions whereby
to increase the sample ion current and therefore the sensitivity of the mass

20  spectrometer system.

    5.    A mass spectrometer system as in claim 4 in which the pressure in the
first chamber is below 500 mTorr, and in the second chamber is below 1 mTorr, and
the offset voltage applied between the interchamber lens and the second multipole ion

25  guide is between ±10 volts and ±30 volts.

    6.    A mass spectrometer system as in claim 5 in which the pressure in the
first chamber is less than 250 mTorr, and in the second chamber is less than 0.7
mTorr.

30

A-67824/AJT November 24, 1999         (13154)

T005787

- 13 -

7.    A mass spectrometer system as in claim 5 in which the pressure in the
first chamber is less than 175 mTorr, and in the second chamber is less than 0.5
mTorr.

5        8.    A mass spectrometer as in claim 6 or 7 in which the offset voltage is
±10 volts.

TA   20

T005788

**DECLARATION FOR PATENT APPLICATION**

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND METHOD OF OPERATION.

the specification of which

(check      [X]      is attached hereto.
one)
            [ ]      was filed on _____ as
                     Application Serial No. _____
                     and was amended on _____
                                         (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose to the Patent Office all information known to me to be material to patentability as defined in 37 C.F.R. 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed

| Prior Foreign Application(s) | | | Priority Claimed | |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) Yes | | No |
| | | | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) Yes | | No |
| | | | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) Yes | | No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112. I acknowledge the duty to disclose to the Patent Office all information known to me to be material to patentability as defined in 37 C.F.R. 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

_____    _____    _____
(Application Serial No.)    (Filing Date)    (Status)
                                    (patented, pending, abandoned)

A-67824/AJT              DECLARATION FOR PATENT APPLICATION              (138998)
                                    Page 1

**TA    21**

T005789

Direct all telephone calls to Aldo J. Test at (650) 494-8700.

Address all correspondence to:    Aldo J. Test
                                  FLEHR HOHBACH TEST
                                 ALBRITTON & HERBERT LLP
                     Suite 3400, Four Embarcadero Center
                        San Francisco, California  94111

File No. A-67824/AJT

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of
  first inventor:        Keqi Tang

Inventor's signature: _____

Date:                  11/30/99

Residence:           Cupertino, California

Citizenship:         PRC

Post Office Address:  10302 Terry Way, #:, Cupertino, CA  95014


Full name of
  second inventor:     Alan E. Schoen

Inventor's signature: _____

Date:                  Nov 30, 1999

Residence:           Saratoga, California

Citizenship:         US

Post Office Address:  16810 Bohlman Road, Saratoga, California  95070

Full name of
  third inventor:       Jean-Jacques Dunyach

Inventor's signature: _____

Date:                  11/30/99

Residence:           San Jose, California

Citizenship:         French

Post Office Address:  373 River Oaks Circle, #2010, San Jose, CA 95134

A-67824/AJT            DECLARATION FOR PATENT APPLICATION        (138998)
                                  Page 2

T005790

## POWER OF ATTORNEY BY ASSIGNEE

(Accompanying Application)

The undersigned assignee of the entire interest in application for letters patent entitled: MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND METHOD OF OPERATION, and having the named inventors: Keqi Tang, Alan E. Schoen and Jean-Jacques Dunyach, hereby appoints the following attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith; said appointment to be to the exclusion of the inventor(s) and his (their) attorney(s) in accordance with the provisions of 37 C.F.R. 3.71: Harold C. Hohbach, Reg. No. 17,757; Aldo J. Test, Reg. No. 18,048; Thomas O. Herbert, Reg. No. 18,612; Donald N. MacIntosh, Reg. No. 20,316; Edward S. Wright, Reg. No. 24,903; David J. Brezner, Reg. No. 24,774; Richard E. Backus, Reg. No. 22,701; James A. Sheridan, Reg. No. 25,435; Robert B. Chickering, Reg. No. 24,286; Richard F. Trecartin, Reg. No. 31,801; Steven F. Caserza, Reg. No. 29,780; Laura L. Kulhanjian, Reg. No. 33,257; Michael A. Kaufman, Reg. No. 32,988. Janet E. Muller, Reg. No. 35,294; Edward N. Bachand, Reg. No. 37,085; R. Michael Ananian, Reg. No. 35,050; Stephen M. Knauer, Reg. No. 38,208; Robin M. Silva, Reg. No. 38,304; David C. Ashby, Reg. No. 36,432; Julian Caplan, Reg. No. 14,785, Maria S. Swiatek, Reg. No. 37,244; provided that if any one of said attorneys ceases being affiliated with the law firm of Flehr Hohbach Test Albritton & Herbert LLP as partner, employee or of counsel, such attorney's appointment as attorney and all powers derived therefrom shall terminate on the date such attorney ceases being so affiliated.

In accordance with 37 CFR 3.73 the assignee hereby certifies that the evidentiary documents with respect to its ownership have been reviewed and that, to the best of assignee's knowledge and belief, title is in the assignee seeking to take this action.

Direct all telephone calls to Aldo J. Test at (650) 494-8700.

