# Exhibit A

(Part 2)

SHEET    OF 1

| INFORMATION DISCLOSURE CITATION | ATTY. DOCKET NO. A-67824/AJT | SERIAL NO. NEW |
|---|---|---|
| | APPLICANT TANG ET AL. | |
| PTO-1449 | FILING DATE Herewith | GROUP not assigned |

## U.S. PATENT DOCUMENTS

| EXAMINER'S INITIALS | PATENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| | 4.963.736 | 10/16/90 | Douglas et al. | 250 | 292 | 11/15/89 |
| | 5.157.260 | 10/20/92 | Mylchreest et al | 250 | 423 R | 05/17/91 |
| | 5.179.278 | 01/12/93 | Douglas | 250 | 290 | 08/23/91 |
| | 5.432.343 | 07/11/95 | Gulcicek et al. | 250 | 288 | 06/03/93 |
| | 5.652.427 | 07/29/97 | Whitehouse et al. | 250 | 288 | 05/14/96 |
| | 5.811.800 | 09/22/98 | Franzen et al. | 250 | 288 | 09/13/96 |
| | 5.852.294 | 12/22/98 | Gulcicek et al. | 250 | 292 | 07/03/97 |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

Yost, R.A. and Enke, C.G., "Triple Quadrupole Mass Spectrometry for Direct Mixture Analysis and Structure Elucidation". *Analytical Chemistry*, Vol. 51, No. 12 (October 1979) p. 1251, 1252, 1266 and even pages through 1264.

Dawson, P.H. and Fulford, J.E "The Effective Containment of Parent Ions and Daughter Ions in Triple Quadrupoles Used for Collisional Dissociation". *Int. Journal of Mass Spectrometry and Ion Physics*, 42 (1982) 195-211.

Teloy, E. and Gerlich, D., "Integral Cross Sections for Ion-Molecule Reactions. 1. The Guided Beam Technique", *Chemical Physics* 4 (1974) 417-427.

Jarrold, Martin F. et al, "A crossed beam study of the reaction of CO⁺ with O₂", *Molecular Physics* (1980) Vol. 39, No. 4, 787-798.

McIver, Jr., Robert, et al., "Coupling a Quadrupole Mass Spectrometer and a Fourier Transform Mass Spectrometer", *Int. J. Mass Spectrometry and Ion Processes*, 64 (1985) 67-77.

Hagg, Conny and Szabo, Imre, "New Ion-Optical Devices Utilizing Oscillatory Electric Fields. IV. Computer Simulations of the Transport of an Ion Beam Through an Ideal Quadrupole, Hexapole, and Octopole Operating in the RF-Only Mode", *Int. J. Mass Spectrometry and Ion Processes*, 73 (1986) 295-312.

Smith, Richard D., et al, "Capillary Zone Electrophoresis - Mass Spectrometry Using an Electrospray Ionization Interface", *Anal. Chem.* (1988) 60. 436-441.

Beu, Steven C., et al, "Fourier-Transform Electrospray Instrumentation for Tandem High-Resolution Mass Spectrometry of Large Molecules". *Am. Soc. for Mass Spectrometry* (1993) 1044-0305.

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
139247 1449A FRM (8/96)

TA    34

T005802

# PTO - 1449 CHECKLIST

Serial No. _09/454273_

Examiner: _3Kells_

Date to Examiner: _6/27/00_

For each considered document, both the month and year **MUST** be provided - no exceptions. Class and subclass data **MUST** either be provided or the spaced lined through. The Examiners name and the date the disclosure citation was considered **MUST** be provided at the bottom of the PTO 1449.

## CHECK OFF THE FOLLOWING ITEMS AS COMPLETED

For each citation considered:

1. ❑ Initials inserted in left-hand column for each citation considered

2. ❑ Month ❑ Year - inserted in appropriate box (if unavailable, citation is incomplete - go to item 4)

3. ❑ Class ❑ Subclass - inserted in appropriate box (if unavailable, citation is still proper, but you MUST draw a line through each blank space)

For each citation not considered or incomplete:

4. ❑ Citation lined through if not considered or incomplete

At bottom of PTO 1449:

5. ❑ Examiner's name in appropriate place

6. ❑ Enter the date citations were considered in the appropriate place

**TA    35**

T005803

# File History Report

☒ Paper number **3** is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐ The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

Additional comments: _____

TA     36

T005804



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/454,273 | 12/03/98 | TANG | A-67825-7011 |

| | | |
|---|---|---|
| | EXAMINER | |

ALDO J TEST
FLEHR HOHBACH TEST
ALBRITTON & HERBERT LLP
SUITE 3400 FOUR EMBARCADERO CENTER
SAN FRANCISCO CA 94111

MM91/1206

| ART UNIT | PAPER NUMBER |
|---|---|
| SMITH, T | |
| 2081 | |

**DATE MAILED:**

12/06/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/454,273 | TANG ET AL. |
| | Examiner | Art Unit | |
| | Johnnie L Smith II | 2881 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .

2a) ☐ This action is FINAL.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☐ Claim(s) _____ is/are pending in the application.

     4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) _1-8_ is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on _03 December 1999_ is/are objected to by the Examiner.

11) ☐ The proposed drawing correction filed on _____ is. a) ☐ approved b) ☐ disapproved.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     a) ☐ All  b) ☐ Some * c) ☐ None of:

       1 ☐ Certified copies of the priority documents have been received.

       2 ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3 ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

     * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)
16) ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _2_

18) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other:

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-00)    Office Action Summary    Part of Paper No. 4

**TA   38**

T005806

Application/Control Number: 09/454,273                    Page 2
Art Unit: 2881

## DETAILED ACTION

### *Drawings*

1.    This application has been filed with informal drawings, which are acceptable

for examination purposes only.  Formal drawings will be required when the

application is allowed.

### *Claim Rejections - 35 USC § 112*

2.    The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the
subject matter, which the applicant regards as his invention.

3.    Claim 2 is rejected under 35 U.S.C. 112, second paragraph, as being

incomplete for omitting essential steps, such omission amounting to a gap between

the steps.  See MPEP § 2172.01.  The omitted steps are: The steps needed for mass

ions to be produced at atmospheric pressure where in adducts ions would be

formed, and introduced into a mass analyzer.  In it's current state the claim would

be rendered indefinite.

