# Exhibit B

# THE AMERICAN HERITAGE COLLEGE DICTIONARY

THIRD EDITION



HOUGHTON MIFFLIN COMPANY
*Boston • New York*

TA    124

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
    p.    cm.
  ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
  1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                                           92-42124
                                                        CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/)

TA 125

**sub·struc·ture** (sŭb′strŭk′chər) *n.* **1** The supporting part of a structure; the foundation. **2** The earth bank or bed supporting railroad tracks. — **sub·struc′tur·al** *adj*

**sub·sume** (səb-sōōm′) *tr.v.* -sumed, -sum·ing, -sumes. To classify, include, or incorporate in a more comprehensive category or under a general principle. [Med Lat. *subsūmere* : Lat. *sub-*, sub- + Lat. *sūmere*, to take; see em-*.] — **sub·sum′a·ble** *adj*

**sub·sump·tion** (səb-sŭmp′shən) *n.* **1 a.** The act of subsuming. **b.** Something subsumed. **2.** *Logic* The minor premise of a syllogism. [Lat. *subsūmptiō, subsūmptiōn-*, a subsuming < *subsūmptus*, p.part. of *subsūmere*, to subsume See SUBSUME.] — **sub·sump′tive** *adj*.

**sub·sur·face** (sŭb′sûr′fəs, sŭb-sûr′-) *adj* Of, relating to, or situated in an area beneath a surface, esp the surface of the earth or a body of water.

**sub·teen** (sŭb′tēn′) *adj* Relating to, intended for, or being a preadolescent child or children; preteen: *a subteen dance* — *n* **1.** See preteen. **2.** subteens The preadolescent years

**sub·tem·per·ate** (sŭb-tĕm′pər-ĭt, -tĕm′prĭt) *adj* Of or occurring within the colder regions of the Temperate Zones

**sub·ten·ant** (sŭb-tĕn′ənt) *n.* One that rents property, such as land or a house, from a tenant. — **sub·ten′an·cy** *n*

**sub·tend** (səb-tĕnd′) *tr.v.* -tend·ed, -tend·ing, -tends **1.** *Math* To be opposite to and delimit: *The side of a triangle subtends the opposite angle* **2.** To underlie so as to enclose or surround. [Lat. *subtendere*, to extend underneath : *sub-*, sub- + *tendere*, to extend; see ten-*.]

**sub·ter·fuge** (sŭb′tər-fyōōj′) *n.* A deceptive stratagem or device. [Fr. < OFr. *suterfuge* < LLat. *subterfugium* < Lat. *subterfugere*, to escape : *subter*, secretly, beneath; see upo* + *fugere*, to flee.]

**sub·ter·mi·nal** (sŭb-tûr′mə-nəl) *adj* Located or occurring near an end.

**sub·ter·ra·ne·an** (sŭb′tə-rā′nē-ən) *adj* **1.** Situated or operating beneath the earth's surface; underground **2.** Hidden; secret. [Lat. *subterrāneus* : *sub-*, sub- + *terra*, earth; see ters-*.] — **sub·ter·ra′ne·an·ly** *adv*

**sub·ter·res·tri·al** (sŭb′tə-rĕs′trē-əl) *adj* Subterranean; underground.

**sub·text** (sŭb′tĕkst′) *n* **1** The implicit meaning or theme of a literary text. **2.** The underlying personality of a dramatic character as implied by a script or text and interpreted by an actor in performance. — **sub·tex·tu·al** (-tĕks′chōō-əl) *adj*.

**sub·tile** (sŭt′l, sŭb′təl) *adj* Subtle. [ME < OFr. *subtil* < Lat *subtilis*, fine, delicate. See SUBTLE] — **sub′tile·ly** *adv*. — **sub·til′i·ty** (səb-tĭl′ĭ-tē), **sub′tile·ness** (sŭt′l-nĭs, sŭb′təl-), **sub′til·ty** (sŭt′l-tē, sŭb′təl-) *n*

**sub·til·ize** (sŭt′l-īz′, sŭb′tə-līz′) *v.* -ized, -iz·ing, -iz·es. — *tr.* To render subtle. — *intr.* To argue or discuss with fine subtlety. — **sub′til·i·za′tion** (-ĭ-zā′shən) *n*

**sub·ti·tle** (sŭb′tīt′l) *n.* **1.** A secondary, usu. explanatory title, as of a book **2. a.** A printed translation of the dialogue of a foreign-language film shown at the bottom of the screen. **b.** A printed portion of narration or dialogue flashed on the screen between the scenes of a silent film — *tr v.* -tled, -tling, -tles **1.** To give a subtitle to. **2.** To provide with subtitles.

