# EXHIBIT C

**Second College Edition**

# Heritage Dictionary

TA   127

**Houghton Mifflin Company** BOSTON

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
  Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
  1. English language—Dictionaries.  I. Morris, William, 1913–
PE1625.A54  1982     423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

TA    128

Case 1:04-cv-01230-GMS   Document 59-7   Filed 11/18/2005   Page 4 of 8

upon picking up the scent, as hunting dogs. [ME *chalenge* < OFr. < *chalanger*, to accuse < Lat. *calumniari*, to accuse falsely < *calumnia*, calumny < *calvi*, to deceive.] —**chal'lenge·a·ble** *adj* —**chal'leng·er** *n.*

**chal·lis** (shăl'ē) *n.* A light clothing fabric made of wool, cotton, or rayon. [Poss. < the surname *Challis.*]

**cha·lone** (kā'lōn', kăl'ōn') *n.* A hormone that inhibits a metabolic process. [< Gk *khalōn*, pr. part. of *khalan*, to slacken.]

**cha·lyb·e·ate** (kə-lĭb'ē-ĭt, -lē'bē-) *adj.* 1. Impregnated with or containing salts of iron. 2. Tasting like iron, as mineral-spring water. —*n.* Water or medicine containing iron in solution. [NLat. *chalybeatus* < Lat. *chalybs*, steel < Gk. *khalups* < *Khalups*, Chalybes, a people of Asia Minor famous for their steel.]

**cham** (kăm) *n. Archaic* A Tatar or Mogul khan [Fr. < Turk *khān.*]

**Cha·mae·leon** also **Cha·me·leon** (kə-mēl'yən, -mē'lē-ən) *n.* A constellation in the southern polar region near Apus and Mensa. [Lat. *chamaeleon*, chameleon.]

**cham·ae·phyte** (kăm'ə-fīt') *n.* A perennial plant that has its winter buds placed very close to the soil surface. [Gk. *khamai*, on the ground + -PHYTE]

**cham·ber** (chām'bər) *n.* 1. a. A room in a house, esp. a bedroom. b. **chambers**, *Chiefly Brit.* A suite of rooms; apartment. 2. Often **chambers**. A judge's office. 3. A room in a palace or official residence where an important personage receives visitors. 4. A hall for the meeting of an assembly, esp. a legislative assembly. 5. A legislative, judicial, or deliberative assembly. 6. A board or council. 7. A place where governmental funds are received and held; treasury. 8. An enclosed space or compartment; cavity. 9. a. An enclosed space at the bore of a gun that holds the charge. b. The part of a cylinder of a revolver that receives the cartridge. —*tr.v.* **-bered, -ber·ing, -bers.** 1. To put in or as if in a chamber; enclose; confine. 2. To furnish with a chamber. [ME *chaumbre* < OFr. < LLat. *camera*, chamber < Lat. *vault* < Gk. *kamara.*]

**chambered nautilus** *n.* A cephalopod mollusk, *Nautilus pompilius*, of the Pacific and Indian oceans, having a coiled and partitioned shell lined with a pearly layer.

**cham·ber·lain** (chām'bər-lən) *n.* 1. An official who manages the household of a sovereign or nobleman; chief steward. 2. A high-ranking officer in various royal courts. 3. An official who receives the rents and fees of a municipality; treasurer. 4. *Rom. Cath. Ch.* An often honorary papal attendant. [ME *chaumberlein* < OFr. *chamberlene* < LLat. *camera*, chamber.]

**cham·ber·maid** (chām'bər-mād') *n.* A maid who cleans and cares for bedrooms, as in hotels.

**chamber music** *n.* Music appropriate for performance in a private room or small concert hall and composed for a group of instruments such as a trio or quartet

**chamber of commerce** *n.* An association of businessmen and merchants for the promotion of business interests in the community.

**chamber pot** *n.* A portable vessel used as a toilet.

**cham·bray** (shăm'brā') *n.* A fine, lightweight type of gingham woven with white threads across a colored warp [After *Cambrai*, France.]

**cha·me·leon** (kə-mēl'yən, -mē'lē-ən) *n.* 1. Any of various tropical Old World lizards of the family Chamaeleonidae, characterized by their ability to change color. 2. The anole. 3. A changeable or inconstant person. 4. **Chameleon.** Variant of **Chamaeleon.** [ME *camelioun* < Lat *chamaeleon* < Gk. *khamaileōn* : *khamai*, on the ground + *leōn*, lion.] —**cha·me'le·on·ic** (-lē-ŏn'ĭk) *adj.*

**cham·fer** (chăm'fər) *tr.v.* **-fered, -fer·ing, -fers.** 1. To cut off the edge or corner of; bevel. 2. To cut a groove in; flute. —*n.* 1. A flat surface made by cutting off the edge or corner of something. 2. A furrow or groove, as in a column. [Prob. ult. < OFr. *chanfreindre* : *chant*, edge + *fraindre*, to break < Lat. *frangere.*]

**cham·fron** (chăm'frən) *n.* Medieval armor for the front of a horse's head. [ME *shamfron* < OFr. *chanfrein.*]

**cha·mi·so** (chə-mē'sō) *n., pl.* **-sos.** A shrub, *Adenostoma fasciculatum*, of California, having clusters of small white flowers and forming dense thickets. [Sp. *chamiza*, wild brush < *chamizo*, dry brush gathered for firewood.]

**cham·ois** (shăm'ē) *n., pl.* **cham·ois** (shăm'ēz *also* shăm-wä') or **-mies.** 1. A hoofed mammal, *Rupricapra rupricapra*, of mountainous regions of Europe, having upright horns with backward-hooked tips. 2. Also **cham·my**, *pl.* **-mies.** The soft leather made from the hide of the chamois or other animals such as deer or sheep. 3. Moderate to grayish yellow. —*tr.v.* **-oised, -ois·ing, -ois·es.** 1. To dress or prepare like chamois. 2. To polish or dry with chamois leather. [OFr.]

**cham·o·mile** or **cam·o·mile** (kăm'ə-mīl') *n.* 1. Any of various plants of the genus *Anthemis*, esp. *A. nobilis*, an aromatic plant native to Eurasia, having finely dissected leaves and white flowers. 2. Any of several similar plants of the genus *Matricaria*, esp. *M. chamomilla.* [ME *camomile* < LLat. *chamomilla* < Lat. *chamaemelon* < Gk. *khamaimēlon* : *khamai*, on the ground + *mēlon*, apple.]

**champ¹** (chămp) also **chomp** (chŏmp) *v.* **champed, champ·ing, champs** also **chomped, chomp·ing, chomps.** —*tr.* 1. To bite upon with restlessness or impatience. 2. To chew upon noisily. 3. *Scot.* To crush or trample. —*intr.* To work the jaws and teeth vigorously. —*n.* The act of chewing or biting vigorously. —*idiom* **champ at the bit.** To be impatient. [Perh. imit.]

**champ²** (chămp) *n. Informal* A champion.

**cham·pagne** (shăm-pān') *n.* 1. a. A sparkling white wine produced in Champagne, a region of France. b. A similar wine made elsewhere. 2. Pale orange yellow to grayish yellow or yellowish gray.

**cham·paign** (shăm-pān') *n.* Level and open country; a plain. —*adj.* Pertaining to or like champaign; level and open. [ME *champain* < OFr. *champaigne* < LLat. *campania*, open country. —see CAMPAIGN.]

**cham pak** also **cham·pac** (chăm'păk', chŭm'pŭk') *n.* A tree, *Michelia champaca*, of India and the East Indies, that has yellow flowers and yields a camphorlike substance and an oil used in perfumes. [Hindi *campak* < Skt. *campakah.*]

**cham·per·ty** (chăm'pər-tē) *n., pl.* **-ties.** *Law.* An illegal sharing in the proceeds of a lawsuit by an outside party who has promoted the litigation. [ME *champartie* < OFr. *champart*, the lord's share of the tenant's crop : *champ*, field (< Lat. *campus*) + *part*, share (< Lat *pars*).] —**cham'per·tous** (-təs) *adj.*

**cham·pi·gnon** (shăm-pĭn'yən) *n.* An edible mushroom, esp. the common species *Agaricus campestris* [Fr. < OFr. *champigneul*, prob. ult. < Lat. *campus*, field.]

