# Exhibit F

RECEIVED

APR 2 3 2004

HALE AND DORR
LIBRARY



# McGraw-Hill
# DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition





**Sybil P. Parker**

EDITOR IN CHIEF



**McGRAW-HILL BOOK COMPANY**

New York
St. Louis
San Francisco

| | |
|---|---|
| Auckland | Bogotá |
| Caracas | Colorado Springs |
| Hamburg | Lisbon |
| London | Madrid |
| Mexico | Milan |
| Montreal | New Delhi |
| Oklahoma City | Panama |
| Paris | San Juan |
| São Paulo | Singapore |
| Sydney | Tokyo |

Toronto

TA    144

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Science Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0   DOW/DOW   8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34   1989       503'/21       88-13490
ISBN 0-07-045270-9

TA 145

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

**analog radio system** See AR system. { 'an·əl,äg 'rād·ē·ō 'sis·təm }
**analog readout** [ENG] A scale on a balance that continuously indicates measurement values by the position of an index mark, either a line or a pointer, opposite a graduated scale which is usually marked with numbers. { 'an·əl,äg 'rēd,aut }
**analog recording** [ELECTR] Any method of recording in which some characteristic of the recording signal, such as amplitude or frequency, is continuously varied in a manner analogous to the time variations of the original signal. { 'an·əl,äg ri'kord·iŋ }
**analog signal** [ELECTR] A nominally continuous electrical signal that varies in amplitude or frequency in response to changes in sound, light, heat, position, or pressure. { 'an·əl,äg 'sig·nəl }
**analog simulation** [COMPUT SCI] The representation of physical systems and phenomena by variables such as translation, rotation, resistance, and voltage. { 'an·əl,äg ,sim·yə'lā·shən }
**analog states** [NUC PHYS] Certain nuclear states belonging to neighboring nuclear isobars and possessing identical structure except for the transformation of one or more neutrons into the same number of protons. Also known as isobaric analog states. { 'an·əl,äg ,stāts }
**analog switch** [ELECTR] 1. A device that either transmits an analog signal without distortion or completely blocks it. 2. Any solid-state device, with or without a driver, capable of bilaterally switching voltages or current. { 'an·əl,äg ,swich }
**analog-to-digital converter** [ELECTR] A device which translates continuous analog signals into proportional discrete digital signals. { 'an·əl,äg tə 'dij·əd·əl kən'vərd·ər }
**analog-to-frequency converter** [ELECTR] A converter in which an analog input in some form other than frequency is converted to a proportional change in frequency. { 'an·əl,äg tə 'frē·kwən·sē kən'vərd·ər }
**analog voltage** [ELECTR] A voltage that varies in a continuous fashion in accordance with the magnitude of a measured variable. { 'an·əl,äg 'vōl·tij }
**anal plate** [EMBRYO] An embryonic plate formed of endoderm and ectoderm through which the anus later ruptures. [VERT ZOO] 1. One of the plates on the posterior portion of the plastron in turtles. 2. A large scale anterior to the anus of most snakes. { 'ān·əl ,plāt }
**anal sphincter** [ANAT] Either of two muscles, one voluntary and the other involuntary, controlling closing of the anus in vertebrates. { 'ān·əl 'sfiŋk·tər }
**analysis** [ANALY CHEM] The determination of the composition of a substance. [MATH] The branch of mathematics most explicitly concerned with the limit process or the concept of convergence; includes the theories of differentiation, integration and measure, infinite series, and analytic functions. Also known as mathematical analysis. [METEOROL] A detailed study in synoptic meteorology of the state of the atmosphere based on actual observations, usually including a separation of the entity into its component patterns and involving the drawing of families of isopleths for various elements. { ə'nal·ə·səs }
**analyte** [ANALY CHEM] The sample being analyzed. { 'an·ə,līt }
**analytical aerotriangulation** [ENG] Analytical phototriangulation, performed with aerial photographs. { ,an·əl'id·ə·kəl ,er·ō,trī,aŋ·gyə'lā·shən }
**analytical balance** [ENG] A balance with a sensitivity of 0.1–0.01 milligram. { ,an·əl'id·ə·kəl 'bal·əns }
**analytical centrifugation** [ENG] Centrifugation following precipitation to separate solids from solid-liquid suspensions; faster than filtration. { ,an·əl'id·ə·kəl sen,trif·ə'gā·shən }
**analytical chemistry** [CHEM] The branch of chemistry dealing with techniques which yield any type of information about chemical systems. { ,an·əl'id·ə·kəl 'kem·ə·strē }
**analytical distillation** [ANALY CHEM] Precise resolution of a volatile liquid mixture into its components; the mixture is vaporized by heat or vacuum, and the vaporized components are recondensed into liquids at their