# EXHIBIT R

## In The Matter Of:

*APPLERA CORP. v. MICROMASS*

*DONALD DOUGLAS*
*August 24, 2001*

*FINK & CARNEY*
*REPORTING AND VIDEO SERVICES*
*39 WEST 37TH STREET*
*NEW YORK, NY USA 10018*
*(212) 869-1500  or  (800) 692-3465*

*Original File 010824DD.TXT, 250 Pages*
*Min-U-Script® File ID: 1966266379*

**Word Index included with this Min-U-Script®**

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

TA 335

APL 015475

Case 1:04-cv-01230-GMS   Document 59-23   Filed 11/18/2005   Page 3 of 4

APPLERA CORP. v.
MICROMASS

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE
ORDER

DONALD DOUGLAS
August 24, 2001

Page 396

[1] next sentence:
[2]     "With an ion trap, ions of a
[3] selected range of mass to charge ratios
[4] are trapped or stored for a period of
[5] time (which can be quite lengthy) due to
[6] electric fields generated with
[7] electrodes "
[8]     Do you agree with that statement?
[9]     MR. POPOVSKI: Objection. Vague.
[10]    THE WITNESS: Yes.
[11]                MR. SCHULER:
[12]    Q: Okay. Do you agree that that distinguishes an ion
[13] trap from the invention that you disclosed in the
[14] 736 patent?
[15]    MR. POPOVSKI: Objection. Vague. Calls for speculation,
[16] and a legal conclusion.
[17]    THE WITNESS: It was two parts to the sentence. It says
[18] ions are trapped and stored for a period of time,
[19] which can be quite lengthy. That's very different
[20] from the ion guide. But both ion guides and traps
[21] have electric fields generated with electrodes.
[22]                MR. SCHULER:
[23]    Q: So, the fact that an RF field is generated with an
[24] electrode, as opposed to a rod set, is not a
[25] distinguishing feature between an ion trap and the

Page 397

[1] 736 invention?
[2]    MR. POPOVSKI: Objection. Mischaracterizes. Calls for
[3] legal conclusions.
[4]    THE WITNESS: Yes, it's a very different device. It's a
[5] three dimensional — It stores ions in three
[6] dimensions, or confines ions in three dimensions;
[7] whereas, as ion guide only confines ions in two
[8] dimensions.
[9]                MR. SCHULER:
[10]   Q: Do you agree with me that a device that stores
[11] ions in electric fields is fundamentally different
[12] from what is claimed in the 736 patent?
[13]   MR. POPOVSKI: Same objection. Vague.
[14]   THE WITNESS: Well, there's no ion storage in the 736
[15] patent.
[16]               MR. SCHULER:
[17]   Q: So, an ion guide that has some trapping would not
[18] be practicing the invention that you disclosed in
[19] the 736 patent?
[20]   MR. POPOVSKI: Objection. Calls for a conclusion — Calls
[21] for legal conclusions. Speculation. And the
[22] question is vague.
[23]   THE WITNESS: There's nothing in the 736 patent about
[24] trapping.
[25]               MR. SCHULER:

Page 398

[1]   Q: And you agree with this principle statement that
[2] it distinguishes the invention from an ion trap
[3] that ions are stored for some period of time in
[4] the trap?
[5]   MR. POPOVSKI: Objection. Vague.
[6]   THE WITNESS: No, there's other differences, as well. There
[7] are other differences, as well.
[8]               MR. SCHULER:
[9]   Q: Okay. I realize there may be other differences,
[10] but do you agree that that one difference, in and
[11] of itself, distinguishes the Schaaf article and
[12] ion trap from the invention disclosed in the 736
[13] patent?
[14]   MR. POPOVSKI: Objection. Calls for legal conclusions, and
[15] the question is vague.
[16]   THE WITNESS: Yeah. I mean, you are asking me to make a
[17] legal decision. I can't comment on that. As a
[18] scientist, I would say trapping ions, and not
[19] trapping ions is a big difference.
[20]               MR. SCHULER:
[21]   Q: Now, you are familiar with the mathematics of
[22] motions in a quadrupole ion trap, are you not?
[23]   A: Somewhat.
[24]   Q: And we have motion in the X direction. Right?
[25]   A: Yeah. Sorry. In traps, or quads?

