# EXHIBIT S

RLF1-2409499-1

Case 1:04-cv-01230-GMS    Document 59-24    Filed 11/18/2005    Page 2 of 7

ASMS:: Education - What is Mass Spectrometry?    Page 1 of 5



Previous Page | Next Page | Quick In

### HOW DOES THE ANALYZER WORK?

The analyzer uses dispersion or filtering to sort ions according to their mass-to-charge ratios or a relat property. The most widely used analyzers are magnetic sectors, quadrupole mass filters, quadrupole ic traps, Fourier transform ion cyclotron resonance spectrometers, and time-of-flight mass analyzers.

Magnetic sectors bend the trajectories of ions into circular paths of radii that depend on the momentum to-charge ratios of the ions. Ions of larger m/z follow larger radius paths than ions of smaller m/z valu so ions of differing m/z values are dispersed in space. By changing the ion trajectories through variatic of the magnetic field strength, ions of different nominal mass-to-charge ratios can be focused on a detector.



Figure 4 Electrostatic and magnetic sectors in a double focusing arrangement. The slit is the directional and energy focus point.

Double focusing mass spectrometers use a combination of magnetic and electrical fields to focus and s ions. A common configuration for a sector instrument is the geometry shown in Figure 4, in which a magnetic "sector" follows an electric "sector". The slit acts as a filter to select for a specific m/z value. The electric sector focuses the ions with respect to differences in kinetic energy that they may have as they exit the source region. "Double focusing," this combination of "angular" or "directional" focusing a energy focusing, provide mass resolution high enough to separate ions of the same nominal mass but different chemical formulae, such as $C_2H_4$, $N_2$ and CO at m/z 28. The so called "exact masses", more properly "high precision masses", of $C_2H_4$, $N_2$ and CO are 28.0313, 28.0061, and 27.9949 Daltons, respectively[2].

TA 338

Case 1:04-cv-01230-GMS   Document 59-24   Filed 11/18/2005   Page 3 of 7

ASMS:: Education - What is Mass Spectrometry?                    Page 2 of 5



Figure 5. The quadrupole mass filter. Ions with the selected mass-to-charge ratio pass through the analyzer to be collected at the detector, while ions with other m/z values collide with or escape between the rods.

Another type of mass analyzer, called a quadrupole mass filter, consists of four parallel poles or rods. In this device (Figure 5), mass sorting depends on ion motion resulting from simultaneously applied constant (dc) and radio frequency electric (rf) electric fields. Scanning is accomplished by systematically changing the field strengths, thereby changing the m/z value that is transmitted through the analyzer. Quadrupole mass spectrometers provide lower resolution than double focusing instruments but tend to be more easily interfaced to various inlet systems and to be less costly.

The quadrupole ion trap mass spectrometer (Figure 6) operates on a principle similar to a quadrupole mass filter. However, it does not operate as a filter. Rather, the ion trap stores ions for subsequent experiments and analysis. It uses fields generated by rf (and sometimes dc) voltages applied to electrodes arranged in a sandwich geometry: a ring electrode in the middle with cap electrodes on each end. Within a selected range of mass-to-charge ratios determined by the applied voltages, the device traps ions in the space bounded by the electrodes. Typically, a mass spectrum is produced by scanning the applied rf voltages to eject ions sequentially of increasing mass-to-charge ratio through an end cap opening for detection.

Case 1:04-cv-01230-GMS   Document 59-24   Filed 11/18/2005   Page 4 of 7



Figure 6. Quadrupole ion trap mass spectrometer. Ionization and mass sorting occur in the space bounded by the ring and cap electrodes. Alternatively, sample ions can be formed externally and then injected through an end cap opening.

Two other analyzers now being used frequently are the Fourier transform ion cyclotron resonance (FT-ICR) spectrometer and the time-of-flight (TOF) mass spectrometer. The unique capabilities of each of these mass analyzers make them especially useful as mass spectrometry moves into new areas of application.

In an FT-ICR spectrometer (Figure 7) ions are trapped electrostatically within a cubic cell in a constant magnetic field. A covalent orbital ("cyclotron") motion is induced by the application of a radio-frequenc pulse between the excite plates. The orbiting ions generate a faint signal in the detect plates of the cel The frequency of the signal from each ion is equal to its orbital frequency, which in turn is inversely related to its m/z value. The signal intensity of each frequency is proportional to the number of ions having that m/z value. The signal is amplified and all the frequency components are determined, yieldi the mass spectrum. If the pressure in the cell is very low, the ion orbital motion can be maintained ove many cycles and the frequency can be measured with very high precision. The FT-ICR instrument can therefore be used to generate very high resolution spectra.

TA 340

Case 1:04-cv-01230-GMS    Document 59-24    Filed 11/18/2005    Page 5 of 7

ASMS:: Education - What is Mass Spectrometry?                                      Page 4 of 5



Figure 7 FT-ICR spectrometer. Ions are trapped within a cubic cell under the influence of small trapping potentials and a constant magnetic field; the frequency of the signal measured at the detect plate is inversely proportional to ion m/z.

Time-of-flight mass analyzers (Figure 8) seperate ions by virtue of their different flight times over a known distance. A brief burst of ions is emitted from a source. These ions are accelerated so that ions like charge have equal kinetic energy and then are directed into a flight tube. Since kinetic energy is equal to $1/2\, mv^2$, where m is the mass of the ion and v is the ion velocity, the lower the ion's mass, the greater the velocity and shorter its flight time. The travel time from the ion source through the flight tube to the detector, measured in microseconds, can be transformed to the m/z value through the relationships described above. Because all ion masses are measured for each ion burst, TOF mass spectrometers offer high sensitivity as well as rapid scanning. They can provide mass data for very hig mass biomolecules.



Figure 8 In this time-of-flight mass spectrometer, ions formed from the sample by the pulsed beam arrive at the detector in the order of their m/z values.

TA 341

Case 1:04-cv-01230-GMS   Document 59-24   Filed 11/18/2005   Page 6 of 7

ASMS:: Education - What is Mass Spectrometry?                    Page 5 of 5

ASMS - American Society for Mass Spectrometry
What Is Mass Spectrometry
Contact Us
Last Updated: 12/01/2001

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

>Josy W. Ingersoll
>Adam W. Poff
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19899

I hereby certify that on November 18, 2005, I sent the foregoing document by Federal Express to the following non-registered participants:

>Walter E. Hanley, Jr.
>James Galbraith
>Huiya Wu
>Kenyon & Kenyon
>One Broadway
>New York, NY 10004

>William G. James, II
>Fred T. Grasso
>Kenyon & Kenyon
>1500 K Street N.W., Suite 700
>Washington, DC 20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED: November 18, 2005

RLF1-2797915-1