IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　　Plaintiffs,<br><br>v.<br><br>THERMO ELECTRON CORP.,<br>　　　　Defendant. | Civil Action No.: 04-1230 GMS |
| THERMO FINNIGAN LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　　Defendants. | Civil Action No.: 05-110 GMS<br>**[Consolidated]** |

## NOTICE OF DEPOSITION OF JOHN S. PRATT

PLEASE TAKE NOTICE that Defendant Thermo Electron Corp. will take the oral deposition of John S. Pratt. The deposition will commence on December 22, 2005, at 9:00 a.m. before a notary public or other officer authorized to administer oaths, at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109. The deposition will continue from day-to-day until completed and will be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine.

RLF1-2950037-1

-2-

|  |  |
|---|---|
|  | *Kelly E. Farnan* |
|  | Frederick L. Cottrell, III (#2555) |
|  | Cottrell@RLF.com |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| William F. Lee | Farnan@RLF.com |
| Wayne L. Stoner | Richards, Layton & Finger |
| Stephen M. Muller | One Rodney Square |
| Michael R. Dube | P.O. Box 551 |
| Lauren B. Fletcher | Wilmington, DE 19899 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Telephone: (302) 651-7700 |
| 60 State Street | Attorneys for Thermo Electron Corp. |
| Boston, MA 02109 |  |
| Telephone: (617) 526-6000 |  |

Dated: November 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing, and hand delivered, to the following:

> Josy W. Ingersoll
> Adam W. Poff
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19899

I hereby certify that on November 29, 2005, I sent the foregoing document by Federal Express to the following non-registered participants:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004
>
> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC 20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
(Farnan@RLF.com)

DATED: November 29, 2005

RLF1-2797915-1