# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

December 2, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   <u>Applera Corp., et al. v. Thermo Electron Corp., C.A. No. 04-1230-GMS</u>

Dear Judge Sleet:

      I write on behalf of Thermo Electron Corporation and Thermo Finnigan, LLC (collectively, "Thermo") to inform the Court that Thermo has engaged special Delaware counsel to represent it in any matter relating to a discovery dispute to be heard by Your Honor on December 6, 2005. The discovery dispute relates to a protective order entered in the Micromass litigation, in which Richards, Layton and Finger was Delaware counsel to Micromass, Inc. and Micromass UK, Ltd. To avoid any potential conflict, Thermo has engaged special Delaware counsel to handle this matter only.

      As always, if Your Honor has any questions regarding the foregoing, counsel remains available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III

FLC:kef
cc:   Clerk of the Court (by e-filing and hand delivery)
      Josy W. Ingersoll, Esquire (by e-filing and hand delivery)
      Jeffrey S. Ginsberg, Esquire (by facsimile)

RLF1-2952301-1