IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMNETS,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant and Counter-Plaintiff. | Civil Action No. 04-1230-GMS |
| THERMO FINNIGAN LLC,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMNETS,<br><br>    Defendants and Counter-Plaintiff. | Civil Action No. 05-110-GMS<br><br>(Consolidated) |

**LIMITED ENTRY OF APPEARANCE**

TO:   U.S. District Court for the District of Delaware
       844 North King Street
       Lock Box 19
       Wilmington, DE 19801

**PLEASE ENTER** the appearance of Adam Balick of Bifferato, Gentilotti, Biden & Balick, P.A. on behalf of the Defendant/Counter-Plaintiff, Thermo Electron Corporation and Plaintiff/Counter–Defendant, Thermo Finnigan LLC., in connection

with a discovery dispute with Waters Corporation, Micromass UK LTD., and Micromass Inc., which are not parties to this action.

                                  BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.

/s/ Adam Balick
Adam Balick (ID # 2718)
711 King Street
Wilmington, Delaware 19801
(302) 429-1900
abalick@bgbblaw.com
Attorneys for Thermo Electron Corporation and
Thermo Finnigan LLC.,

Of Counsel:

Stephen M. Muller
WilmerHale
60 State Street
Boston, MA 02109 USA
617-526-6157
stephen.muller@wilmerhale.com

Dated: December 2, 2005

...

## CERTIFICATE OF SERVICE

I, Adam Balick hereby certify that on the 2nd day of December, 2005 the attached Limited Entry of Appearance was served electronically upon the following:

Kelly E. Farnan
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Josy W. Ingersoll
jingersoll@ycst.com
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmingtn, DE 19899-0391

Karen Elizabeth Keller
kkeller@ycst.com
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmingtn, DE 19899-0391

_____
ADAM BALICK