IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, )))) ) Plaintiffs and ) Counter-Defendants, ) ) v. ) ) THERMO ELECTRON CORPORATION, ) ) ) Defendant and ) Counter-Plaintiff. ) | Civil Action No. 04-1230-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, MDS,

Inc., and Applied Biosystems/MDS Sciex Instruments, caused copies of AB/Sciex's First

Supplemental Response to Defendant Thermo Electron Corporation's First Set of Interrogatories

(Nos. 29-50) to be served on December 2, 2005 on the following counsel of record in the manner

indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware  19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
WILMER CUTLER PICKERING HALE and DORR LLP
60 State Street
Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on December 2, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com

*Attorneys for Applera Corporation,*
*MDS, Inc., and Applied Biosystems/MDS*
*Sciex Instruments*

DB01:1926071.1                                                                                                    063533.1001

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200


Dated:  December 2, 2005

063533.1001