# BIFFERATO GENTILOTTI
# BIDEN & BALICK

December 5, 2005

<div style="float:left">

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
Adam Balick
George T. Lees, III
Veronica O. Faust
Joanne Ceballos
David W. deBruin*
David A. Denham
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel
*Admitted in PA & NJ only

</div>

<div style="float:right">

Senior Counsel
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

</div>

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re: <u>AB/Sciex v. Thermo Electron Corp.</u>, Civil Action No. 04-1230 GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled on Tuesday, December 6, 2005 at 3:00 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

<u>Defendant Thermo raises the following issues with respect to Plaintiff AB/Sciex and third-party Waters Corporation ("Waters"):</u>

1) Whether certain materials sought are relevant to the lawsuit;

2) The extent to which such relevance outweighs Waters' right to keep the materials confidential beyond the confidentiality protections already in place; and

3) Whether restrictions on the access to the requested material that have been proposed by Waters are reasonable.

Respectfully,

/s/ Adam Balick

Adam Balick

AB/ls

cc: Kelly E. Farnan, Esquire
Josy W. Ingersoll, Esquire
Karen Elizabeth Keller, Esquire
Steven M. Muller, Esquire
Clerk of Court

www.bgbblaw.com

1308 Delaware Avenue          200 Biddle Avenue, Suite 203      711 King Street               701 Rehoboth Avenue
Wilmington, DE 19806          Newark, DE 19702                  Wilmington, DE 19801          Rehoboth Beach, DE 19971
Phone: 302 429 1900           Phone: 302 429 1900               Phone: 302 658 4265           Phone: 302 227 6600
Fax: 302 429 8600             Fax: 302 832 7540                 Fax: 302 658 1682             Toll-Free: 866 618 2433
                                                                                              Fax: 302 227 6778