IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>  Plaintiffs and<br>  Counterclaim Defendants,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>  Defendant and<br>  Counterclaim Plaintiff. | Civil Action No.: 04-1230-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 2, 2005, copies of Defendant Thermo Electron Corporation's Second Supplemental Responses To Plaintiffs' First Set Of Interrogatories (Nos. 1-15) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr., Esquire
James Galbraith, Esquire
Huiya Wu, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

RLF1-2952829-1

William G. James, II, Esquire
Fred T. Grasso, Esquire
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

.

                                                                    */s/ Kelly E. Farnan*
                                         Frederick L. Cottrell, III (#2555)
                                         Cottrell@RLF.com
                                         Kelly E. Farnan (#4395)

OF COUNSEL:
William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Electron Corp.
and Thermo Finnigan LLC

Dated: December 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, copies of the foregoing document were served on the following attorneys at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll
Adam W. Poff
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

Kelly E. Farnan (#4395)
Farnan@RLF.com

RLF1-2872448-1