Address all correspondence to:

Aldo J. Test
FLEHR HOHBACH TEST
ALBRITTON & HERBERT LLP
Suite 3400, Four Embarcadero Center
San Francisco, California 94111-4187

Date: November 30, 1999

Assignee: FINNIGAN CORPORATION

By: _____

Print: IAN JARDINE

Title: President, Thermoquest LegoLegis Denoum

355 River Oaks Parkway
San Jose, CA 95134

A-67824/AJT

(139001)

T005791

09/454873

PRINT OF DRAWINGS
AS ORIGINALLY FI*



FIGURE 1

T005792

PRINT OF DRAWINGS
AS ORIGINALLY FIL



FIGURE 2A

FIGURE 2B

T005793

PRINT OF DRAWINGS
AS ORIGINALLY FIL



FIGURE 3A

FIGURE 3B.

TA    26

T005794

PRINT OF DRAWINGS
AS ORIGINALLY FIL



FIGURE 4A

FIGURE 4B

TA    27

T005795

PRINT OF DRAWINGS
AS ORIGINALLY FIL



FIGURE 5A



FIGURE 5B

T005796

PRINT OF DRAWINGS
AS ORIGINALLY FU



T005797

PRINT OF DRAWINGS
AS ORIGINALLY FIL



FIGURE 7A

FIGURE 7B

T005798

PRINT OF DRAWINGS
AS ORIGINALLY FIL'



T005799

12-06-99

IN THE ~~UNI~~TED STATES PATENT AND TRADE~~MA~~RK OFFICE

Date: __December 3, 1999__

File No __A-67824/AJT__

**Box PATENT APPLICATION FEE**
Assistant Commissioner for Patents
Washington, DC 20231

"EXPRESS MAIL" MAILING LABEL NUMBER EL170348339US
DATE OF DEPOSIT December 3, 1999
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" SERVICE UNDER 37 CFR 1 10 ON THE DATE
INDICATED ABOVE AND IS ADDRESSED TO BOX PATENT APPLICATION
FEE ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON DC
20231
TYPED NAME KARI BATEMAN

SIGNED

Sir:

Transmitted herewith for filing is the patent application of Inventor(s): Keqi Tang, Alan E Schoon, Jean-Jacques Dunyach

For: MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND METHOD OF OPERATION

Enclosed are also:

x___ Prior Art Statement
x___ _8_ Sheets of drawing, Formal ___, Informal __x_
x___ An Assignment of the invention to: Finnigan Corporation
x___ Power of Attorney by Assignee & Exclusion of Inventor Under 37 CFR 3 71
x___ Declaration for Patent Application

| | (Col 1) NO FILED | (Col 2) NO. EXTRA | SMALL ENTITY RATE | FEE | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|
| BASIC FEE | | | | $380 | | $760 |
| TOTAL CLAIMS | 9 - 20 = 0 | 0 | x 9 = | $ | x 18 = | $ |
| INDEP CLAIMS | 4 - 3 = 0 | 1 | x 39 = | $ | x 78 = | $78 |
| MULTIPLE DEPENDENT CLAIM PRESENTED | | | +130 = | $ | +260 = | $260 |
| If the difference in Col 1 is less than zero, enter '0' in Col 2 | | | TOTAL | $ | TOTAL | $1098.00 |

x___ Our Check in the amount of $1138.00 ($1098 to cover the filing fee and $40 to cover the cost of assignment recordation) is enclosed.

x___ The Commissioner is hereby authorized to charge any additional fees which may be required, including extension fees, or credit any overpayment to Deposit Account No. 06-1300 (Order No. _A-67824/AJT_) Two copies of this sheet are enclosed.

Respectfully submitted,

Aldo J. Test, Reg. No. 18,048

FLEHR HOHBACH TEST ALBRITTON & HERBERT LLP
Four Embarcadero Center, Suite 3400
San Francisco, California 94111-4187
Telephone: (650) 494-8700  Fax: (650) 494-8771

**TA    32**

T005800

*# 2/ IDS.*
*Hawkins*
*6/2/00*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Examiner: Not assigned<br>Art Unit: not assigned |
| Tang et al. | |
| Serial No.: New | INFORMATION DISCLOSURE<br>STATEMENT |
| Filed: Herewith | |
| Title: *Mass Spectrometer System Including a*<br>*Double Ion Guide Interface and Method*<br>*of Operation* | Date: December 3, 1999 |

"EXPRESS MAIL" Mailing Label Number EL176541196US
Date of Deposit  December 3, 1999
I hereby certify that this item and/or fee is being deposited with the United States Postal Service "EXPRESS MAIL POST OFFICE
TO ADDRESSEE" service Under 37 CFR 1.10 on the date indicated above and is addressed to: Box Patent Application Fee:
Assistant Commissioner for Patents, Washington, D.C. 20231

SIGNED _____
Jon Bateman

**BOX DD**
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Applicant submits herewith patents and publications which may be material to the examination of this application and in respect of which there may be a duty to disclose in accordance with 37 C.F.R. §1.56. While this Statement may be "material" pursuant to 37 C.F.R. §1.56, it is not intended to constitute an admission that any patent, publication, or other information referred to therein is "prior art" for this invention unless specifically designated as such. A listing of patents and publications is shown on enclosed Form PTO-1449 and a copy of each patent and publication is also enclosed.

This information disclosure statement is being filed in compliance with 37 CFR 1.97(b)(3) as being filed before the mailing date of the first office action on the merits. If there are any fees or credits due, authorization is given to charge or credit our Deposit Account No. 06-1300 (Order No. A-67824/AJT).

Respectfully submitted,

_____
Aldo J. Test, Reg. No. 18,048

FLEHR HOHBACH TEST ALBRITTON & HERBERT LLP
Suite 3400, Four Embarcadero Center
San Francisco, California 94111-4187
Telephone: (650) 494-8700

A-67824/AJT

(1001217)

**TA    33**

T005801