**TA    39**

T005807

Application/Control Number: 09/454,273                    Page 3
Art Unit: 2881

### *Claim Rejections - 35 USC § 102*

4.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102

that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States

5.    Claims 1, 3, and 4 are rejected under 35 U.S.C. 102(b) as being anticipated

by Whitehouse et al. In reference to claim 1 and 4, Whitehouse et al discloses a

mass spectrometer system including a mass analyzer disposed in a high vacuum

chamber for analyzing ions formed at or near atmospheric pressure and directed to

the analyzer through intermediate vacuum chambers including two evacuating

chambers ion guides in both of said chambers, an interchamber ion lens and a DC

voltage source connected to said interchamber lens (column 7 line 51 through

column 8 line 41). In reference to claim 3, the method of operating a mass

spectrometer system including a mass analyzer that analyzes ions formed at

atmospheric pressure. The said system including a first and second multipole ion

guides, and the step of applying a DC voltage between the ion lens and second

multipole ion guide, Whitehouse discloses such a method in column 7 line 7

through column 8 line 26, and column 9 lines 18 through 42).

## TA    40

T005808

Application/Control Number: 09/454,273                          Page 4
Art Unit: 2881

*Claim Rejections - 35 USC § 103*

6.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for
all obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
such that the subject matter as a whole would have been obvious at the time the invention was made to a person
having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
manner in which the invention was made.

7.    The factual inquiries set forth in *Graham* v. *John Deere Co.*, 383 U.S. 1, 148
USPQ 459 (1966), that are applied for establishing a background for determining
obviousness under 35 U.S.C. 103(a) are summarized as follows:

    1.    Determining the scope and contents of the prior art.
    2.    Ascertaining the differences between the prior art and the claims at
          issue.
    3.    Resolving the level of ordinary skill in the pertinent art.
    4.    Considering objective evidence present in the application indicating
          obviousness or nonobviousness.

8.    Claims 5 through 8 are rejected under 35 U.S.C. 103(a) as being
unpatentable over Whitehouse et al. Whitehouse does not give the exact numerals
claimed by applicant in the above mentioned claims, but does discuss the
differentiation and usage attached there with involving pressure within the

**TA    41**

T005809

Application/Control Number: 09/454,273                    Page 5
Art Unit: 2881

chamber and the offset voltage (column 10 line 36 through column 11 line 40). It

would have been obvious to one of ordinary skill in the art at the time of the

invention to modify the method of Whitehouse for the purposes of establishing a

stable trajectory entering and leaving the multipole ion guides.

### *Conclusion*

9.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure. The following references are placed herein for record

purposes. The references contain art relevant to the art being introduced within this

application. US 6107623 (Bateman et al) august 2000, US 6015972 (Hager)

January 2000, and US 5432343 (Gulcicek et al) July 1995. These patents contain

ion guides, mass analyzers, and lens.

        Any inquiry concerning this communication or earlier communications from

the examiner should be directed to Johnnie L Smith II whose telephone number is

703-305-0380. The examiner can normally be reached on M-F 7-3:30.

        If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Teresa Arroyo can be reached on 703-308-4782. The fax

phone numbers for the organization where this application or proceeding is

**TA    42**

T005810

Application/Control Number: 09/454,273                              Page 6
Art Unit: 2881

assigned are 703-308-7722 for regular communications and for After Final

communications.

　　　　Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-

308-0956.

Johnnie L Smith II
December 4, 2000

TERESA M. ARROYO
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2800

T005811

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 09/454,273 | TANG ET AL |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Johnnie L Smith II | 2881 | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | APS | OTHER |
| | A | us005652427a | Jul. 1997 | Whitehouse et al | 250 | 288 | ☐ | ☐ |
| | B | us005432343a | Jul. 1995 | Gulcicek | 250 | 288 | ☐ | ☐ |
| ☐ | C | us006107623a | Aug. 2000 | Bateman et el | 250 | 282 | ☐ | ☐ |
| ☐ | D | us006015972a | Jan. 2000 | Hager | 250 | 282 | ☐ | ☐ |
| ☐ | E | | | | | | ☐ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | APS | OTHER |
| ☐ | N | | | | | | | ☐ | ☐ |
| ☐ | O | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

**NON-PATENT DOCUMENTS**

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE ** | |
|---|---|---|---|---|
| | | | APS | OTHER |
| ☐ | U | | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

*A copy of this reference is not being furnished with this Office action  (See Manual of Patent Examining Procedure, Section 707 05(a) )
**APS encompasses any electronic search i e  text, image, and commercial Databases
U.S Patent and Trademark Office
PTO-892 (Rev  03-98)

Part

**T005812**

Form PTO-948 (Rev 8-98)    U.S. DEPARTMENT OF COMMERCE  Patent and Trademark Office    Application No. 9/454 24 2

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 12/3/99

A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s) ____
   ____ Pencil and non black ink not permitted. Fig(s) ____
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   ____ 1 full-tone set is required. Fig(s) ____
   ____ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s) ____
   ____ Poor quality (half-tone). Fig(s) ____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, and durable.
   Fig(s) ____
   ____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) ____
   ____ Mylar, velum paper is not acceptable (too thin).
   Fig(s) ____
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   ____ 21.0 cm by 29.7 cm (DIN size A4)
   ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ____ All drawing sheets not the same size
   ____ Sheet(s) ____
   ____ Drawings sheets not an acceptable size. Fig(s) ____
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   ____ Margins not acceptable. Fig(s) 1,3,4,5,8
   ____ Top (T) ____ Left (L)
   ____ Right (R) ____ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ____ Brackets needed to show figure as one entity.
   Fig(s) ____
   ____ Views not labeled separately or properly.
   Fig(s) ____
   ____ Enlarged view not labeled separately or properly.
   Fig(s) ____
7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   ____ Hatching not indicated for sectional portions of an object.
   Fig(s) ____
   ____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) ____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) ____
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s) ____
10. CHARACTER OF LINES, NUMBERS, & LETTERS.
    37 CFR 1.84(l)
    ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
    Fig(s) ____
11. SHADING. 37 CFR 1.84(m)
    ____ Solid black areas pale. Fig(s) ____
    ____ Solid black shading not permitted. Fig(s) ____
    ____ Shade lines, pale, rough and blurred. Fig(s) ____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible.
    Fig(s) ____
    ____ Figure legends are poor. Fig(s) ____
    ____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1)
    Fig(s) ____
    ____ English alphabet not used. 37 CFR 1.84(p)(2)
    Fig(s) ____
    ____ Numbers, letters, and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
    Fig(s) ____
13. LEAD LINES. 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s) ____
    ____ Lead lines missing. Fig(s) ____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) ____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals beginning with number 1. Fig(s) ____
16. CORRECTIONS. 37 CFR 1.84(w)
    ____ Corrections not made from prior PTO-948
    dated ____
17. DESIGN DRAWINGS. 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s) ____
    ____ Solid black shading not used for color contrast.
    Fig(s) ____

COMMENTS

REVIEWER _____ DATE 1/11/00  TELEPHONE NO. 0833058404

ATTACHMENT TO PAPER NO. 4

TA    45

T005813

2881

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

TANG et al.