**sub·tle** (sŭt′l) *adj.* **sub·tler, sub·tlest. 1. a.** So slight as to be difficult to detect or analyze; elusive **b.** Not immediately obvious; abstruse. **2.** Able to make fine distinctions: *a subtle mind.* **3. a.** Characterized by skill or ingenuity; clever **b.** Crafty or sly; devious **c.** Operating in a hidden, usu. injurious way; insidious. [ME *sotil* < OFr. < Lat. *subtilis.* See teks-*.] — **sub′tle·ness** *n* — **sub′tly** *adv*

**sub·tle·ty** (sŭt′l-tē) *n., pl.* -ties **1.** The quality or state of being subtle. **2** Something subtle, as a nicety of thought

**sub·ton·ic** (sŭb-tŏn′ĭk) *n. Mus.* The seventh tone of a diatonic scale, immediately below the tonic.

**sub·tor·rid** (sŭb-tôr′ĭd, -tŏr′-) *adj.* Subtropical

**sub·to·tal** (sŭb-tōt′l) *adj* Less than total; incomplete — *n* (sŭb′tōt′l). The total of part of a series of numbers. — *v.* (sŭb′tōt′l) -taled, -tal·ing, -tals also -talled, -tal·ling, -tals. — *tr.* To total part of (a series of numbers) — *intr.* To arrive at a subtotal

**sub·tract** (səb-trăkt′) *v.* -tract·ed, -tract·ing, -tracts. — *tr.* To take away; deduct. — *intr. Math* To perform the arithmetic operation of subtraction. [Lat. *subtrahere, subtrāct-* : *sub-*, sub- + *trahere*, to draw.] — **sub·tract′er** *n.*

**sub·trac·tion** (səb-trăk′shən) *n* **1.** The act or process of subtracting; deduction **2.** *Math* The arithmetic operation of finding the difference between two quantities or numbers.

**sub·trac·tive** (səb-trăk′tĭv) *adj* **1.** Producing or involving subtraction. **2.** *Color* Of or being a color produced by light passing through more than one colorant, each of which inhibits certain wavelengths. **3.** Of or being a photographic process that produces a positive image by superposing or mixing substances that selectively absorb colored light.

**sub·tra·hend** (sŭb′trə-hĕnd′) *n. Math.* A quantity or number to be subtracted from another. [< Lat. *subtrahendum*, neut gerundive of *subtrahere*, to subtract. See SUBTRACT]

**sub·trop·i·cal** (sŭb-trŏp′ĭ-kəl) *adj* Of, relating to, or being the geographic areas adjacent to the Tropics

**sub·trop·ics** (sŭb-trŏp′ĭks) *pl n.* Subtropical regions

**su·bu·late** (sōō′byə-lĭt, -lāt′, sŭb′yə-) *adj* *Biol* Tapering to a point; awl-shaped; *a subulate leaf.* [NLat. *subulātus* < Lat *sūbula*, awl. See syū-*.]

**sub·um·brel·la** (sŭb′ŭm-brĕl′ə) *n* The concave underside of the body of a jellyfish.

**sub·u·nit** (sŭb′yōō′nĭt) *n* A subdivision of a larger unit

**sub·urb** (sŭb′ûrb) *n.* **1.** A usu. residential area or community outlying a city. **2.** suburbs The usu. residential region around a major city; the environs. [ME *suburbe* < OFr < Lat. *suburbium* : *sub-*, sub- + *urbs, urb-*, city]

**sub·ur·ban** (sə-bûr′bən) *adj* **1.** Of, relating to, or characteristic of a suburb. **2.** Located or residing in a suburb. **3** Of, relating to, or characteristic of the culture, customs, and manners typical of life in the suburbs — *n.* A suburbanite.

**sub·ur·ban·ite** (sə-bûr′bə-nīt′) *n.* One living in a suburb.

**sub·ur·ban·ize** (sə-bûr′bə-nīz′) *tr.v.* -ized, -iz·ing, -izes. To render suburban; impart a suburban character to — **sub·ur′ban·i·za′tion** (-bə-nĭ-zā′shən) *n*

**sub·ur·bi·a** (sə-bûr′bē-ə) *n.* **1.** The suburbs. **2.** Suburbanites considered as a group.

**sub·ven·tion** (səb-vĕn′shən) *n.* **1.** Provision of help or support. **2.** An endowment or a subsidy, as one from a government to a research institution; a financial aid grant [Ult. < LLat. *subventiō, subventiōn-*, assistance < Lat. *subventus*, p part of *subvenire*, to come to help : *sub-*, beneath, behind; see sum- + *venire*, to come; see gʷā-*.] — **sub·ven′tion·ar′y** *adj.*