**cham·pi·on** (chăm'pē-ən) *n.* 1. One that holds first place or wins first prize in a contest, esp. in sports. 2. One that defends, fights for, or supports a cause or another person. 3. One who fights; warrior. —*tr.v.* **-oned, -on·ing, -ons.** 1. To fight as champion of; defend; support: *"championed the government and defended the system of taxation"* (Samuel Chew). 2. *Obs.* To defy or challenge. —*adj.* Holding first place or prize; superior to all others. [ME *champioun* < OFr *champion* < Med. Lat. *campio.*]

**cham·pi·on·ship** (chăm'pē-ən-shĭp') *n.* 1. The position or title of a champion. 2. Defense or support; advocacy. 3. A competition or series of competitions held to determine a winner.

**chance** (chăns) *n.* 1. a. The abstract nature or quality shared by unexpected, random, or unpredictable events; contingency. b. This quality regarded as causing or deciding such events; luck. 2. The likelihood of occurrence of an event; probability. 3. a. An unexpected, random, or unpredicted event. b. A fortuitous event. 4. a. An opportunity. b. A risk or hazard; gamble. c. A raffle or lottery ticket. 5. *Baseball.* An opportunity to make a putout or an assist that counts as an error if unsuccessful. —*adj.* 1. Happening unexpectedly; *a chance meeting with an old friend.* 2. Determined or marked by whim or caprice; arbitrary. —*v.* **chanced, chanc·ing, chanc·es.** —*intr* To happen by chance; occur by accident. —*tr* To take the risk or hazard of. —*phrasal verb.* **chance on** (or **upon**). To find or meet accidentally; happen upon. [ME. *unexpected event* < OFr < VLat. *cadentia* < Lat *cadere*, to happen.]

**Synonyms**: *chance, random, casual, haphazard, desultory*. These adjectives apply to what lacks purposefulness or method. *Chance* implies total absence of design or predictability: *my chance meeting with a friend. Random* applies to things that happen to occur or be selected without the aid of a governing mind or design. *Casual* suggests lack of deliberation or formality; *haphazard*, a carelessness or a willful leaving to chance; and *desultory*, an absence of relation among things in a series.

**chance·ful** (chăns'fəl) *adj.* 1. Full of chance; eventful. 2. *Archaic.* Dependent upon chance. 3. *Obs.* Risky; dangerous.

**chan·cel** (chăns'əl) *n.* The often enclosed space around the altar of a church for the clergy and choir. [ME *chauncel* < OFr. *chancel* < Lat. *cancelli*, lattice < *cancer.*]

**chan·cel·ler·y** (chăn'sə-lə-rē, -slə-rē, chăn'-) *n., pl.* **-ies.** 1. The rank or position of a chancellor. 2. a. The office or department of a chancellor b. The building in which it is located. 3. The official place of business of an embassy or consulate. [ME *chancelrie* < OFr. *chancelerie* < *chancelier*, chancellor.]

**chan·cel·lor** (chăn'sə-lər, -slər) *n.* 1. Any of various officials of high rank, esp.: a. A secretary to a king or nobleman. b. *Chiefly Brit.* The chief secretary of an embassy. c. The chief minister of state in some European countries. 2. a. *Chiefly Brit* The honorary or titular head of a university. b. The president of certain American universities. 3. The presiding judge of a court of chancery or equity in some states of the United States. [ME *chaunceler* < OFr *chancelier* < LLat. *cancellarius*, doorkeeper < Lat *cancelli*, lattice. —see CANCEL.] —**chan'cel·lor·ship'** *n.*

**Chancellor of the Exchequer** *n.* The highest minister of finance in the British government and a member of the cabinet.

**chance-med·ley** (chăns'mĕd'lē) *n.* 1. *Law.* A sudden quarrel resulting in an unpremeditated homicide. 2. A random or haphazard action. [ME *chaunce medley* < Norman Fr *chance medlee*, mixed chance.]

**chan·cer·y** (chăn'sə-rē) *n., pl.* **-ies.** 1. a. A court with jurisdiction in equity as distinguished from one with jurisdiction in common law. b. The proceedings and practice of a court


chambered nautilus


chameleon

P pop / r roar / s sauce / sh ship, dish / t tight / th thin, path / *th* this, bathe / ŭ cut / ûr urge / v valve / w with / y yes / z zebra, size / zh vision / ə about, item, edible, gallop, circus / œ *Fr.* feu, *Ger.* schön / ü *Fr.* tu, *Ger.* über / KH *Ger.* ich, *Scot.* loch / N *Fr.* bon.

TA 129

Case 1:04-cv-01230-GMS    Document 59-7    Filed 11/18/2005    Page 5 of 8

**es·chew** (ĭs-chōō′) *tr.v.* **-chewed, -chew·ing, -chews.** To avoid; shun. [ME *eschewen* < OFr *eschivir*, of Germanic orig.] **—es·chew′al** (-əl) *n.*

**es·co·lar** (ĕs′kə-lär′) *n., pl.* **escolar** or **-lars.** Any of several slender fishes of the family Gempylidae, esp. *Lepidocybium flavobrunneum*, of warm marine waters. [Sp., student (from the spectacle-like rings around its eyes) < LLat *scholaris*, of a school. —see SCHOLAR.]

**es·cort** (ĕs′kôrt) *n.* **1.** One or more persons accompanying another to guide, protect, or to pay honor. **2.** A man who is the companion of a woman, esp. on a social occasion. **3. a.** One or more vehicles accompanying another vehicle to guide, protect, or honor its passengers. **b.** A warship or plane or a group of warships or planes used to defend or protect other craft from enemy attack. **4.** The state of being accompanied by a person or protective guard. —*tr.v.* (ĭ-skôrt′, ĕ-skôrt′, ĕs′kôrt′) **-cort·ed, -cort·ing, -corts.** To accompany as an escort. [Fr. *escorte* < OFr < OItal. *scorta* < *scorgere*, to conduct < VLat. *\*excorrigere* : Lat *ex-*, out + Lat. *corrigere*, to set right.]

**es·cri·toire** (ĕs′krĭ-twär′) *n.* **1.** A writing table or desk. **2.** A desk with a top section for books. [Obs. Fr. < OFr. *escriptoire*, study < Med. Lat. *scriptorium* < Lat. *scribere*, to write.]

**es·crow** (ĕs′krō, ĕ-skrō′) *n.* Money, property, a deed, or a bond put into the custody of a third party for delivery to a grantee only after the fulfillment of the conditions specified. [AN *escrowe* < OFr. *escroe*, scroll, of Germanic orig.]

**es·cu·do** (ĭ-skōō′dō) *n., pl.* **-dos.** See table at currency. [Port and Sp., shield, escudo < Lat. *scutum*, shield.]

**es·cu·lent** (ĕs′kyə-lənt) *adj.* Suitable for eating; edible. [Lat *esculentus* < *esca*, food < *edere*, to eat.] **—es′cu·lent** *n.*

**es·cutch·eon** (ĭ-skŭch′ən) *n.* **1.** A shield or shield-shaped emblem bearing a coat of arms. **2.** An ornamental or protective plate, as for a keyhole. **3.** The plate on the stern of a ship inscribed with the ship's name. [ME *escochon* < OFr *escuchon* < VLat. *\*scutio* < Lat. *scutum*, shield.] **—es·cutch′eoned** *adj.*

**Es·dras** (ĕz′drəs) *n.* See table at Bible.

**-ese** *suff.* **1.** Of, relating to, characteristic of, or originating in a specified place: *Vietnamese.* **2.** Native or inhabitant of: *Taiwanese.* **3. a.** Language or dialect of: *Chinese.* **b.** Literary style or diction of: *journalese.* [OFr *-eis* and Ital *-ese* < Lat. *-ensis*, originating in.]