respective boiling points. { ,an·əl'id·ə·kəl ,dis·tə'lā·shən }
**analytical engine** [COMPUT SCI] An early-19th-century form of mechanically operated digital computer. { ,an·əl'id·ə·kəl 'en·jən }
**analytical extraction** [ANALY CHEM] Precise transfer of one or more components of a mixture (liquid to liquid, gas to liquid, solid to liquid) by contacting the mixture with a solvent in which the component of interest is preferentially soluble. { ,an·əl'id·ə·kəl ik'strak·shən }
**analytical function generator** [ELECTR] An analog computer device in which the dependence of an output variable on one or more input variables is given by a function that also appears in a physical law. Also known as natural function generator; natural law function generator. { ,an·əl'id·ə·kəl 'fəŋk·shən ,jen·ə,rād·ər }
**analytical geomorphology** See dynamic geomorphology. { ,an·əl'id·ə·kəl ,jē·ō,mor'fäl·ə·jē }
**analytical nadir-point triangulation** [ENG] Radial triangulation performed by computational routines in which nadir points are utilized as radial centers. { ,an·əl'id·ə·kəl ¦nā,dir ¦point ,trī,aŋ·gyə'lā·shən }
**analytical orientation** [ENG] The computational steps required to determine tilt, direction of principal line, flight height, angular elements, and linear elements in preparing aerial photographs for rectification. { ,an·əl'id·ə·kəl ,or·ē·ən'tā·shən }
**analytical photogrammetry** [ENG] A method of photogrammetry in which solutions are obtained by mathematical methods. { ,an·əl'id·ə·kəl ,fōd·ə'gram·ə·trē }
**analytical photography** [ENG] Photography, either motion picture or still, accomplished to determine (by qualitative, quantitative, or any other means) whether a particular phenomenon does or does not occur. { ,an·əl'id·ə·kəl fə'täg·rə·fē }
**analytical phototriangulation** [ENG] A phototriangulation procedure in which the spatial solution is obtained by computational routines. { ,an·əl'id·ə·kəl ,fōd·ō,trī,aŋ·gyə'lā·shən }
**analytical radar prediction** [ENG] Prediction based on proven formulas, power tables, or graphs; considers surface height, structural and terrain information, and criteria for radar reflectivity together with the aspect angle and range to the target. { ,an·əl'id·ə·kəl 'rā,där prə'dik·shən }
**analytical radial triangulation** [ENG] Radial triangulation performed by computational routines. { ,an·əl'id·ə·kəl 'rād·ē·əl ,trī,aŋ·gyə'lā·shən }
**analytical three-point resection radial triangulation** [ENG] A method of computing the coordinates of the ground principal points of overlapping aerial photographs by resecting on three horizontal control points appearing in the overlap area. { ,an·əl'id·ə·kəl ¦thrē ¦point rē'sek·shən 'rād·ē·əl ,trī,aŋ·gyə'lā·shən }
**analytical ultracentrifuge** [ENG] An ultracentrifuge that uses one of three optical systems (schlieren, Rayleigh, or absorption) for the accurate determination of sedimentation velocity or equilibrium. { ,an·əl'id·ə·kəl ¦əl·trə¦sen·trə,fyüj }
**analytic continuation** [MATH] The process of extending an analytic function to a domain larger than the one on which it was originally defined. { ,an·əl'id·ik kən·tin·yü'ā·shən }
**analytic curve** [MATH] A curve whose parametric equations are real analytic functions of the same real variable. { ,an·əl'id·ik 'kərv }
**analytic function** [MATH] A function which can be represented by a convergent Taylor series. Also known as holomorphic function. { ,an·əl'id·ik 'fəŋk·shən }
**analytic geometry** [MATH] The study of geometric figures and curves using a coordinate system and the methods of algebra. Also known as cartesian geometry. { ,an·əl'id·ik jē'äm·ə·trē }
**analytic hierarchy** [MATH] A systematic procedure for representing the elements of any problem which breaks down the problem into its smaller constituents and then calls for only simple pairwise comparison judgments to develop priorities at each level. { ,an·əl'id·ik 'hī·ər,är·kē }
**analytic inertial navigation** [NAV] Inertial navigation in which outputs of accelerometers that have inertia-maintained orientations are converted to geographic navigational data by automatic computers. { ,an·əl'id·ik in'ər·shəl ,nav·ə'gā·shən }
**analytic mechanics** [MECH] The application of differential and integral calculus to classical (nonquantum) mechanics. { ,an·əl'id·ik mi'kan·iks }
**analytic number theory** [MATH] The study of problems concerning the discrete domain of integers by means of the mathematics of continuity. { ,an·əl'id·ik 'nəm·bər ,thē·ə·rē }
**analytic psychology** [PSYCH] The school of psychology that regards the libido not as an expression of the sex instinct, but of the will to live; the unconscious mind is thought to express certain archaic memories of race. Also known as Jungian psychology. { ,an·əl'id·ik sī'käl·ə·jē }