Page 399

[1]   Q: In traps.
[2]   A: In traps, yes.
[3]   Q: And we have motion in the Y direction. Correct?
[4]   A: Yes.
[5]   Q: And then, the three-dimensional aspect, is that
[6] from the motion in the Z or Z direction?
[7]   Correct?
[8]   A: Yes.
[9]   Q: Okay. And in the linear quadrupole we have motion
[10] in the X direction. Correct?
[11]  A: Yes.
[12]  Q: And we have motion in the Y direction. Correct?
[13]  A: Yes.
[14]  Q: And we have no Z or Z direction. Right?
[15]  A: Well, there's a Z direction, but there's no
[16] confinement in the Z direction.
[17]  Q: Okay. So, it's — Mathematically, when people are
[18] discussing motion — ion motion in a linear
[19] quadrupole, they ignore the motion in the Z
[20] direction. Isn't that right?
[21]  MR. POPOVSKI: Objection. Vague, and calls for speculation.
[22]  THE WITNESS: No. Well, what's the simple answer. There is
[23] no simple answer, because the Z motion determines,
[24] for example, how long the ions spend in the linear
[25] quadrupole, and that's an important variable. So,

Page 400

[1] the Z motion is still important, so people do
[2] think about it. So, it's not quite correct to say
[3] that nobody is concerned about the Z motion.
[4]               MR. SCHULER:
[5]   Q: But as far as performing its function, the Z
[6] direction is important in the quadrupole ion trap
[7] because you're confining them within the trap.
[8]   Is that right?
[9]   A: Yes.
[10]  MR. POPOVSKI: Objection. Vague.
[11]  THE WITNESS: Well, I mean —
[12]              MR. SCHULER:
[13]  Q: Among other reasons.
[14]  A: — I can't give a complete description of ion
[15] traps, but ions are stored in X, Y and Z, yes.
[16]  Q: And it's true that in both ion traps and in
[17] quadrupole mass analysers, or quadrupole fields
[18] that the motion of an ion in any one direction is
[19] independent of its motion in the other direction.
[20] Correct?
[21]  MR. POPOVSKI: Objection. Calls for speculation.
[22]  THE WITNESS: In an ideal device, yes.
[23]              MR. SCHULER:
[24]  Q: Okay. Ideal meaning that the fields are properly
[25] generated?

Page 401

[1]   A: Meaning it's a perfect quadrupole field, and
[2] there's no collisions, for example.
[3]   Q: Okay. And that is in fact how most mathematical
[4] modelling was done of quadrupole fields.
[5]   Is that right?
[6]   MR. POPOVSKI: Objection. Calls for speculation. The
[7] question is vague.
[8]   THE WITNESS: That's how the simplest models of traps are
[9] described.
[10]              MR. SCHULER:
[11]  Q: And it's true, is it not, that if I know the
[12] direction — the effects of collisions on ion
[13] motion in the X and Y direction in an ion trap, I
[14] could then apply those mathematical equations,
[15] with very simple adjustments for the fact that
[16] it's a linear quadrupole, to the behaviour of ions
[17] under the same conditions in a linear quadrupole.
[18] Correct?
[19]  MR. POPOVSKI: Objection.
[20]  MR. SCHULER: Yes, in a linear quadrupole.
[21]  MR. POPOVSKI: I'll object to the question as vague, and
[22] calls for speculation.
[23]  THE WITNESS: The equations that describe X and Y motion in
[24] a linear quadrupole — in a linear quadrupole are
[25] similar to the equations that describe X and Y

| APPLERA CORP. v. MICROMASS | HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER | DONALD DOUGLAS August 24, 2001 |

Page 420

[1] concerning Schaaf in the reexamination proceeding?
[2]     MR. POPOVSKI: Objection. Asked and answered numerous times
[3] already.
[4]     THE WITNESS: No one consulted with me.
[5]     MR. SCHULER:
[6]     Q: Okay.
[7]     A: This is the first time I've seen this.
[8]     Q: Okay. Had they consulted with you, I take it you
[9] would have disclosed your patent concerning
[10] trapping ions in a quadrupole?
[11]    MR. POPOVSKI: Objection. Calls for speculation and legal
[12] conclusions.
[13]    THE WITNESS: I do have a patent for trapping ions in a
[14] linear quadrupole, but I don't know when that —
[15] what year that is.
[16]    (Exhibit 16 for identification: United States Patent
[17] 5,179,278 dated January 12, 1993.)
[18]    MR. SCHULER:
[19]    Q: Doctor Douglas, I handed you what's been marked as
[20] Douglas Exhibit 16, which, for the record, is
[21] United States Patent Number 5,179,278, dated
[22] January 12th, 1983, issued to Donald J. Douglas.
[23] It's entitled Multipole Inlet System for Ion
[24] Traps.
[25]    I take it that you recognize Exhibit

Page 421

[1] Number 16, Doctor Douglas?
[2]    A: Yes.
[3]    Q: Is this the patent to which you were referring in
[4] your previous answer?
[5]    MR. POPOVSKI: Take your time, and read through it.
[6]    THE WITNESS: Okay. What was the question again?
[7]    MR. SCHULER:
[8]    Q: Very simply, is this the patent to which you were
[9] referring in your previous answer?
[10]    A: I believe it is.
[11]    Q: Okay. And you see the date is January 12th, 1993?
[12]    A: Yes.
[13]    Q: And do you see that the date — If you look with
[14] me on page 1 of Exhibit 10, it's dated
[15] September 30th — the next page — September 30th,
[16] 1997?
[17]    A: Sorry. Where is that?
[18]    Q: It's —
[19]    A: Oh, I see it. Okay. Yeah.
[20]    Q: Okay. So, approximately four years prior to the
[21] submission of Exhibit Number 10 to the Patent
[22] Office, you had patented the idea of utilizing a
[23] quadrupole ion guide as an iron trap.
[24]    Correct?
[25]    MR. POPOVSKI: Objection. Calls for legal conclusions, and