Serial No. 09/454,273

Filed: December 3, 1999

For: *MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND METHOD OF OPERATION*

Examiner: Smith II, J.

Art Unit: 2881

**SUBMISSION OF FORMAL DRAWINGS**

Date: January 12, 2001

#5
Lyr w/Dwgs
J. McMullan
1/28/01
RECEIVED
JAN 23 2001

CERTIFICATE OF MAILING (37 CFR 1.8(A))
I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as First Class Mail in an envelope addressed to: Attn: Official Draftsman, Assistant Commissioner for Patents, Washington, D.C. 20231 on *January 12, 2001*.

Signed : *Kathryn Marley*
        Kathryn Marley

**Attn: Official Draftsman**
Assistant Commissioner for Patents
Washington, D. C. 20231

Sir:

Enclosed for the referenced file are eight (8) sheets of formal drawings consisting of Figures 1-8 which are being filed to replace the informal drawings filed with the application.

The Commissioner is authorized to charge any fee associated with the filing of the enclosed formal drawings (or credit any overpayment thereof) to Deposit Account No. 06-1300 (Order No. A-67824/AJT).

Respectfully submitted,

Atdo J. Test, Reg. No. 18,048

FLEHR HOHBACH TEST ALBRITTON & HERBERT LLP
Suite 3400, 4 Embarcadero Center
San Francisco, CA 94111-4187
Tel. (650) 494-8700

A-67824/AJT                    **TA    46**                    (1023367)

T005814

1/8



FIG_1

T005815

2/8



**FIG_2A**



**FIG_2B**

TA    48



T005816



FIG_3A



FIG_3B

TA    49

T005817

4/8



**FIG_4A**



**FIG_4B**

TA    50

T005818

5/8



*FIG_5A*



*FIG_5B*

TA    51

T005819

6/8



FIG_6A



FIG_6B

TA    52

T005820

7/8



FIG_7A



FIG_7B

TA    53

T005821

8/8



*FIG_8*

TA    54

T005822



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/454,270 | 12/03/99 | TANG | A-67824/AJT |

MMC2/0628

ALDO J TEST
FLEHR HOHBACH TEST
ALBRITTON & HERBERT LLP
SUITE 3400 FOUR EMBARCADERO CENTER
SAN FRANCISCO CA 94111

| EXAMINER |
|---|
| SMITH, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2881 | |

DATE MAILED:
06/28/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev 11/00)

1 File Copy

**TA    55**

T005823

| *Notice of Abandonment* | Application No. 09/454,273 | Applicant(s) TANG ET AL. | |
|---|---|---|---|
| | Examiner Johnnie L Smith II | Art Unit 2881 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

This application is abandoned in view of:

1. ☒ Applicant's failure to timely file a proper reply to the Office letter mailed on <u>06 December 2000</u>.

    (a) ☐ A reply was received on _____ (with a Certificate of Mailing or Transmission dated _____), which is after the expiration of the period for reply (including a total extension of time of _____ month(s)) which expired on _____.

    (b) ☐ A proposed reply was received on _____, but it does not constitute a proper reply under 37 CRF 1.113 (a) to the final rejection

        (A proper reply under 37 CRF 1.113 to a final rejection consists only of: (1) a timely filed amendment which places the application in condition for allowance; (2) a timely filed Notice of Appeal (with appeal fee); or (3) a timely filed Request for Continued Examination (RCE) in compliance with 37 CFR 1.114).

    (c) ☒ No reply has been received.

2. ☐ Applicant's failure to timely pay the required issue fee and publication fee, if applicable, within the statutory period of three months from the mailing date of the Notice of Allowance (PTOL-85).

    (a) ☐ The issue fee and publication fee, if applicable, was received on _____ (with a Certificate of Mailing or Transmission dated _____), which is after the expiration of the statutory period for payment of the issue fee (and publication fee) set in the Notice of Allowance.

    (b) ☐ The submitted fee of $_____ is insufficient. A balance of $_____ is due.

        The issue fee required by 37 CFR 1.18 is $_____. The publication fee, if required by 37 CFR 1.18(d), is $_____.

    (c) ☐ The issue fee and publication fee, if applicable, has not been received.

3. ☐ Applicant's failure to timely file new formal drawings as required by, and within the three-month period set in, the Notice of Allowability (PTO-37).

    (a) ☐ Proposed new formal drawings were received on _____ (with a Certificate of Mailing or Transmission dated _____), which is after the expiration of the period for reply

    (b) ☐ The proposed new formal drawings filed on _____ are not acceptable and the period for reply has expired

    (c) ☐ No proposed new formal drawings have been received.

4. ☐ The letter of express abandonment which is signed by the attorney or agent of record, the assignee of the entire interest, or all of the applicants.

5. ☐ The letter of express abandonment which is signed by an attorney or agent (acting in a representative capacity under 37 CFR 1.34(a)) upon the filing of a continuing application.

6. ☐ The decision by the Board of Patent Appeals and Interference rendered on _____ and because the period for seeking court review of the decision has expired and there are no allowed claims

7. ☐ The reason(s) below:

*Jack Berman*

JACK BERMAN
PRIMARY EXAMINER

U.S. Patent and Trademark Office
PTO-1432 (Rev 9-00)            Notice of Abandonment           Part of Paper No. 6

**TA   56**

T005824

PTO/SB/68 (07-03)
Approved for use through 7/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

|  | In re Application of |  |
|---|---|---|
| *Bring completed form to:*<br>File Information Unit<br>Crystal Plaza Three, Room 1D01<br>2021 South Clark Place<br>Arlington. VA<br>Telephone: (703) 308-2733<br><br>JAN 2 4 2005 | Application Number<br>*09/954273* | Filed<br>*12-3-97* |
|  | Paper No. *7* |  |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____.

United States Patent Number  *6528784* , column _____, line, _____ or

WIPO Pub. No._____, page _____, line _____

---

### Related Information about Access to Pending Applications (37 CFR 1.14):

Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
   the file contents;
   the pending application as originally filed; or
   any document in the file of the pending application.
For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
   the file contents;
   the pending application as originally filed; or
   any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
   the pending application as originally filed.

---

| Signature | *1-24-05*<br>Date |
|---|---|
| Typed or printed name | **FOR PTO USE ONLY** |
|  | Approved by _____ (initials) |
| Registration Number. if applicable |  |
| *(703) 415-1679* | Unit *E.E.U.* |
| Telephone Number |  |

This collection of information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.