**sub·ver·sion** (səb-vûr′zhən, -shən) *n.* **1 a.** The act or an instance of subverting. **b.** The condition of being subverted. **2.** *Obsolete* A cause of overthrow or ruin. [Ult < LLat. *subversiō, subversiōn-* < Lat. *subversus*, p.part. of *subvertere*, to subvert. See SUBVERT.] — **sub·ver′sion·ar′y** *adj*

**sub·ver·sive** (səb-vûr′sĭv, -zĭv) *adj.* Intended or serving to subvert, esp intended to overthrow or undermine an established government. — **sub·ver′sive** *n* — **sub·ver′sive·ly** *adv.* — **sub·ver′sive·ness** *n*

**sub·vert** (səb-vûrt′) *tr.v.* -vert·ed, -vert·ing, -verts **1.** To destroy completely; ruin. **2.** To undermine the character, morals, or allegiance of; corrupt. **3.** To overthrow completely See Syns at overthrow. [ME *subverten* < OFr. *subvertir* < Lat *subvertere* : *sub-*, sub- + *vertere*, to turn; see wer-2*.] — **sub·vert′er** *n*

**sub·vi·rus** (sŭb-vī′rəs) *n., pl* -rus·es. A viral protein or other substance smaller than a virus and having some of the properties of a virus — **sub·vi′ral** (-rəl) *adj*

**sub·vo·cal** (sŭb-vō′kəl) *adj.* Characterized by movement of the lips or other speech organs without audible sounds. — **sub·vo′cal·ly** *adv.*

**sub·vo·cal·ize** (sŭb-vō′kə-līz′) *tr & intr.v.* -ized, -iz·ing, -iz·es. To articulate subvocally or engage in subvocal articulation. — **sub·vo′cal·i·za′tion** *n* — **sub·vo′cal·iz′er** *n.*

**sub·way** (sŭb′wā′) *n.* **1 a.** An underground urban railroad, usu. operated by electricity. **b.** A passage for such a railroad **2.** An underground tunnel or passage, as for pedestrians.

**suc·ce·da·ne·um** (sŭk′sĭ-dā′nē-əm) *n., pl* -ne·a (-nē-ə) A substitute. [NLat. *succēdāneum* < Lat., neut. sing of *succēdāneus*, substituted < *succēdere*, to succeed. See SUCCEED.]

**suc·ceed** (sək-sēd′) *v.* -ceed·ed, -ceed·ing, -ceeds. — *intr* **1.** To come next in time or succession; follow after another; replace another in an office or a position **2.** To accomplish something desired or intended. **3.** *Obsolete* To devolve upon a person by way of inheritance. — *tr* **1.** To follow in time or order. **2.** To come after and take the place of. See Syns at follow. [ME *succeden* < OFr. *succeder* < Lat. *succēdere* : *sub-*, near; see sum- + *cēdere*, to go; see ked-*.] — **suc·ce′dent** (sək-sēd′nt) *adj* — **suc·ceed′er** *n.*

**suc·cès d'es·time** (sük-sĕ′ dĕs-tēm′) *n.* An important but unpopular success or achievement. [Fr : *succès*, success + *de*, of + *estime*, esteem]

**suc·cès fou** (sük-sĕ′ fōō′) *n.* A wild success. [Fr : *succès*, success + *fou*, mad.]

**suc·cess** (sək-sĕs′) *n.* **1.** The achievement of something desired, planned, or attempted **2. a.** The gaining of fame or prosperity. **b.** The extent of such gain. **3.** One that is successful. **4.** *Obsolete.* A result or an outcome. [Lat *successus* < p part. of *succēdere*, to succeed. See SUCCEED.]

**suc·cess·ful** (sək-sĕs′fəl) *adj* **1.** Having a favorable outcome **2.** Having obtained something desired or intended: *was successful in stopping the leak* **3.** Having achieved wealth or eminence. — **suc·cess′ful·ly** *adv.* — **suc·cess′ful·ness** *n*

**suc·ces·sion** (sək-sĕsh′ən) *n.* **1.** The act or process of following in order or sequence **2.** A group of people or things arranged or following in order; a sequence **3 a.** The sequence in which one person after another succeeds to a title, throne, dignity, or estate. **b.** The right of a person or line of persons to so succeed. **c.** The person or line having such a right. **4 a.** The act or process of succeeding to the rights or duties of another **b.** The act or process of becoming entitled as a legal beneficiary to the property of a deceased person **5.** *Ecol.* The gradual and orderly evolution of an ecosystem until a climax is reached. [ME < OFr. < Lat. *successiō, successiōn-* < *suc-*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about |
| ô paw | item |

Stress marks:
′ (primary);