**es·er·ine** (ĕs′ə-rēn′) *n.* Biochem. Physostigmine. [Fr. *ésère*, Calabar bean (< Kongo *anzadi*) + -INE².]

**es·ker** (ĕs′kər) *n.* A long, narrow ridge of coarse gravel deposited by a stream flowing in an ice-walled valley or tunnel in a decaying glacial ice sheet. [Ir. Gael. *eiscir* < OIr. *escir*.]

**Es·ki·mo** (ĕs′kə-mō′) *n., pl.* **Eskimo** or **-mos. 1.** One of a people native to the Arctic coastal regions of North America and to parts of Greenland and northeastern Siberia. **2.** The language of the Eskimo people. [Dan. < Fr. *Esquimaux* (pl). of Algonquian orig.] **—Es·ki·mo·an** (ĕs′kə-mō′ən) *adj.*

**Eskimo dog** *n.* A large dog of a breed used in Arctic regions as a sled dog, having a thick coat and a plumed tail.

**e·soph·a·gus** (ĭ-sŏf′ə-gəs) *n., pl.* **-gi** (-jī′). A muscular, membranous tube for the passage of food from the pharynx to the stomach; gullet. [ME *ysophagus* < Gk. *oisophagos*.] **—e·soph′a·ge′al** (ĭ-sŏf′ə-jē′əl) *adj.*

**es·o·ter·ic** (ĕs′ə-tĕr′ĭk) *adj.* **1.** Intended for or understood by only a particular group: *an esoteric cult.* **2. a.** Known by a restricted number. **b.** Confined to a small group. **3.** Not publicly disclosed; confidential. [Gk. *esōterikos* < *esōterō*, comp. of *esō*, within.] **—es′o·ter′i·cal·ly** *adv.*

**ESP** (ē′ĕs-pē′) *n.* Extrasensory perception. [E(XTRA) S(ENSORY) P(ERCEPTION).]

**es·pa·drille** (ĕs′pə-drĭl′) *n.* A sandal having a rope sole and a canvas upper part. [Fr. < Prov *espardilho*, dim of *espart*, esparto < Lat. *spartum*.]

**es·pal·ier** (ĭ-spăl′yər, -yā′) *n.* **1.** A tree or shrub that is trained to grow in a flat plane against a wall, often in a symmetrical pattern. **2.** A trellis or other framework upon which an espalier is grown. —*tr.v.* **-iered, -ier·ing, -iers. 1.** To train on an espalier. **2.** To provide with an espalier. [Fr < Ital. *spalliera*, stakes at shoulder's height < *spalla*, shoulder < Med. Lat. *spatula* < Lat., dim. of *spatho*, broad sword < Gk. *spathē*, broad blade.]

**es·par·to** (ĭ-spär′tō) *n., pl.* **-tos.** A tough, wiry grass, *Stipa tenacissima*, of northern Africa, yielding a fiber used in making paper and as cordage. [Sp < Lat. *spartum* < Gk *sparton*, rope.]

**es·pe·cial** (ĭ-spĕsh′əl) *adj.* **1.** Standing above or apart from others; exceptional. **2.** Pertaining to a particular person or thing; particular. —See Usage note at **special.** [ME < OFr < Lat. *specialis* < *species*, species.] **—es·pe′cial·ly** *adv.*

**es·per·ance** (ĕs′pər-əns) *n. Obs.* Hope. [ME *esperaunce* < OFr. < Lat. *sperans*, pr. part. of *sperare*, to hope.]

**Es·pe·ran·to** (ĕs′pə-rän′tō, -răn′-) *n.* An artificial language with a vocabulary based on word roots common to many European languages and a regularized system of inflection. [After Dr. *Esperanto*, pseudonym of L.L. Zamenhof (1859-1917).]

**es·pi·al** (ĭ-spī′əl) *n.* **1.** The act of noticing or observing. **2.** The fact of being seen or noticed. [ME *espiaille* < OFr. < *espier*, to watch, of Germanic orig.]

**es·pi·o·nage** (ĕs′pē-ə-näzh′, -nĭj) *n.* The act or practice of spying or of using spies to obtain secret information, as about another government or a business competitor. [Fr. *espionnage* < OFr. < *espionner*, to spy < *espion*, spy < OItal. *spione*, of Germanic orig.]

**es·pla·nade** (ĕs′plə-näd′, -nād′) *n.* A flat, open stretch of pavement or grass, esp. one designed as a promenade along the shore. [Fr. < Ital. *spianata* < *spianare*, to level < Lat. *explanare* : *ex-*, out + *planus*, level.]

**es·pous·al** (ĭ-spou′zəl) *n.* **1. a.** A betrothal. **b.** A wedding ceremony. **2.** The adoption of an idea or cause; adoption.

**es·pouse** (ĭ-spouz′) *tr.v.* **-poused, -pous·ing, -pous·es. 1.** To take in marriage; marry. **2.** To give in marriage. **3.** To give one's loyalty or support to; adopt. [ME *espousen* < OFr *espouser* < Lat. *sponsare* < *spondere*, to betroth.] **—es·pous′er** *n.*

**es·pres·so** (ĭ-sprĕs′ō) *n., pl.* **-sos.** A strong coffee brewed by forcing steam under pressure through darkly roasted, powdered coffee beans. [Ital., p part. of *esprimere*, to press out < Lat. *exprimere* : *ex-*, out + *premere*, to press.]

**es·prit** (ĕ-sprē′) *n.* **1.** Spirit. **2.** Liveliness of mind and expression; wit. [Fr. < Lat. *spiritus*, spirit.]

**es·prit de corps** (ĕ-sprē′ də kôr′) *n.* A common spirit of comradeship, enthusiasm, and devotion to a cause among the members of a group. [Fr. : *esprit*, spirit + *de*, of + *corps*, body.]

**es·py** (ĭ-spī′) *tr.v.* **-pied, -py·ing, -pies.** To catch sight of; glimpse. [ME *espien* < OFr *espier*, to watch, of Germanic orig.]

**-esque** *suff.* Resembling; in the manner of: *Lincolnesque.* [Fr. < Ital. *-esco*, of Germanic orig.]

**Es·qui·mau** (ĕs′kə-mō′) *n., pl.* **Esquimau** or **-maux** (-mōz′). Eskimo. **—Es′qui·mau′** *adj.*

**es·quire** (ĕs′kwīr′, ĭ-skwīr′) *n.* **1.** A candidate for knighthood in medieval times, serving a knight as attendant and shield-bearer. **2.** A member of the English gentry ranking below a knight. **3.** *Archaic.* An English country gentleman; squire. **4.** Used as a title of courtesy usually in its abbreviated form after a man's full name, esp. an attorney: *Martin Chuzzlewit, Esq.* [ME < OFr *esquier* < LLat *scutarius* < Lat *scutum*, shield.]

*Usage:* The term *Esquire*, and its abbreviation *Esq.*, traditionally reserved for men, is now sometimes used in correspondence addressed to women, especially female attorneys: *Jane Roe, Esq.*

**ess** (ĕs) *n.* The letter *s.*

**-ess** *suff.* Female: *lioness.* [ME *-esse* < OFr. < LLat *-issa* < Gk.]

**es·say** (ĕ-sā′, ĕs′ā′) *tr.v.* **-sayed, -say·ing, -says. 1.** To make an attempt at; try. **2.** To subject to a test. —*n.* (ĕs′ā′, ĕ-sā′). **1.** An attempt; endeavor. **2.** A testing or trial of the value or nature of a thing: *an essay of his capabilities.* **3.** (ĕs′ā′) **a.** A short literary composition on a single subject, usually presenting the personal view of the author. **b.** Something resembling this: *a photojournalistic essay.* [OFr. *essaier* < *essai, assai*, trial < LLat. *exagium*, a weighing : Lat *ex-*, out + Lat. *agere*, to drive.] **—es·say′er** *n.*

**es·say·ist** (ĕs′ā′ĭst) *n.* A writer of essays.

**es·sence** (ĕs′əns) *n.* **1.** The intrinsic or indispensable properties that serve to characterize or identify something. **2.** The most important ingredient; crucial element. **3.** The inherent, unchanging nature of a thing or class of things, as distinguished from its existence. **4. a.** An extract that has the fundamental properties of a substance in concentrated form. **b.** Such an extract in a solution of alcohol. **c.** A perfume or scent. **5.** An existing thing, esp. a spiritual or incorporeal entity. [ME *essencia* < Lat. *essentia* < *esse*, to be.]