ANALYTICAL BALANCE

The rider analytical balance; simplest type of analytical balance.



TOXOGLOSSATE RADULA

Toxoglossate radula from marine gastropods: (a) *Conus* species; (b) *Terebra* species. (From R. R. Shrock and W. H. Twenhofel, *Principles of Invertebrate Paleontology*, 2d ed., McGraw-Hill, 1953)



TRACE FOSSIL

Feeding trail, a trace fossil resulting from the grazing of animals along the surface of a sediment, in ichnogenus *Cosmorhaphe*, from Tertiary sediments at Pologne. (From R. C. Moore, ed., *Treatise on Invertebrate Paleontology*, pt. W, University of Kansas Press, 1962)



TRACHEID

Drawing of a tracheid, showing characteristic features. (From H. J. Fuller and O. Tippo, *College Botany*, rev ed., Holt, 1954)

**Toxasteridae** [PALEON] A family of Cretaceous echinoderms in the order Spatangoida which lacked fascioles and petals { ˌtäk·səˈster·əˌdē }

**toxemia** [MED] A condition in which the blood contains toxic substances, either of microbial origin or as by-products of abnormal protein metabolism { täkˈsē·mē·ə }

**toxemia of pregnancy** *See* preeclampsia. { täkˈsē·mē·ə əv ˈpreg·nən·sē }

**toxic** [MED] Relating to a harmful effect by a poisonous substance on the human body by physical contact, ingestion, or inhalation { ˈtäk·sik }

**toxic amaurosis** [MED] Blindness following the introduction of toxic substances into the body, such as ethyl and methyl alcohol, tobacco, lead, and metabolites of uremia and diabetes. { ˈtäk·sik ˌmȯˈrō·səs }

**toxic goiter** *See* hyperthyroidism. { ˈtäk·sik ˈgȯid·ər }

**toxic hepatitis** [MED] Inflammation of the liver caused by chemical agents ingested or inhaled into the body, such as chlorinated hydrocarbons and some alkaloids { ˈtäk·sik ˌhep·əˈtīd·əs }