Page 422

[1] speculation.
[2]    THE WITNESS: Well, we did have a patent in 19 —
[3] apparently, in 1993 on trapping ions in a linear
[4] ion guide.
[5]    MR. SCHULER:
[6]    Q: And had someone consulted with you about whether
[7] an ion transmission rod set was fundamentally
[8] different from an ion trap prior to making
[9] statements to the Patent Office in 1997, I take it
[10] you would have made them aware of the fact that an
[11] ion guide can be used as an ion trap.
[12]    Correct?
[13]    MR. POPOVSKI: Objection. Calls for legal conclusions, and
[14] speculation.
[15]    THE WITNESS: I might have said that I don't know what this
[16] means legally, but maybe you should consider
[17] this — have a look at this.
[18]    MR. SCHULER:
[19]    Q: If you would turn to column 4, line 23. Do you
[20] see it says:
[21]    "When the quadrupole rods 44
[22] are placed in the path of the ion stream
[23] 46 between the ion source 12 and the ion
[24] trap 58, the rods 44 can be used as a
[25] trap to store ions"?

Page 423

[1]    Do you see that?
[2]    A: Yes.
[3]    Q: Down below, on line 34, it says:
[4]    "(Alternatively this can be
[5] accomplished by placing a higher voltage
[6] on plate 52 or orifice 50, and omitting
[7] grid 70.)"
[8]    Do you see that?
[9]    A: Yeah. I just want to see the figure to see what
[10] these are.
[11]    Yes.
[12]    Q: Okay. And then, line 51 — it's tough to say,
[13] because it's in between 50 and 51 — it says:
[14]    "An advantage of using
[15] quadrupole RF only rods as a pre-trap
[16] for an ion trap is that the RF only rods
[17] can store more ions than an ion trap and
[18] can be used to store ions while the ion
[19] trap is performing its analysis."
[20]    Do you see that?
[21]    A: Yes.
[22]    Q: And you agree with me that it might be pertinent
[23] to evaluating the veracity of these statements
[24] about the differences between an ion trap and an
[25] AC-only ion guide that an AC-only ion guide

Page 424

[1] actually can trap more ions than a traditional
[2] electrode ion trap.
[3]    Correct?
[4]    MR. POPOVSKI: Objection. Calls for speculation, legal
[5] conclusions.
[6]    THE WITNESS: Yeah. I don't know how relevant this would be
[7] in a legal sense.
[8]    MR. SCHULER:
[9]    Q: In a scientific sense, do you agree it would be
[10] relevant?
[11]    MR. POPOVSKI: Same objection. Calls for speculation, legal
[12] conclusions.
[13]    THE WITNESS: No. Scientifically, it's different, because
[14] in the 3D trap you confine ions in the Z direction
[15] radio frequency field, but here there's no RF
[16] field in the Z direction. So, the trapping
[17] mechanism is different —
[18]    — in the Z direction. So, the trapping
[19] mechanism in the Z direction here is different.
[20]    MR. SCHULER:
[21]    Q: You agree with me that it would be relevant
[22] scientifically to know that an ion guide can
[23] function as a trapping mechanism.
[24]    Correct?
[25]    MR. POPOVSKI: Objection. Mischaracterizes his testimony.

Page 425

[1] Besides the fact that it's irrelevant, it's vague,
[2] and calls for legal conclusions.
[3]    THE WITNESS: All I can say is maybe.
[4]    MR. SCHULER:
[5]    Q: Now, if you would turn back with me to — We put
[6] it aside a while ago, and I apologize, but it's
[7] the — it's your article with Doctor French,
[8] Exhibit 8.
[9]    Do you have it in front of you?
[10]    A: Yes.
[11]    Q: Okay. Now, in the first column — Well, in the
[12] abstract —
[13]    Did you write the abstract?
[14]    A: Let's see. I probably did.
[15]    Q: Okay. Do you see, about midway down in the
[16] abstract, it says:
[17]    "This 'collisional focusing'
[18] appears to be analogous to effects seen
[19] in three-dimensional ion traps"?
[20]    A: Yes.
[21]    Q: And you wrote that?
[22]    A: Yeah.
[23]    Q: Then, at the bottom of the first column on the
[24] left-hand side, the last line, there's a sentence
[25] that begins:

FINK & CARNEY (800) NYC-FINK                (25) Page 420 - Page 425

TA 337

APL 015498