T005825

**TA    57**

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective November 10, 1998

Application or Docket Number: 09/454223

## CLAIMS AS FILED - PART I

| | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA |
|---|---|---|
| FOR | | |
| BASIC FEE | | |
| TOTAL CLAIMS | minus 20= | 0 |
| INDEPENDENT CLAIMS | 4 minus 3 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | Y |

* If the difference in column 1 is less than zero, enter "0" in column 2

SMALL ENTITY TYPE ☐  OR  OTHER THAN SMALL ENTITY

| | SMALL ENTITY RATE | FEE | | OTHER THAN RATE | FEE |
|---|---|---|---|---|---|
| BASIC FEE | | 380.00 | OR | | 760.00 |
| | X$9= | | OR | X$18= | — |
| | X39= | | OR | X78= | 78 |
| | +130= | | OR | +260= | 260 |
| | TOTAL | | | TOTAL | 1098 |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

SMALL ENTITY  OR  OTHER THAN SMALL ENTITY

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT FEE | | OR | TOTAL ADDIT FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT FEE | | OR | TOTAL ADDIT FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | * | Minus ** | = |
| Independent | * | Minus *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$9= | | OR | X$18= | |
| X39= | | OR | X78= | |
| +130= | | OR | +260= | |
| TOTAL ADDIT FEE | | OR | TOTAL ADDIT FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1

FORM PTO-875 (Rev. 11/98)    *U.S. Government Printing Office 1999 — 459-072/19142    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

TA  58

T005826

MOLECULAR PHYSICS, 1980, VOL. 39, No. 4, 787–798

# A crossed beam study of the reaction of CO+ with O2

by MARTIN F. JAROLD, KEITH BIRKINSHAW†
and DAVID M. HIRST
Department of Chemistry and Molecular Sciences,
University of Warwick, Coventry CV4 7AL, England

(Received 23 August 1979)

A new crossed beam instrument for the investigation of ion-molecule reactions is described. The reaction $CO^+ + O_2 \rightarrow CO_2^+ + O$ has been studied over the range of initial relative translational energies from 1·8 to 10·4 eV. The cross-section increases as the energy is raised to 3 eV and then decreases as the energy is increased further. The reaction proceeds by a direct mechanism at all energies, though at low energies there are substantial interactions between all four atoms. At all energies there is evidence for the formation of products in an excited electronic state.

## 1. INTRODUCTION

A wide variety of ion-molecule reactions has been investigated by the molecular beam method [1, 2] but, with the exception of reactions of the type

$$A + BC \rightarrow AB + C \tag{1}$$

the majority are hydrogen abstraction or proton transfer reactions. Here we present the results of a crossed molecular beam study of the reaction

$$CO^+ + O_2 \rightarrow CO_2^+ + O \tag{2}$$

in the range of relative kinetic energies from 1·8 eV to 10·4 eV.

It is known from flowing afterglow [3–5] and SIFT studies that at thermal energy the reaction between $CO^+$ and $O_2$ leads almost exclusively to $O_2^+$ in spite of the fact that for ground state reagents, reaction (2) is exothermic by 0·58 eV [6] and is spin allowed

$$CO^+(^2\Sigma^+) + O_2(^3\Sigma_g^-) \rightarrow CO_2(^2\Pi_u) + O(^3P).$$

Energy-dependent studies by the injected ion-drift tube method show now that the cross-section for charge exchange falls from about 20 Å to 1 Å over the relative energy range of 0·04 to 3 eV and no other reaction was observed [7]. In contrast we find in our molecular beam experiments that reaction (2) occurs effectively in the energy range in which we are working and we believe this to be the first reported observation of reaction (2). Intensity contour diagrams of the product distribution will be presented later. In addition to $CO_2^+$ we have

† Present address: Department of Physics, University College of Wales, Penglais, Aberystwyth, Wales.

TA    59

T005827



detected $C^+$, $O^-$, ions, $CO_2 \rightarrow O_2$ collisions and have measured the angular distribution of these ions. As discussed subsequently, it is believed that the reactant $CO^+$ is almost all in the ground electronic state.

## 2. EXPERIMENTAL

A schematic diagram of the apparatus is shown in figure 1. The system is enclosed in a large stainless steel chamber which is pumped by a 1700 l s⁻¹ diffusion pump (Edwards 250/1700 DIFFSTAK). The ion source and neutral beam source chambers are each differentially pumped by a 280 l s⁻¹ diffusion pump (Edwards 100/300 DIFFSTAK). Around the inside of the main chamber is a large cold shield which is maintained at liquid nitrogen temperature. The operating pressures are less than $5 \times 10^{-6}$ torr in the main chamber and less than $5 \times 10^{-6}$ torr in the neutral beam chamber.



Figure 1. Schematic diagram of ion source, neutral beam source and detector.

The ion beam source has been described previously [8]. Ions are produced by electron impact in an EAI QUAD 150 ionizer, mass selected by a quadrupole mass filter (0.25″ rods, VG Q8 power supply) and focused by an electrostatic octopole lens. With this system high intensity ion beams are obtained with angular spreads (FWHM) determined by space charge effects. The energy spread (FWHM) in all the present experiments is given approximately by 0·16+0·042EeV, where E is the nominal ion energy. The ion beam source consists of a differentially pumped capillary array followed by a collimating aperture 9 mm from the source. From geometric considerations the maximum angular divergence is 8°.

The crossing region and flight path to the detector are shielded from stray magnetic and electric fields by a shield constructed from non-magnetic stainless steel, 0·004″ Telshield and fine mesh grid. The detector can be rotated both horizontally and vertically about the crossing point by gear trains operated from outside the vacuum chamber. The detector consists of an energy analyzer followed by a Brubaker lens and a quadrupole mass filter (0.25″ rods, EAI QUAD 250 power supply). Ions are detected at the end of the quadrupole either by a Faraday cup and an electrometer or by pulse counting with a channeltron set off axis.

The energy analyzer (figure 1) is an RPD analyzer using high transparency grids. Considerable effort has been expended in producing a near ideal transmission function. The energy analyzer is enclosed in a cover which is heated to 150°C to prevent surface charging. The first electrode is at earth potential, the retarding voltage is applied to the second electrode, and the third electrode is maintained at the detector quadrupole pass potential. The distance from the crossing point to the third electrode is 69 mm and the angular resolution, which is defined by the third electrode, is approximately 3°. RPD analyzers utilizing high transparency grids are not amenable to a theoretical treatment. However the total resolution is estimated to be $\Delta E = 0.04$E where E is the applied retarding potential. The largest contribution to the total resolution is due to the deviation of the potential between the grid wires from the applied potential.