**Es·sene** (ĕs′ēn′, ĭ-sēn′) *n.* A member of an ascetic Jewish sect that existed in ancient Palestine from the 2nd century B.C to the 3rd century A.D. **—Es·se′ni·an** (ĕ-sē′nē-ən), **Es·sen′ic** (ĕ-sĕn′ĭk) *adj.*

**es·sen·tial** (ĭ-sĕn′shəl) *adj.* **1.** Constituting or part of the nature of something; inherent. **2.** Basic or indispensable; necessary: *essential ingredients.* —*n.* **1.** Something that is fundamental. **2.** Something that is necessary or indispensable. **—es·sen′ti·al′i·ty** (-shē-ăl′ĭ-tē) **es·sen′tial·ness** *n.* **—es·sen′tial·ly** *adv.*

**essential amino acid** *n.* An amino acid that is required by the body for optimum growth and that must be supplied by dietary protein.

**essential oil** *n.* A volatile oil, usually having the characteristic odor or flavor of the plant from which it is obtained, used to make perfumes and flavorings.

**es·so·nite** (ĕs′ə-nīt′) *n.* A brown or yellowish-brown variety of garnet. [Fr. < Gk. *hēssōn*, inferior, from its being softer than true hyacinth.]

**-est¹** *suff.* Used to form the superlative degree of adjectives and adverbs: *greatest, earliest.* [ME < OE *-est, -ast, -ost.*]

**-est²** *suff.* Used to form the archaic second person singular of English verbs: *comest.* [ME < OE *-est, -ast.*]

**es·tab·lish** (ĭ-stăb′lĭsh) *tr.v.* **-lished, -lish·ing, -lish·es. 1.** To make firm or secure. **2.** To settle in a secure position or condition: *established her in her own business.* **3.** To cause to be recognized and accepted: *a discovery that established his reputation.* **4.** To found. **5.** To make a state institution of (a church). **6.** To introduce and put (a law, for example) into



escritoire
Louis XVI escritoire

escutcheon
*Above:* Coat of arms
*Below:* On a boat

esophagus

esplanade

P pop / r roar / s sauce / sh ship, dish / t tight / th thin, path / *th* this, bathe / ŭ cut / ûr urge / v valve / w with / y yes / z zebra, size / zh vision / ə about, item, edible, gallop, circus / œ *Fr.* feu, *Ger.* schön / ü *Fr.* tu, *Ger.* über / KH *Ger.* ich, *Scot* loch / N *Fr.* bon.

TA    130





quality or condition of being improbable. 2. Something improbable.
**im·prob·a·ble** (ĭm-prŏb'ə-bəl) *adj.* Unlikely to take place or to be true; doubtful. [Lat. *improbabilis* : *in-*, not + *probabilis*, probable.] —**im·prob'a·ble·ness** *n.* —**im·prob'a·bly** *adv.*
**im·prob·i·ty** (ĭm-prō'bĭ-tē) *n.* Lack of probity; dishonesty. [ME *improbite* < Lat. *improbitas* < *improbus*, dishonest : *in-*, not + *probus*, honest, good.]
**im·promp·tu** (ĭm-prŏmp'tōō, -tyōō) *adj.* Performed or conceived without rehearsal or preparation: *an impromptu speech.* —*adv.* Spontaneously. —*n.* 1. Something made or done impromptu, as a speech. 2. *Mus.* A short lyrical composition esp. for the piano. [Fr. < Lat. *in promptu*, at hand : *in*, in + *promptus*, ready. —see PROMPT.]
**im·prop·er** (ĭm-prŏp'ər) *adj.* 1. Not suited to circumstances or needs; unsuitable: *received improper care.* 2. Not in keeping with conventional mores; indecorous. 3. Not consistent with truth, fact, or rule; incorrect. 4. Irregular or abnormal, as in form. [OFr. *impropre* < Lat. *improprius* : *in-*, not + *proprius*, proper.] —**im·prop'er·ly** *adv.* —**im·prop'er·ness** *n.*
   *Synonyms:* improper, unbecoming, unseemly, indelicate, indecent, indecorous. These adjectives mean in violation of accepted standards of what is right or proper. *Improper* can apply to any act or statement contrary to such standards, but often refers to unethical conduct, violation of etiquette, or morally offensive behavior. *Unbecoming* suggests what is beneath the standard implied by one's character or position. What is *unseemly* or *indelicate* violates good taste; *indelicate* suggests immodesty, coarseness, or tactlessness. *Indecorous*, the weakest of these terms, implies violation of the manners of polite society.
**improper fraction** *n.* A fraction in which the numerator is larger than or equal to the denominator.
**improper integral** *n.* An integral having at least one nonfinite limit or having an integrand that becomes infinite between the limits of integration.
**im·pro·pri·e·ty** (ĭm'prə-prī'ĭ-tē) *n., pl.* **-ties.** 1. The quality or condition of being improper. 2. An improper act. 3. An improper or unacceptable usage in speech or writing.
**im·prove** (ĭm-prōōv') *v.* **-proved, -prov·ing, -proves.** —*tr.* 1. To advance to a better state or quality; make better. 2. To increase the productivity or value of (land). —*intr.* 1. To become or get better. 2. To make beneficial additions or changes: *improve on the translation.* [ME *improven*, to enclose land for cultivation < AN *emprouwer* < OFr. *en-* (causative) + *prou*, profit < LLat. *prode*, advantageous — see PROUD.]
   *Synonyms:* improve, better, help, ameliorate, enhance. These verbs mean to make more attractive or desirable in some respect. *Improve*, the most general term, refers to an act of raising in quality or value or of relieving an undesirable situation. *Better* is often interchangeable with *improve* in the preceding senses; used reflexively, *better* implies worldly gain: *better himself by changing jobs. Help* usually implies limited relief or change for the better: *medicine that helped her. Ameliorate* refers to improving or bettering conditions that cry out for change. *Enhance*, in contrast, suggests adding to something already attractive or worthy and thus increasing its value.
**im·prove·ment** (ĭm-prōōv'mənt) *n.* 1. The act or procedure of improving. 2. The state of being improved. 3. A change or addition that improves.
**im·prov·i·dent** (ĭm-prŏv'ĭ-dənt) *adj.* 1. Not providing for the future; thriftless. 2. Rash; incautious. —**im·prov'i·dence** *n.* —**im·prov'i·dent·ly** *adv.*
**im·pro·vi·sa·tion** (ĭm-prŏv'ĭ-zā'shən, ĭm'prə-vĭ-) *n.* 1. The act of improvising. 2. Something improvised, esp. a dramatic skit.
**im·prov·i·sa·tor** (ĭm-prŏv'ĭ-zā'tər) *n.* One who improvises.
**im·prov·i·sa·to·ry** (ĭm-prŏv'ĭ-zə-tôr'ē, ĭm'prə-vī'zə-tôr'ē, -tōr'ē) also **im·prov·i·sa·to·ri·al** (ĭm-prŏv'ĭ-zə-tôr'ē-əl, -tōr'ē-əl) *adj.* 1. Of or pertaining to improvisation. 2. Of or pertaining to an improviser.
**im·pro·vise** (ĭm'prə-vīz') *v.* **-vised, -vis·ing, -vis·es.** —*tr.* 1. To invent, compose, or recite without preparation. 2. To make or provide from available materials. —*intr.* To invent, compose, recite, or execute something offhand. [Fr. *improviser* < Ital. *improvvisare* < *improvviso*, unforeseen < Lat. *improvisus* : *in-*, not + *provisus*, p.part. of *providere*, to foresee. —see PROVIDE.] —**im·pro·vis'er** *n.*
**im·pru·dence** (ĭm-prōōd'ns) *n.* 1. The quality or condition of being imprudent. 2. An imprudent act.
**im·pru·dent** (ĭm-prōōd'ənt) *adj.* Not prudent; unwise or indiscreet. [ME < Lat. *imprudens* : *in-*, not + *prudens*, prudent.]
**im·pu·dence** (ĭm'pyə-dəns) also **im·pu·den·cy** (-dən-sē) *n.* 1. The quality of being impudent. 2. Impudent behavior.
**im·pu·dent** (ĭm'pyə-dənt) *adj.* 1. Characterized by brash behavior or impertinent disrespect. 2. *Obs.* Immodest. [ME < Lat. *impudens* : *in-*, not + *pudens*, pr.part of *pudēre*, to be ashamed.] —**im'pu·dent·ly** *adv.*
**im·pu·dic·i·ty** (ĭm'pyōō-dĭs'ĭ-tē) *n.* Immodesty; shamelessness. [OFr. *impudicite* < Lat. *impudicus*, immodest : *in-*, not + *pudicus*, modest < *pudēre*, to be ashamed.]
**im·pugn** (ĭm-pyōōn') *tr.v.* **-pugned, -pugn·ing, -pugns.** To oppose or attack as false, esp. to criticize or refute by argu-