**toxicity** [PHARM] 1. The quality of being toxic. 2. The kind and amount of poison or toxin produced by a microorganism, or possessed by a chemical substance not of biological origin { täkˈsis·əd·ē }

**toxicology** [PHARM] The study of poisons, including their nature, effects, and detection, and methods of treatment { ˌtäk·səˈkäl·ə·jē }

**toxicophobia** [PSYCH] Abnormal fear of being poisoned { ˌtäk·sə·kōˈfō·bē·ə }

**toxic psychosis** [MED] A brain disorder due to a toxic agent such as lead or alcohol. { ˈtäk·sik sīˈkō·səs }

**toxicyst** [INV ZOO] A type of trichocyst in Protozoa which may, upon contact, induce paralysis or lysis of the prey { ˈtäk·səˌsist }

**toxigenicity** [MICROBIO] A microorganism's capability for producing toxic substances. { ˌtäk·sə·jəˈnis·əd·ē }

**toxin** [BIOCHEM] Any of various poisonous substances produced by certain plant and animal cells, including bacterial toxins, phytotoxins, and zootoxins. { ˈtäk·sən }

**Toxodontia** [PALEON] An extinct suborder of mammals representing a central stock of the order Notoungulata { ˌtäk·səˈdän·chə }

**Toxoglossa** [INV ZOO] A group of carnivorous marine gastropod mollusks distinguished by a highly modified radula (toxoglossate). { ˌtäk·səˈgläs·ə }

**toxoglossate radula** [INV ZOO] A radula in certain carnivorous gastropods having elongated, spearlike teeth often perforated by the ducts of large poison glands { ˈtäk·səˌgläˌsāt ˈraj·ə·lə }

**toxoid** [IMMUNOL] Detoxified toxin, but with antigenic properties intact; toxoids of tetanus and diphtheria are used for immunization { ˈtäkˌsȯid }

**Toxoplasmea** [INV ZOO] A class of the protozoan subphylum Sporozoa composed of small, crescent-shaped organisms that move by body flexion or gliding and are characterized by a two-layered pellicle with underlying microtubules, micropyle, paired organelles, and micronemes. { ˌtäk·səˈplaz·mē·ə }

**Toxoplasmida** [INV ZOO] An order of the class Toxoplasmea; members are parasites of vertebrates { ˌtäk·səˈplaz·məd·ə }

**toxoplasmin** [BIOCHEM] The *Toxoplasma* antigen; used in a skin test to demonstrate delayed hypersensitivity to toxoplasmosis. { ˌtäk·səˈplaz·mən }

**toxoplasmosis** [MED] Infection by the protozoan *Toxoplasma gondii*, manifested clinically in severe cases by jaundice, hepatomegaly, and splenomegaly. { ˌtäk·sə·plazˈmō·səs }

**Toxopneustidae** [INV ZOO] A family of Tertiary and extant echinoderms of the order Temnopleuroida where the branchial slits are deep and the test tends to be absent { ˌtäk·səˈnyü·stəˌdē }

**Toxotidae** [VERT ZOO] The archerfishes, a family of small fresh-water forms in the order Perciformes { täkˈsäd·əˌdē }

**TPA** *See* terephthalic acid

**T pad** [ELEC] A pad made up of resistance elements arranged as a T network (two resistors inserted in one line, with a third between their junction and the other line). { ˈtē ˌpad }

**T phage** [VIROL] Any of a series (T1–T7) of deoxyribonucleic acid phages which lyse strains of the gram-negative bacterium *Escherichia coli* and its relatives { ˈtē ˌfāj }

**TP monitor** *See* teleprocessing monitor. { ˈtēˈpē ˌmän·əd·ər }

**TPN** *See* triphosphopyridine nucleotide.

**TPR** *See* airborne profile recorder

**t quark** *See* truth quark. { ˈtē ˌkwärk }

**Tr** *See* trace

**trabecula** [ANAT] A band of fibrous or muscular tissue extending from the capsule or wall into the interior of an organ { trəˈbek·yə·lə }