## 3. DATA ACQUISITION

Product ion intensity contour diagrams are derived from measurements of the angular distributions in the plane of the two beams and of their energy distributions at several angles. The neutral beam is chopped into a segmented disc, driven by a synchronous motor, at a frequency of 10–30 Hz and used to calibrate the energy scale and assess the performance of the detector with low velocity ions. When plotted on a contour diagram, as shown in figure 2, the velocity distributions follow the classic circle indicating that no significant correction to the energy scale is required for contact potentials. The angular distributions have been transformed to centre of mass (CM) coordinates and compared with the results of Vestal et al. [10] except at wide angles where the

## 4. PERFORMANCE

To assess the performance of the crossed beam apparatus we have measured the angular and energy distributions for elastic scattering and for charge exchange in Ar–Ar collisions. This provides a very useful test, as the energy of the product ion varies over a wide range in a predictable way with angle enabling one to calibrate the energy scale and assess the performance of the detector with low velocity ions.

T005828

790    M. F. Jarrold et al.



Figure 2. Contour map of intensity of Ar+ from Ar+–Ar collisions in centre of mass coordinate system for initial relative energy of 250 eV. Dots mark the centre of mass. Cross mark the centre of mass.

$$Ar^+ + Ar \rightarrow Ar^+ + Ar$$
Relative Energy = 250eV

collection efficiency of the low velocity ions (laboratory energy less than 0·1 eV) is low. The rainbow angle is in both the elastic scattering and charge transfer regions is in agreement with the results of Vestal et al. [10] within experimental error.

## 5. RESULTS AND DISCUSSION

The primary CO+ beam is produced with an ionizing electron beam of energy less than 35 eV. Electron impact on CO gives CO+ predominantly in the $X^2\Sigma^+$, $A^2\Pi$ and $B^2\Sigma^+$ states. The $CO^+(B^2\Sigma^+)$ state has a lifetime of the order of $5 \times 10^{-8}$ s [11] and radiates rapidly to the ground state. The $A^2\Pi$ state is longer lived, but it can be estimated from the radiative lifetime of the order of $2-4 \times 10^{-6}$ s [12] and the electron impact cross sections of the three states [13], that less than 1 per cent of $CO^+(A^2\Pi)$ reaches the crossing region. Several workers [14, 15] have investigated the reaction

$$CO^+ + CO \rightarrow CO_2^+ + O \qquad (3)$$

and suggested that a long lived electronic state of $CO_2^+$ (possibly $^4\Sigma^-$ which has not been observed experimentally) is responsible. Ryan and Stock [15] have estimated that approximately 1 per cent of the CO+ produced by 30 eV electron impact is in the populated $^4\Sigma$ state. However, it seems unlikely that such small amounts of either the $A^2\Pi$ or a metastable quartet state should be responsible for the intensities of product ions we observe under crossed beam conditions. We conclude, therefore, that the relative species is $CO^+(X^2\Sigma^+)$.

---

Crossed beam study of CO+ + O2     791

The $CO^+(X^2\Sigma^+)$ produced by direct electron impact can be estimated from Franck-Condon factors to be predominantly in the $v=0$ state. However, transitions from the $B^2\Sigma^+$ and $A^2\Pi$ states enhance the populations of higher vibrational levels. Mezei et al. [16] have calculated the vibrational state distributions for a range of electron energies. At 30 eV, although the $v=0$ level is predominantly populated (approximately 70 per cent), vibrational levels up to $v=5$ have populations greater than 1 per cent. Since relative vibrational de-excitation within a given electronic state appears to be slow in CO+ [17] there will be no significant relaxation in the time taken to travel to the crossing region. In addition to obtaining intensity contour diagrams for a range of electron energies over the initial relative energy range 18–10·1 eV. In addition to obtaining intensity contour diagrams for CO+, we measured the angular distributions in the range of initial relative energies from CO+—O2 collisions. Although the laboratory angular distributions cannot be related to the total cross section, some qualitative conclusions can be drawn.

The intensity of O+ is very low at low initial translational energies but rises between 3·6 and 5·0 eV and increases further as the relative translational energy is raised. At 10 eV the O+ intensity is significantly larger than the $CO_2^+$ intensity. Since the rise in O+ intensity occurs in the range of initial relative energies where it becomes energetically possible for CO+ to dissociate, and the O+ presumably arises from this rather than the endothermic reaction [6]

$$CO^+ + O_2 \rightarrow O^+ + CO_2, \qquad \Delta H = 0·75 \text{ eV.} \qquad (4)$$

The C+ is present at very low intensity even at low initial translational energy and final relative translational energies. Since channels for C+ formation are very endothermic it seems that a long lived excited electronic state of $CO_2^+$ must be involved. The angular distribution of C+ is broad.

Relative cross-sections for the formation of $CO_2^+$ have been obtained from the contour diagrams. The cross-section rises rapidly to a peak at small relative energies around 5 eV and then decreases as an increasing amount of product $CO_2^+$ is formed with internal excitation greater than the dissociation limit. A possible explanation for the variation of cross-section with energy is to suggest the existence of an avoided surface crossing. Collisions at low energy lead to charge transfer but as the energy is increased crossing to a surface leading to $CO_2^+ + O$ become more probable.

Figures 3–5, 8, 9 present intensity contour diagrams obtained at initial relative kinetic energies of [8], 2·78, 5·04, 7·69 and 10·12 eV. The translational exoergicity Q, defined as $Q = T' - T$ where $T'$ and $T$ are the initial and final relative translational energies, has the limit $-\Delta E > Q > -(D + \Delta E)$ where $-\Delta E$ is the reaction exoergicity and D is the dissociation energy of the product ion. For reaction (2), assuming that the products are in their ground electronic and vibrational states, Q has the limits $0·58 > Q > -4·72$ eV for dissociation into the lowest energy fragments, $O(^3P) + CO(X^2\Sigma^+)$. For dissociation channel, $CO^+(X^2\Sigma^+) + O(^3P)$, the limits for Q would be $0·58 > Q > -5·10$ eV. The observed dissociation threshold is consistent with dissociation to $CO^+(X^2\Sigma^+)$. In all the contour diagrams measured no significant intensity lies outside the circle $Q < 0·58$ eV. The contour diagrams over the whole energy range are asymmetric with respect to the $\pm 90°$ axis indicating that the reaction is

T005829



792

M. F. Jarrold et al.

Crossed beam study of $CO^+ + O_2$

793

$CO^+ O_2 \to CO_2^+ + O$
Relative Energy = 1.81 eV

Figure 1. Contour map of intensity of $CO_2^+$ in centre of mass coordinate system for initial relative kinetic energy of 1.81 eV. Crosses mark the centre of mass and spectator stripping velocity.