mentation. [ME *impugnen* < OFr. *impugner* < Lat. *impugnare*, to fight against : *in-*, against + *pugnare*, to fight.] —**im·pugn'a·ble** *adj.* —**im·pugn'er** *n.*
**im·pu·is·sance** (ĭm-pyōō'ĭ-səns, ĭm-pwĭs'əns) *n.* Lack of power or effectiveness; weakness. —**im·pu'is·sant** *adj.*
**im·pulse** (ĭm'pŭls') *n.* 1. a. An impelling force. b. The motion produced by such a force. 2. a. A sudden spontaneous inclination or urge: *had an impulse to tell him off.* b. A motivating force; incentive: *questioned the impulse behind the reorganization plan.* 3. a. An inherent propensity, usually of a nonrational nature: "Respect for the liberty of others is not a natural impulse in most men" (Bertrand Russell). b. A general tendency or spirit; current: *can hear the romantic impulse in all his music.* 4. *Electronics.* A short-term change in the intensity of a medium. 5. *Physics.* The product of the average value of a force with the time during which it acts, equal in general to the change in momentum produced by the force in this time interval. 6. *Physiol.* An instance of the transmission of energy from one neuron to another. [Lat. *impulsus* < p.part. of *impellere*, to impel —see IMPEL.]
**im·pul·sion** (ĭm-pŭl'shən) *n.* 1. The act of impelling or the condition of being impelled. 2. An impelling force; thrust. 3. Motion produced by an impelling force; momentum. 4. An urging; compulsion: "*I do not move . . . unless it be under the impulsion of a third party*" (Samuel Beckett).
**im·pul·sive** (ĭm-pŭl'sĭv) *adj.* 1. Inclined to act on impulse rather than thought. 2. Produced as a result of impulse; precipitate: *an impulsive act.* 3. Having force or power to impel or incite; forceful. 4. *Physics.* Acting within brief time intervals. Used esp. of a force. —**im·pul'sive·ly** *adv.* —**im·pul'sive·ness** *n.*
**im·pu·ni·ty** (ĭm-pyōō'nĭ-tē) *n., pl.* **-ties.** Exemption from punishment, penalty, or harm. [Lat. *impunitas* < *impunis*, not punished : *in-*, not + *poena*, penalty < Gk. *poinē*.]
**im·pure** (ĭm-pyōōr') *adj.* 1. Not pure or clean; contaminated. 2. Not purified by religious rite; defiled. 3. Immoral or obscene. 4. Mixed with another and usually inferior substance; adulterated. 5. Being a composite of more than one color or mixed with black or white. Used of color. 6. Deriving from more than one source, style, or convention; bastardized. Used esp. of the arts. 7. Not proper or consistent in grammar, vocabulary, idiom, or other usage. —**im·pure'ly** *adv.* —**im·pure'ness** *n.*
**im·pu·ri·ty** (ĭm-pyōōr'ĭ-tē) *n., pl.* **-ties.** 1. The quality or condition of being impure, esp.: a. Contamination or pollution. b. Lack of consistency or homogeneity; adulteration. c. A state of immorality; sin. 2. Something that renders something else impure; contaminant.
**im·put·a·ble** (ĭm-pyōō'tə-bəl) *adj.* Capable of being ascribed or imputed; attributable. —**im·put'a·bly** *adv.*
**im·pu·ta·tion** (ĭm'pyōō-tā'shən) *n.* 1. The act of imputing. 2. Something imputed or ascribed. —**im·pu'ta·tive** (ĭm-pyōō'tə-tĭv) *adj.* —**im·pu'ta·tive·ly** *adv.*
**im·pute** (ĭm-pyōōt') *tr.v.* **-put·ed, -put·ing, -putes.** 1. To ascribe (a crime or fault) to another. 2. To attribute to a cause or source. 3. To attribute (wickedness or merit) to a person as transmitted by another. [ME *imputen* < OFr. *emputer* < Lat. *imputare*, to charge : *in-*, in + *putare*, to reckon. compute.]
**in** (ĭn) *prep.* 1. a. Within the limits, bounds, or area of: *was hit in the face; in the spring; in the garden.* b. From the outside to a point within; into: *threw the letter in the garbage can.* 2. To or at a situation or condition of: *was split in two; in debt; in love.* 3. a. Having the activity, occupation, or function of: *in politics; in command.* b. During the act or process of: *tripped in racing for the bus.* 4. a. With the arrangement or order of: *fell in luxuriant folds; in equal payments.* b. After the style or form of: *in iambic pentameter.* 5. a. With the characteristic, attribute, or property of: *a tall man in an afro.* b. Used to indicate a material or element from which something is made: *a statue in bronze.* 6. With the aim or purpose of: *went in search of a dictionary.* 7. By the instrumentality or means of: *paneled the library in walnut.* 8. With reference to: *six inches in depth.* 9. Used to indicate the second and larger term of a ratio or proportion: *saved only one in ten.* —*adv.* 1. To or toward the inside: *He stepped in.* 2. To or toward a destination or goal: *The group closed in.* 3. Into a usual place, as of business or residence: *He's not in.* 4. a. In a position of success or favor. b. In a particular relationship: *in bad with her supervisor.* 5. a. In fashion. b. In season. —*adj.* 1. Very fashionable: *the in thing to wear.* 2. Extremely concerned with or aware of the latest fashion: *a member of the in crowd.* 3. Incoming; entering. 4. Having power; incumbent. —*n.* 1. One that has position, influence, or power. 2. *Informal.* Influence; power. —*Idioms.* **in for.** Guaranteed to get or have: *in for a shock.* **ins and outs.** 1. The twists and turns, as of a roadway. 2. The characteristic features and difficulties. **in that.** For the reason that. [ME < OE.]
**In** The symbol for the element indium.
**in-¹** or **il-** or **im-** or **ir-** *pref.* Not: *inarticulate.* [ME < OFr. < Lat.]
**in-²** or **il-** or **im-** or **ir-** *pref.* 1. In, into, within: *intubation.* 2. En-¹. [ME < OFr. < Lat. < *in*, in, within.]
**-in** *suff.* 1. or **-ine.** A neutral chemical compound: *globulin.* 2. Enzyme: *pancreatin.* 3. a. A pharmaceutical: *niacin*

ā pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier /
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot /

TA   131


lens


Leo


leopard
Clouded leopard

*lenient rules.* [Lat. *leniens, lenient-,* pr.part. of *lenire,* to pacify < *lenis,* soft.] —**lo'ni·ent·ly** *adv.*
**Len·i-Len·a·pe** or **Len·ni-Len·a·pe** (lĕn'ē-lĕn'ə-pē) *n.* Variants of Lenape.
**Len·in·ism** (lĕn'ə-nĭz'əm) *n.* The theory and practice of proletarian revolution as developed by Lenin. —**Len'in·ist** *n.*
**le·nis** (lē'nĭs, lā'-) *adj.* Articulated with little or no aspiration, as the consonants *b* and *d* compared with *p* and *t* [Lat., soft.]
**len·i·tive** (lĕn'ĭ-tĭv) *adj.* Easing or capable of easing pain or discomfort. —*n.* A lenitive medicine. [OFr. *lenitif* < Med. Lat. *lenitivus* < Lat. *lenire,* to soothe < *lenis,* soft] —**len'i·tive·ly** *adv.*
**len·i·ty** (lĕn'ĭ-tē) *n.* The condition or quality of being lenient; leniency. [Lat. *lenitas* < *lenis,* soft.]
**lens** (lĕnz) *n.* **1. a.** A carefully ground or molded piece of glass, plastic, or other transparent material with opposite surfaces either or both of which are curved, by means of which light rays are refracted so that they converge or diverge to form an image. **b.** A combination of two or more such pieces, sometimes with other optical devices such as prisms, used to form an image for viewing or photographing. **2.** A device that causes radiation other than light to converge or diverge by an action analogous to that of an optical lens. **3.** A transparent, biconvex body of the eye between the iris and the vitreous humor that focuses light rays entering through the pupil to form an image on the retina [NLat. < Lat., lentil (from a double convex lens's resemblance to a lentil).]
**lent** (lĕnt) *v.* Past tense and past participle of **lend.**
**Lent** (lĕnt) *n.* The 40 weekdays from Ash Wednesday until Easter observed by Christians as a season of fasting and penitence. [ME *lente,* spring, lent < OE *lencten.*]
**Lent·en** (lĕn'tən) *adj.* **1.** Of or pertaining to Lent. **2.** Characteristic of or appropriate to Lent; meager; somber.
**len·ti·cel** (lĕn'tĭ-sĕl') *n.* One of the small pores on the surface of the stems of woody plants that allows the passage of gases to and from the interior tissue. [NLat. *lenticella,* dim. of Lat. *lens,* lentil.] —**len'ti·cel·late** (-sĕl'ĭt) *adj.*
**len·tic·u·lar** (lĕn-tĭk'yə-lər) *adj.* **1.** Shaped like a biconvex lens. **2.** Of or pertaining to a lens. [Lat. *lenticularis,* like a lentil < *lenticula,* lentil, dim. of *lens,* lentil.]
**len·ti·go** (lĕn-tī'gō) *n., pl.* **-tig·i·nes** (-tĭj'ə-nēz') **1.** A freckle **2.** A nevus. [Lat. < *lens,* lentil.] —**len·tig'i·nous** (-tĭj'ə-nəs), **len·tig'i·nose'** (-nōs') *adj.*
**len·til** (lĕn'təl) *n.* **1.** A leguminous plant, *Lens esculenta* (or *L. culinaris*), native to the Old World, having pods containing edible seeds. **2.** The round, flattened seed of the lentil. [ME < OFr. *lentille* < Lat. *lenticula,* dim. of *lens,* lentil.]
**len·tisk** (lĕn'tĭsk') *n.* The mastic tree. [ME *lentiske* < Lat. *lentiscus.*]
**len·to** (lĕn'tō) *Mus.* —*adv.* Slowly Used as a direction —*adj.* Slow —*n., pl.* **-tos** A lento movement or passage [Ital. < Lat. *lentus,* slow.]
**Le·o** (lē'ō) *n.* **1.** A constellation in the Northern Hemisphere near Cancer and Virgo, containing the bright stars Regulus and Denebola **2.** The fifth sign of the zodiac. [Lat.]
**Leo Minor** *n.* A constellation in the Northern Hemisphere near Leo and Ursa Major.
**le·one** (lē-ōn') *n.* See table at **currency.** [After Sierra *Leone.*]
**Le·o·nid** (lē'ə-nĭd) *n., pl.* **Le·o·nids** or **Le·on·i·des** (lē-ŏn'ĭ-dēz') A falling star of the meteor shower that annually recurs in mid-November. [< Lat *Leo, Leon-,* the constellation Leo.]
**le·o·nine** (lē'ə-nīn') *adj.* Of, pertaining to, or characteristic of a lion [ME < OFr. < Lat. *leoninus* < *leo,* lion.]
**leop·ard** (lĕp'ərd) *n.* **1. a.** A large feline mammal, *Panthera pardus,* of Africa and Asia, having a tawny coat with dark rosettelike markings and also a black color phase. **b.** Any of several felines, such as the cheetah or the snow leopard. **c.** The pelt or fur of a leopard. **2.** In heraldry, a lion in side view, having one forepaw raised and the head facing the observer. [ME < OFr. < LLat. *leopardus* < LGk *leopardos* : Gk. *leōn,* lion + Gk. *pardos,* pard.]
**leop·ard·ess** (lĕp'ər-dĭs) *n.* A female leopard
**leopard lily** *n.* A tall plant, *Lilium pardalinum,* of the western United States, having orange-red, dark-spotted flowers.
**leopard moth** *n.* A moth, *Zeuzera pyrina,* having spotted wings and larvae that damage trees by boring into the wood.
**leop·ard's-bane** (lĕp'ərdz-bān') *n.* **1.** Any of several widely cultivated plants of the genus *Doronicum,* having rayed yellow flowers. **2.** Any of several plants similar or related to a leopard's-bane.
**le·o·tard** (lē'ə-tärd') *n.* **1.** Often **leotards.** A snugly fitting, elastic one-piece garment that covers the torso, worn esp. by dancers or acrobats. **2. leotards.** Tights. [After Jules *Léotard* (1830-1870).]
**Lep·cha** (lĕp'chə) *n., pl.* **Lepcha** or **-chas. 1.** Any of a Mongoloid people living in Sikkim, India **2.** The Tibeto-Burman language of the Lepcha.
**lep·er** (lĕp'ər) *n.* **1.** A person afflicted with leprosy **2.** A person who is avoided by others; pariah. [ME < *lepre,* leprosy < OFr. < LLat. *lepra* < Gk. < *lepros,* scaly < *lepos, lepis,* scale.]
**lep·i·do-** *pref.* Scale; flake: *lepidopteran* [< Gk. *lepis, lepid-,* scale.]
**le·pid·o·lite** (lĭ-pĭd'l-īt') *n.* A lilac or pink to gray mica,