**trace** [COMPUT SCI] To provide a record of every step, or selected steps, executed by a computer program, and by extension, the record produced by this operation [ELECTR] The visible path of a moving spot on the screen of a cathode-ray tube. Also known as line [ENG] The record made by a recording device, such as a seismometer or electrocardiograph. [GEOL] The intersection of two geological surfaces [MATH] The trace of a matrix is the sum of the entries along its principal diagonal. Designated Tr Also known as spur. [METEOROL] A precipitation of less than 0.005 inch (0.127 millimeter) [SCI TECH] An extremely small but detectable quantity of a substance. { trās }

**trace analysis** [ANALY CHEM] Analysis of a very small quantity of material of a sample by such techniques as polarography or spectroscopy { trās əˌnal·ə·səs }

**trace element** [BIOCHEM] A chemical element that is needed in minute quantities for the proper growth, development, and physiology of the organism. Also known as micronutrient [GEOCHEM] An element found in small quantities (usually less than 1.0%) in a mineral Also known as accessory element; guest element. { trās ˌel·ə·mənt }

**trace fossil** [GEOL] A trail, track, or burrow made by an animal and found in ancient sediments such as sandstone, shale, or limestone Also known as ichnofossil { trās ˈfäs·əl }

**trace interval** [ELECTR] Interval corresponding to the direction of sweep used for delineation. { trās ˈin·tər·vəl }

**tracer** [CHEM] A foreign substance, usually radioactive, that is mixed with or attached to a given substance so the distribution or location of the latter can later be determined; used to trace chemical behavior of a natural element in an organism. Also known as tracer element [ENG] A thread of contrasting color woven into the insulation of a wire for identification purposes { trā·sər }

**tracer bullet** [ORD] A bullet containing a pyrotechnic mixture to make the flight of the projectile visible by day and night { trā·sər ˌbul·ət }

**tracer element** *See* tracer { trā·sər ˌel·ə·mənt }

**tracer gas** [ENG] In vacuum testing for leaks, a gas emitting through a leak in a pressure system and subsequently conducted into the detector. { trā·sər ˌgas }

**tracer milling** [MECH ENG] Cutting a duplicate of a three-dimensional form by using a mastic form to direct the tracer-controlled cutter. { trā·sər ˌmil·iŋ }

**tracer mixture** [ORD] A pyrotechnic composition used for loading tracer bullets { trā·sər ˌmiks·chər }

**trace routine** [COMPUT SCI] A routine which tracks the execution of a program, step by step, to locate a program malfunction. Also known as tracing routine { trās rüˌtēn }

**trace sensitivity** [ELECTR] The ability of an oscilloscope to produce a visible trace on the scope face for a specified input voltage. { trās ˌsen·səˌtiv·əd·ē }

**trace slip** [GEOL] That component of the net slip in a fault which is parallel to the trace of an index plane on a fault plane { trās ˌslip }

**trace-slip fault** [GEOL] A fault whose net slip is trace slip { trās ˌslip ˌfȯlt }

**trace statement** [COMPUT SCI] A statement, included in certain programming languages, that causes certain error-checking procedures to be carried out on specified segments of a source program { trās ˌstāt·mənt }

**trachea** [ANAT] The cartilaginous and membranous tube by which air passes to and from the lungs in humans and many vertebrates [BOT] A xylem vessel resembling the trachea of vertebrates [INV ZOO] One of the anastomosing air-conveying tubules composing the respiratory system in most insects { ˈtrā·kē·ə }

**tracheid** [BOT] An elongate, spindle-shaped xylem cell, lacking protoplasm at maturity, and having secondary walls laid in various thicknesses and patterns over the primary wall { ˈtrā·kēˌəd }

**Tracheophyta** [BOT] A large group of plants characterized