$CO^+ O_2 \to CO_2^+ O$
Relative Energy = 2.78 eV

Figure 4. Contour map of intensity of $CO_2^+$ for initial relative energy of 2.78 eV.

$CO^+ O_2 \to CO_2^+ + O$
Relative Energy = 5.04 eV

Figure 5. Contour map of intensity of $CO_2^+$ for initial relative energy of 5.04 eV.

direct. This would be expected since $CO_2^+$ is unlikely to have a potential well of any significant depth [18].

The contour diagram measured at the lowest relative translational energy $T = 1.81$ eV (figure 1) shows a broad forward peak with a low intensity tail extending past the centre of mass and a smaller backward peak. There is a large uncertainty in the intensity of ($\pm 50$ per cent) and position ($\pm 20$ per cent) of the backward peak. Large uncertainties in the apparent intensities of low energy components in the presence of substantial intensity of higher energy components is a well known problem with RPD analysers. The wide angular and velocity distribution suggests that at this energy the system passes through a region of the potential hypersurface in which all four atoms are strongly coupled.

As the initial relative translational energy is raised to $T = 2.78$ eV (figure 4) the forward peak becomes narrower and clearly lies at CM velocity lower than predicted by the spectator stripping model. As the energy is further raised to 5.04 eV (figure 5), the angular and velocity distributions of the forward peak become narrower and the mechanism becomes more repulsive. The backward peak increases relative to the forward peak as the energy is raised from 1.81 eV to 5.04 eV and lies at a CM velocity greater than the forward peak and outside the elastic stripping circle indicating that low impact parameter collisions in which all atoms strongly interact lead to produce recoil and lower internal excitation than the grazing collisions which produce the forward peak.

A plot of translational exoergicity $Q$ of the maximum of the forward peak against the initial relative translational energy $T$ (figure 6) is a straight line over the energy range 1.81–5.04 eV. The internal excitation increases more rapidly than predicted by the spectator stripping model indicating the conversion of a

**TA    62**

T005830

794

M. F. Jarrold et al.



Figure 6. Plot of translational exoergicity $Q/eV$ versus initial relative kinetic energy $T/eV$.



Figure 7. Distribution of relative translational energy of the fixed oxygen into internal energy of the product, $CO_2$, showing that even in grazing collisions there is a substantial interaction between all four atoms. The relative translational energy distribution of the products $P(T')$ [20], derived from the contour diagrams, (figure 7) in this energy range show a similar trend.



$CO^+ + O_2 \rightarrow CO_2^+ + O$
Relative Energy = 7.69 ev

Figure 8. Contour map of intensity of $CO_2^+$ for initial relative energy of 7.69 eV.



$CO^+ + O_2 \rightarrow CO_2^+ + O$
Relative Energy = 10.12 ev

Figure 9. Contour map of intensity of $CO_2^+$ for initial relative energy of 10.12 eV.

Crated beam study of $CO^+ + O_2$

795

T005831

796

As the energy is increased above 5 eV the total cross-section is observed to fall due to dynamic, resonance placed on product stability. The distribution of $CO_2^+$ from $CO^+$–$O_2$ collisions at an initial relative energy of 7.69 eV is shown in figure 9. The trend towards increased backward scattering continues and suggests to obtain the three-dimensional CM-angular distributions $I(x)$ from

$$I(X)_{3-cm} \times \frac{y}{x} = I(x)_{cm} f(x_x, u/v)_x$$  (5)

show that the product is mainly backward scattered (figure 10). The maximum of the forward peak lies just outside the $Q = -4.72$ eV circle. At this energy repulsive forces will dominate the kinematics. The spectator stripping point lies just within the $Q = -4.72$ eV circle and strong interaction between the incipient $CO_2^+$ and O is required to produce these products which are stable relative to dissociation. The interaction in backward scattering shows that these rebound or small impact parameter collisions in which it sums interact strongly are more effective in producing stable product than grazing collisions.

As the initial relative translational energy is raised an increasing fraction of product intensity is observed to fall within the circle $Q = -4.72$ eV. There is however a dissociation threshold at $Q = -4.72$ eV corresponding to dissociation to $O^+(^4S) + CO(^1\Sigma^+)$ by a spin forbidden predissociation from the high vibrational levels of the ground state. The $C^1\Sigma^-$ state of $CO_2^+$ is known to be completely predissociated [19]. Since most of the intensity occurs at $Q = -4.72$ eV, this implies that for the majority of the collisions the neutral product is $O(^3P)$ and that all the internal excitation resides in the ionic product. For the product which lies within the $Q = -4.72$ eV circle either O or $CO_2^+$ must be electronically excited.

The limiting values of $Q$ for the formation of $O(^3D)$ and $CO_2^+(X^2\Pi_g)$



Figure 10.  Centre of mass angular distributions of $CO_2^+$, $I(x)$ for initial relative energies of 5.81 and 7.69 eV.

797

are $-1.37$ eV, $Q > -6.67$ eV and the contour diagrams are consistent with this, intensity within the circle $Q = -6.67$ eV axes from the finite angular and energy resolution of the apparatus. The backward stripping predissociation limit for formation of the electronically excited $CO_2^+(A^2\Pi_u + B^2\Sigma_u^+)$. The forward stripping predissociation limit at 5.67 eV even though the $-4.72$ eV circle.

We gratefully acknowledge financial support and a studentship to (M.F.J) from the Science Research Council. We thank Shell Research Ltd. for providing the vacuum system and other equipment from which we developed the instrument. Our thanks are also due to Mr. C. Woolard for machining services, and to members of the Warwick Mass Spectrometry Group and Dr. M. Levy for useful discussions.

References

[1] Henon, Z., 1972, Ion-Molecule Reactions, Vol. 2, edited by J. L. Franklin (Butterworth & Co.), p. 161.
[2] Gentry, W. R., 1979, Gas Phase Ion Chemistry, Vol. 2, edited by M. T. Bowers (Academic Press), p. 221.
[3] Farragher, F. C., Schmidtman, A. L., and Fergusson, E. E., 1966, J. Chem. Phys. 45, 23.
[4] Herrero, R. S., Bearay, R. C., Shaw, M. J., and Twiddy, N. D., 1970, Chem. Phys. Lett. 5, 275.
[5] Adams, N. G., Smith, D., and Grief, D., 1978, Int. J. mass Spectrom. ion Phys., 26, 405.
[6] Bunker, M. H., and Bauer, J. (editors), 1972, Reaction Rate Handbook, 2nd edition (Defense Nuclear Agency).