$K_2Li_3Al_4Si_7O_{21}(OH, F)_3$, used as lithium ore and in ceramic production. [G. *Lepidolith* : Lepido-, lepido- + *-lith,* -lith.]
**lep·i·dop·ter·a** (lĕp'ĭ-dŏp'tər-ə) *n.* Plural of **lepidopteron.**
**lep·i·dop·ter·an** (lĕp'ĭ-dŏp'tər-ən) *n.* A lepidopterous insect. [NLat. *Lepidoptera,* order name : LEPIDO- + *pteron,* wing.]
**lep·i·dop·ter·ist** (lĕp'ĭ-dŏp'tər-ĭst) *n.* An entomologist specializing in the study of butterflies and moths.
**lep·i·dop·ter·on** (lĕp'ĭ-dŏp'tə-rŏn', -tər-ən) *n., pl.* **-ter·a** (-tər-ə) A lepidopteran.
**lep·i·dop·ter·ous** (lĕp'ĭ-dŏp'tər-əs) *adj.* Of or belonging to the order Lepidoptera, which includes insects such as the butterflies and moths having four wings covered with small scales.
**lep·i·dote** (lĕp'ĭ-dōt') *adj.* Covered with small, scurfy scales. [Gk. *lepidōtos* < *lepis,* scale.]
**lep·o·rine** (lĕp'ə-rīn', -ər-ĭn) *adj.* Of or characteristic of rabbits or hares. [Lat. *leporinus* < *lepus,* hare.]
**lep·re·chaun** (lĕp'rĭ-kŏn', -kôn') *n.* One of a race of elves in Irish folklore who can reveal hidden treasure to someone who catches him. [Ir. Gael *lupracán* < MIr. *luchrupán* < OIr. *luchorpán* : *lū,* small + *corp,* body < Lat *corpus.*]
**lep·ro·sar·i·um** (lĕp'rə-sâr'ē-əm) *n., pl.* **-i·ums** or **-i·a** (-ē-ə) A hospital for the treatment of lepers. [Med Lat < LLat. *leprosus,* leprous. —see LEPROUS.]
**lep·rose** (lĕp'rōs') *adj.* Scurfy or scaly; leprous. [LLat. *leprosus.* —see LEPROUS.]
**lep·ro·sy** (lĕp'rə-sē) *n.* A chronic, infectious, granulomatous disease occurring almost exclusively in tropical and subtropical regions, caused by a bacillus, *Mycobacterium leprae,* and ranging in severity from noncontagious and spontaneously remitting forms to contagious, malignant forms with progressive anesthesia, paralysis, ulceration, nutritive disturbances, gangrene, and mutilation [< LEPROUS.] —**lep·rot'ic** (lĕ-prŏt'ĭk) *adj.*
**lep·rous** (lĕp'rəs) *adj.* **1.** Having leprosy **2.** Of, relating to, or resembling leprosy. **3.** *Biol.* Having or consisting of loose, scurfy scales. [ME < OFr. *lepros* < LLat. *leprosus* < *lepra,* leprosy. —see LEPER.] —**lep'rous·ly** *adv.*
**-lepsy** *suff.* Fit; seizure: *narcolepsy.* [Gk. *-lēpsia* < *lēpsis,* seizure < *lambanein,* to take.]
**lep·ta** (lĕp'tə) *n.* Plural of **lepton[1].**
**lepto-** or **lept-** *pref.* Slender; thin; fine: *leptocephalus.* [< Gk. *leptos,* fine, thin < *lepein,* to peel.]
**lep·to·ceph·a·lus** (lĕp'tə-sĕf'ə-ləs) *n., pl.* **-li** (-lī'). One of the slender, transparent larvae of eels and certain other fishes.
**lep·ton[1]** (lĕp'tŏn') *n., pl.* **-ta** (-tə) See table at **currency.** [Mod. Gk. < Gk., small coin < *leptos,* fine, small < *lepein,* to peel.]
**lep·ton[2]** (lĕp'tŏn') *n.* Any of a family of subatomic particles including the electron, the muon, and their associated neutrinos, all having spin equal to $1/_2$ and masses less than those of the mesons. —**lep·ton'ic** (-tŏn'ĭk) *adj.*
**lepton number** *n.* A number calculated by subtracting the number of antileptons from the number of leptons in a system of elementary particles
**lep·to·some** (lĕp'tə-sōm') *n.* A person with a slender, thin, or frail body. [G. *Leptosom* : Gk. *leptos,* slender + Gk. *sōma,* body.] —**lep'to·so·mat'ic** (-sō-măt'ĭk) *adj.*
**Le·pus** (lē'pəs) *n.* A constellation in the Southern Hemisphere near Orion and Columba. [Lat. *lepus,* hare.]
**Les·bi·an** (lĕz'bē-ən) *n.* **1.** A native or resident of Lesbos. **2. lesbian.** A woman who is a homosexual **3.** The ancient Greek dialect of Lesbos. —**Les'bi·an** *adj.*
**lese maj·es·ty** also **lèse ma·jes·té** (lĕz' măj'ĭ-stē) *n* **1.** An offense or crime committed against the ruler or supreme power of a state. **2.** An affront to another's dignity [OFr *lese majeste* < Lat. *laesa majestas* : *laesa,* p.part. of *laedere,* to injure + *majestas,* majesty. —see MAJESTY.]
**le·sion** (lē'zhən) *n.* **1.** A wound or injury. **2.** A circumscribed pathological alteration of tissue. **3.** A point or patch of a skin disease. [ME *lesioun* < OFr. *lesion* < Lat. *laesio* < *laedere,* to injure.]
**les·pe·de·za** (lĕs'pĭ-dē'zə) *n.* A plant of the genus *Lespedeza,* which includes the bush clovers. [NLat. *Lespedeza,* genus name, after V.M. *Lespedez* (fl 1785), Spanish governor of East Florida.]
**less** (lĕs) *adj.* **1.** Not as great in amount or quantity: *less time to spare* **2.** Lower in importance, esteem, or rank: *no less a person than the First Lady.* **3.** Consisting of a smaller number: *less than ten.* —*prep.* Minus; subtracting: *Five less two is three.* —*adv.* Comparative of **little.** To a smaller extent, degree, or frequency: *less happy.* —*n.* A smaller amount: *received less than she asked for.* —*pron.* Fewer things or persons: *Many things begin badly; less end well.* —*Idioms.* **less than.** Not at all: *a less than favorable outlook* much (or still) **less.** Certainly not: *I'm not blaming anyone, much less you.* —See Usage note at **few** [ME *lesse* < OE *lǣssa.*]
**-less** *suff.* **1.** Without; lacking: *blameless* **2.** Unable to act or be acted upon in a specified way: *dauntless.* [ME *-lesse* < OE *-lēas* < *lēas,* without.]
**les·see** (lĕ-sē') *n.* One that holds a lease. [ME < AN < OFr *lesser,* to lease.]
**less·en** (lĕs'ən) *v.* **-ened, -en·ing, -ens.** —*tr.* **1.** To cause to decrease; make less. **2.** To make little of; belittle —*intr.* To


leotard

à pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

**tox·i·gen·ic** (tŏk′sə-jĕn′ĭk) *adj.* Producing toxins. —**tox·i·ge·nic′i·ty** (-jə-nĭs′ĭ-tē) *n.*

**tox·in** (tŏk′sĭn) *n.* A poisonous substance, having a protein structure, that is secreted by certain organisms and is capable of causing toxicosis when introduced into the body tissues but is also capable of inducing a counteragent or an antitoxin.

**tox·in-an·ti·tox·in** (tŏk′sĭn-ăn′tĭ-tŏk′sĭn) *n.* A mixture of a toxin and its antitoxin with a slight excess of toxin, formerly used as a vaccine.

**toxo-** *pref.* Variant of **toxi-**.

**tox·oid** (tŏk′soid′) *n.* A toxin that has lost toxicity but has retained the capacity to stimulate the production of or combine with antitoxins, used in immunization.

**tox·o·plas·ma** (tŏk′sə-plăz′mə) *n.* Any of various microorganisms of the genus *Toxoplasma*, including some vertebrate pathogens. [< NLat. *Toxoplasma*, genus name : TOXO- + Lat. *plasma*, plasma.]

**tox·o·plas·mo·sis** (tŏk′sō-plăz-mō′sĭs) *n.* A disease caused by infection with a microorganism, *Toxoplasma gondii*, and characterized by lesions, esp. in the case of infants, in the brain and eye. [TOXOPLASMA + -OSIS.]

**toy** (toi) *n.* 1. An object for children to play with. 2. Something of little importance; trifle. 3. A small ornament; bauble. 4. A diminutive thing or person. 5. A dog of a very small breed or one much smaller than is characteristic of its breed. 6. *Scot.* A loose covering for the head, formerly worn by women. —*intr.v.* **toyed, toy·ing, toys.** To amuse oneself idly; trifle: *a cat toying with a mouse* [ME *toye*, amorous play.]

**toy·on** (toi′ŏn) *n.* An evergreen shrub, *Heteromeles arbutifolia* or *Photinia arbutifolia*, of the Pacific coast of southern North America, having clusters of fragrant white flowers and red, berrylike fruit. [Am Sp.]