T005832

798    M. F. Jarrold et al.

[7] Kemmink, N., and Kosteko, V., 1974, J. phys. Soc. Japan, 37, 1032.
[8] Braithwaite, R., Hoare, D. M., and Joseph, M. F., 1978, J. Phys. E, 11, 1037.
[9] Woldering, R., and Chase, R. J.-J., 1964, J. Phys. Chem. 71, 745.
[10] Brauman, C. R., and Fennell, L. E., 1973, Phys. Rev. A, 17, 1337.
[11] Jorgensen, S. W., and Sorenson, G., 1975, J. chem. Phys. 62, 2559.
[12] Moenzsen, G. L., and Hoare, E. J., 1976, Chem. Phys. Lett. 43, 170.
[13] Aarts, J. F. M., and de Heer, F. J., 1970, Physica (Utrecht), 49, 425.
[14] Comtat, V., and Hoare, Z., 1965, Colln. Czech. chem. Commun. 30, 1341.
    Teck, J., and Fanneguy, 1967, J. chem. Phys. 46, 907; Bowman, M. T.,
    Cook, M., and Fanneguy, 1971, J. chem. Phys. 63, 3656.
[15] Bron, K. R., and Steck, H. M., 1974, Int. J. mass Spectrum. ion Phys., 21, 393.
[16] Manz, T. F., Wilcox, J. H., and Asare, L. E., 1973, J. chem. Phys. 68, 261
[17] Manz, T. F., and Franzosa, L., 1965, J. chem. Phys. 42, 255.
[18] Steck, L. W., and Comtat, R., 1974, J. Am. chem. Soc. 42, 235.
[19] Elson, J. H. D., 1972, Int. J. mass Spectrum. ion Physics, 9, 397.
[20] Henson, Z., and Baratham, K., 1975, Int. J. mass Spectrum. ion Chem., 77, 566.

MOLECULAR PHYSICS, 1980, VOL. 39, NO. 4, 799 816

# Quantum collinear reaction probabilities for vibrationally excited reactants : F+H₂(v≤2)→FH(v'≤9)+H

by J. N. L. CONNOR and W. JAKUBETZ†

Department of Chemistry, University of Manchester,
Manchester M13 9PL, England

and J. MANZ

Lehrstuhl für Theoretische Chemie, Technische
Universität München, D-8046 Garching, Germany

(Received 8 May 1979)

Quantum mechanical reaction probabilities are reported for the collinear reaction F+H₂(v)→FH(v')+H in an energy range where two or three vibrational H₂ states v are open. Four different potential energy representations of the BOPS-SCFCI surface have been used. The scattering is dominated by resonances. A detailed investigation of the different kinds of resonance behaviour is presented. For the two LEPS surfaces, overall features of the reaction probability curves can be correlated qualitatively in a one-to-one fashion. Differences between the BOPS and LEPS reaction probabilities are more pronounced for v=0 than for v=1. For all surfaces, the reverse reaction probabilities for v=1 are larger than for v=0. For the reverse reaction than for the forward reaction. A multi-step mechanism is deduced for the reaction, and an attempt is made to give an interpretation in terms of physical concepts including centrifugal effects, Franck-Condon transitions and quasibound states. No obvious simple trends emerge from a surprisal analysis. Must surprisal plots are markedly non-linear in the energy range considered.

## 1. INTRODUCTION

An important topic in the theory of reactive molecular collisions is the effect on the scattering of variations in the potential energy surface. In a previous paper [1], we have reported accurate quantum results for the collinear exoergic reaction

$$F+H_2(v)\rightarrow FH(v')+H \qquad (1)$$

with H₂ in its vibrational ground state. Three different potential surfaces were used : the extended LEPS Muckerman I (M-I), [2] and Muckerman V (M-V) [3] surfaces, and an adaptation of the ab initio SCFCI surface of Bender et al. [4] (BOPS) [4]. The purpose of this paper is to report quantum reaction probabilities for the collinear reaction (1) in which H₂ is vibrationally excited, with v=1 or 2. The same three potential surfaces are again employed. For the M-V surface we compare our results with those of Schatz, Bowman and Kuppermann [5, 6] (henceforth abbreviated SBK).

† Present address : Institut für Theoretische Chemie und Strahlenchemie, Universität Wien, A-1090 Wien, Austria.

0026-8976/80/3904 0799 $02.00 © 1980 Taylor & Francis Ltd

T005833

*International Journal of Mass Spectrometry and Ion Processes*, 64 (1985) 67–77    67
Elsevier Science Publishers B.V., Amsterdam – Printed in The Netherlands

# COUPLING A QUADRUPOLE MASS SPECTROMETER AND A FOURIER TRANSFORM MASS SPECTROMETER

ROBERT T. McIVER, Jr. *, RICHARD L. HUNTER and WILLIAM D. BOWERS

*Department of Chemistry, University of California, Irvine, CA 92717 (U.S.A.)*

(First received 7 September 1984, in final form 11 October 1984)

## ABSTRACT

Experiments performed by the authors during the last year have demonstrated the feasibility of a new analytical instrument called a tandem quadrupole–Fourier transform mass spectrometer (QFT–MS). Ions made in the source of a quadrupole mass spectrometer are extracted and focused into a beam. The ion beam is then injected axially into a superconducting electromagnet where the ions are stored in an analyzer cell and detected by Fourier transform mass spectrometry (FT–MS).

The goal of this project is to combine the highly developed chromatographic and sample ionization features of a quadrupole mass spectrometer with the versatility and high mass resolution that is available with Fourier transform detection. High mass resolution is possible because differential pumping separates the ion source of the quadrupole mass spectrometer from the analyzer cell of the FT–MS instrument. A novel method is described for efficiently injecting ions axially into the solenoidal magnetic field.

The QFT–MS instrument has many features in common with triple quadrupole mass spectrometers but with QFT–MS, much higher mass resolution is possible. For example, a mass resolution of 140000 is demonstrated for $m/z$ 78 ions produced by collision-induced dissociation of bromobenzene molecular ions.

## INTRODUCTION

Fourier transform mass spectrometry (FT–MS) utilizes advanced electronic techniques to achieve unmatched stability and mass resolution [1–4]. The operating principles of FT–MS are quite different from conventional quadrupole and sector mass spectrometers. There are no slits, flight tubes, high voltage power supplies, or electron multipliers needed. Instead, ions are trapped in an analyzer cell by a strong magnetic field and are detected by the image current induced by their cyclotron motion [5,6]. Two important features of FT–MS are that weak ion currents can be integrated for several seconds in the analyzer cell, and all ions can be detected simultaneously. In addition, a series of experiments, such as collision-induced dissociation and

0168-1176/85/$03.30    © 1985 Elsevier Science Publishers B.V.