**tra·be·at·ed** (trā′bē-ā′tĭd) also **tra·be·ate** (-bē-ĭt, -āt′) *adj. Archit.* Having horizontal beams or lintels rather than arches. [< Lat. *trabs*, beam.] —**tra·be·a′tion** *n.*

**tra·bec·u·la** (trə-bĕk′yə-lə) *n., pl.* **-lae** (-lē′). 1. A small supporting beam or bar. 2. *Anat.* Any of the supporting strands of connective tissue projecting into an organ and constituting part of the framework of that organ. 3. *Bot.* A transverse rodlike or platelike structure, often extending across a cavity. [Lat., dim. of *trabs*, beam.] —**tra·bec′u·lar** *adj.*

**trace¹** (trās) *n.* 1. A visible mark or sign of the former presence or passage of a person, thing, or event. 2. A barely perceivable indication of something; touch. 3. a. An extremely small amount. b. A constituent, as a chemical compound or element, present in quantities less than a standard limit. 4. A path or trail through a wilderness that has been beaten out by the passage of animals or people. 5. *Archaic.* A way or route followed. 6. A line drawn by a recording instrument, as a cardiograph. 7. *Math.* a. The point at which a line, or the curve in which a surface, intersects a coordinate plane. b. The sum of the elements of the principal diagonal of a matrix. —*v.* **traced, trac·ing, trac·es.** —*tr.* 1. To follow the course or trail of. 2. To ascertain the successive stages in the development or progress of. 3. To locate or discover (a cause, for example) by searching or researching evidence. 4. To delineate or sketch (a figure). 5. To imprint (a design) on something. 6. To form (letters) with special concentration or care. 7. To copy by following lines seen through a sheet of transparent paper. 8. To make a design or series of markings on (a surface). 9. To record (a variable), as on a graph. —*intr.* 1. To make one's way; follow a path. 2. To have origins; be traceable. [ME *track* < OFr. < *tracier*, to make one's way < Lat. *tractus*, a drawing < p.part. of *trahere*, to draw.] —**trace′a·bil′i·ty, trace′a·ble·ness** *n.* —**trace′a·ble** *adj.* —**trace′a·bly** *adv.*

**Synonyms:** *trace, vestige, track, trail, spoor.* These nouns refer to indications of something that has gone before. *Trace* applies broadly to any such evidence, such as a footprint, a fragment, or a slight indication of something intangible. *Vestige* refers to a perceptible mark of what is past or no longer existent or to an existing biological form of something that was once more fully developed. *Track* usually denotes a single mark or, more often, a succession of marks left by something that has passed through. *Trail* can refer to such a succession of marks or to the scent of a person or animal. *Spoor* is applied most often to sensible evidence of the passage of a wild animal.

**trace²** (trās) *n.* 1. One of two side straps or chains connecting a harnessed draft animal to the vehicle it is pulling. 2. A bar or rod, hinged at either end to another part, that transfers movement from one part of a machine to another. [ME *trais* (pl.) < OFr., pl of *trait*, strap < Lat. *tractus*, a hauling < p.part. of *trahere*, to haul.]

**trace element** *n.* A chemical element that occurs in minute quantities in a substance.

**trac·er** (trā′sər) *n.* 1. A person employed to locate missing goods or persons. 2. An investigation or inquiry organized to trace missing goods or persons. 3. Any of several instruments used in making tracings or other drawings. 4. A tracer bullet. 5. An identifiable substance, as a dye or radioactive isotope, that can be followed through the course of a mechanical or biological process, providing information on the pattern of events in the process or on the redistribution of the parts or elements involved.

**tracer bullet** *n.* A bullet that leaves a luminous or smoky trail.

**trac·er·y** (trā′sə-rē) *n., pl.* **-ies.** Ornamental work of interlaced and ramified lines, esp. the lacy openwork in a Gothic window. [< TRACE¹.]

**trache-** *pref.* Variant of **tracheo-**.

**tra·che·a** (trā′kē-ə) *n., pl.* **-che·ae** (-kē-ē′) or **-che·as** 1. *Anat.* A thin-walled tube of cartilaginous and membranous tissue descending from the larynx to the bronchi and carrying air to the lungs. 2. *Zool.* One of the internal respiratory tubes of insects and some other terrestrial arthropods. 3. *Bot.* One of the tubular conductive vessels in the xylem of plants. [ME *trache* < Med. Lat. *trachea* < LLat. *trachia* < Gk. (*artēria*) *trakheia*, rough (artery) < fem of *trakhus*, rough.] —**tra′che·al** *adj.*

**tra·che·id** (trā′kē-ĭd, -kĕd′) *n.* One of the elongated tapering supporting and conductive cells in woody tissue. —**tra′che′i·dal** (trā-kē′ĭ-dl, -kĕd′l) *adj.*

**tra·che·i·tis** (trā′kē-ī′tĭs) *n.* Inflammation of the trachea.

**tracheo-** or **tra·che-** *pref.* Trachea: *tracheid.* [NLat. < Med. Lat. *trachea.* —see TRACHEA.]

**tra·che·o·e·soph·a·ge·al** (trā′kē-ō-ī-sŏf′ə-jē′əl) *adj.* Pertaining to the trachea and the esophagus.

**tra·che·o·phyte** (trā′kē-ə-fīt′) *n.* Any of various plants of the division Tracheophyta that includes all vascular plants characterized by their specialized conducting system of xylem and phloem. [< NLat. *Tracheophyta*, division name : TRACHEO- + Gk. *phuta*, pl. of *phuton*, plant.]

**tra·che·ot·o·my** (trā′kē-ŏt′ə-mē) *n., pl.* **-mies.** The act or procedure of cutting into the trachea through the neck.

**tra·cho·ma** (trə-kō′mə) *n.* A contagious viral disease of the conjunctiva of the eye characterized by inflammation, hypertrophy, and granules of adenoid tissue. [Gk. *trakhōma* < *trakhus*, rough.] —**tra·cho′ma·tous** (-kō′mə-təs) *adj.*

**tra·chyte** (trā′kīt′, trăk′īt′) *n.* A light-colored igneous rock consisting essentially of alkalic feldspar. [Fr < Gk. *trakhus*, rough.] —**tra·chyt′ic** (trə-kĭt′ĭk) *adj.*

**trac·ing** (trā′sĭng) *n.* 1. A reproduction made by superimposing a transparent sheet and tracing the original upon it. 2. A graphic record made by a recording instrument, as a cardiograph.

**track** (trăk) *n.* 1. a. A mark left by the passage of a person, animal, or thing. b. The path, route, or course indicated by such marks: *an old wagon track through the mountains.* 2. A course of action; method of proceeding. 3. a. *Sports* A road or course laid out for running or racing. b. Athletic competition on such a course; track events. c. Track and field. 4. A rail or set of parallel rails upon which a train or trolley runs 5. One of several courses of study to which students are assigned in tracking. —*v.* **tracked, track·ing, tracks.** —*tr.* 1. To follow the footprints or traces of; trail. 2. To pursue successfully: *"When, like a running grave, time tracks you down"* (Dylan Thomas). 3. To move over or along; traverse. 4. To carry on the shoes and deposit as footprints: *tracked mud on her new rug.* 5. a. To observe or monitor the course of (aircraft, for example), as by radar. b. *Informal.* To observe (something) carefully: *tracking that company's performance on a daily basis.* 6. To equip with a track. 7. To assign to a curricular track. —*intr.* 1. To keep a constant distance apart. Used of a pair of wheels. 2. To be in alignment. 3. To pursue a track. —*Idiom.* **in (one's) tracks** Exactly where one is standing: *stopped him right in his tracks.* [ME *trak* < OFr. *trac,* perh of Germanic orig.] —**track′a·ble** *adj.* —**track′er** *n.*

**track·age** (trăk′ĭj) *n.* 1. Railway tracks. 2. a. The right of one railroad company to use the track system of another. b. The charge for this.

**track and field** *n. Sports.* Athletic events performed on a running track and the field associated with it.


tracery




track and field
*Above:* Athlete sprinting
*Below:* Athlete jumping hurdles

**track events** *pl.n.* The running events at a track meet as distinguished from the field events.

**track·ing** (trăk′ĭng) *n.* The homogeneous grouping of students in any of several courses of study according to intelligence or level of ability.

**tracking station** *n.* An observing station for maintaining contact by means of radar or radio with an object in the atmosphere or in space

**track·less** (trăk′lĭs) *adj.* 1. Not running on tracks or rails 2. Unmarked by trails or paths.

**trackless trolley** *n.* A trolley bus.

**track·man** (trăk′mən) *n.* A workman employed to maintain or inspect railroad tracks.

**track meet** *n. Sports.* A track and field competition.

**track record** *n.* A record of performance or accomplishment: *the company's excellent track record.*

**track·side** (trăk′sīd′) *adj.* Of, relating to, or located in the area near a track.

**track·suit** (trăk′sōōt′) *n.* A loose-fitting outfit usually consisting of a jacket and pants worn while exercising or running.

**track·walk·er** (trăk′wô′kər) *n.* A worker employed to inspect a section of track

**tract¹** (trăkt) *n.* 1. An expanse of land. 2. *Anat.* a. A system of organs and tissues that together perform one specialized



TA     133