TA   66

T005834



68

laser photodissociation, can be performed on the *same* set of ions while they are stored in the analyzer cell [7–10]. Mass spectrometry experiments involving pulsed lasers can be readily performed by FT–MS because all ions formed by the laser are trapped in the analyzer cell and a complete mass spectrum can be obtained for each laser pulse [11–13].

In spite of the many advantageous features of FT–MS, it has not been widely accepted for analytical applications. One difficulty is that the mass resolution and detection sensitivity of the spectrometer decrease severely at pressures exceeding about $10^{-6}$ Torr. Thus, a mass resolution of $M/\Delta M$ 500 000 at a pressure of $1 \times 10^{-8}$ Torr decreases to just $M/\Delta M$ 1000 at $5 \times 10^{-6}$ Torr. This makes it difficult to interface an FT–MS instrument to previously developed separation and ionization techniques, such as fast atom bombardment (FAB), gas chromatography (GC) and liquid chromatography (LC), because all of these present a large gas load to the mass spectrometer. Another problem is that the analyzer cell does not work properly if the ion density exceeds about $10^6$ ions $cm^{-3}$. An excessive number of ions in the analyzer cell causes the cyclotron resonance signals to become distorted and makes it difficult to detect minor components in the presence of abundant ions at another mass [14–16].

In 1982, we began working on a new approach to overcome these limitations of conventional FT–MS instruments. It involves coupling a quadrupole mass spectrometer and a Fourier transform mass spectrometer so that the ion production region is separated from the ion detection region. Ions are formed in the source region of a quadrupole mass spectrometer and are injected into a Fourier transform mass spectrometer where they are trapped and detected. This idea arose from the realization that FT–MS is a versatile and sensitive means for detecting ions, but an alternative means was needed for producing the ions and handling the high gas loads associated with coupling a GC or LC to the mass spectrometer.

In this paper, we describe a "tandem quadrupole–Fourier transform mass spectrometer" (QFT–MS) that was built during the last year and has been operational for about six months. A novel means for guiding the ion beam from the quadrupole mass spectrometer to the FT–MS analyzer cell is described and recent results showing high mass resolution and injection efficiency are presented.

EXPERIMENTAL

Figure 1 illustrates the concept of QFT–MS. Ions extracted from an ion source are injected into a first set of quadrupole rods (Q1) which can be operated in the rf-only or the rf/d.c. mode to transmit ions in a selected region of the mass spectrum. It functions as a bandpass filter having a

T005835

69

variable high mass and low mass cutoff. Unwanted ions are rejected by Q1 while the ions of interest are transmitted.

Next, the ion beam enters a second quadrupole mass filter (Q2) which is normally operated in the rf-only mode. The purpose of Q2 is to guide the ion beam through the intense fringing fields of the superconducting magnet. As the ions enter the homogeneous region of the magnetic field, they are decelerated and trapped in the FT-MS analyzer cell. Several methods have been used to decelerate the ions. A description and comparison of these will be presented in a separate paper when more definitive data have been obtained. Once the ions are trapped in the analyzer cell, FT-MS detection can be performed in the conventional manner.

In January 1983, construction of a prototype QFT-MS instrument began with the assistance of engineers from the Finnigan Corporation [17]. The instrument has been modified extensively since then. Presently, it consists of a model 4500 ion source and vacuum manifold made by Finnigan MAT (355 River Oaks Parkway, San Jose, CA). The source is evacuated by a turbomolecular pump and liquid nitrogen trap. The guiding quadrupole Q2, which was designed specially for this project, is constructed of stainless steel rods held in place by ceramic spacers. An elongated trapped ion analyzer cell having dimensions $8.9 \times 3.8 \times 3.8$ cm is used to store the ions and detect them by FT-MS [18]. The cryomagnet was made by Oxford Instruments (Osney Mead, Oxford, Gt. Britain). It has a room temperature bore diameter of 15 cm and can be energized to a peak field strength of 7 T. The manifold containing the analyzer cell is pumped by a closed-loop liquid helium cryopump to a base pressure in the mid-$10^{-9}$ Torr range. A pressure gradient of 120 was measured between the source housing and the analyzer cell. The electronics and computer data system developed for FT-MS



Fig. 1 Concept of QFT-MS. Ions produced by a quadrupole mass spectrometer are guided by a second quadrupole mass filter to an FT-MS analyzer cell where they are detected.

TA    68

T005836



70

detection are now available as a commercial product from the IonSpec company (1 Longstreet, Irvine, CA).

The guiding quadrupole mass filter, Q2, is a key feature of this design because, without it, few ions would be able to pass to the FT-MS analyzer cell. The magnetic mirror principle, which is utilized in plasma physics for the containment of ionized gases, predicts that ions leaving the source of the quadrupole mass spectrometer (at a magnetic field strength of about 0.02 T) will be decelerated and reflected backwards as they approach the strong magnetic field (7 T) around the analyzer cell [19]. However, Q2 operated in the rf-only mode overcomes this problem because it focuses the ion beam and directs it precisely down the axis of the solenoidal magnet. The ions are not significantly decelerated by the magnetic mirror effect because they do not encounter the off-axis magnetic lines of force. We have modeled and studied the trajectories of ions in quadrupolar electric fields and inhomogeneous magnetic fields. The results of these calculations will be presented in a separate publication [20].

RESULTS AND DISCUSSION

An important goal for the QFT-MS instrument is to combine the best features of FT-MS and quadrupole mass spectrometry. Thus, the existing sample separation and ionization methods developed for quadrupole mass spectrometers could be utilized along with the high mass resolution available with FT-MS. With a properly designed vacuum manifold, the same GC and LC interfaces and FAB guns that are currently available on quadrupole mass spectrometers could be used with the QFT-MS. As improved interfaces are developed, they too could be readily adapted to the QFT-MS instrument because ample space is available in the region around the ion source. This is a cost effective approach because it eliminates the need to develop new types of interfaces suitable for the low pressure requirements of FT-MS.

All of these goals have not been realized with the prototype instrument, but the feasibility of injecting ions into the analyzer cell and detecting them at high mass resolution has been proven. The next six figures illustrate the level of performance achieved thus far with the prototype instrument.

Figure 2 is a plot of the ion current that reaches the FT-MS analyzer cell as the potential on a collector plate is varied. Both Q1 and Q2 were operated in the rf-only mode. The lower trace shows a maximum ion current of 280 pA when the FT-MS analyzer cell is withdrawn from the magnet by 2 m, while the upper trace shows that a much larger ion current, 1020 pA, is recorded, when the spectrometer is returned to its normal position where the FT-MS analyzer cell is in a field strength of 4.1 T. These results are opposite from what was expected. Apparently, Q2 is very effective in focusing the ion

TA    69