EXHIBIT G



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

_Ex Parte_ Reexamination Filing Data  – March 31, 2005

1.  Total requests filed since start of ex parte reexam on 07/01/81 ......................................... 7490

    a.  By patent owner                                    3143    42%
    b.  By other member of public                   4182    56%
    c.  By order of Commissioner                    165     2%

2.  Number of filings by discipline

    a.  Chemical Operation                        2346    31%
    b.  Electrical Operation                      2361    32%
    c.  Mechanical Operation                    2783    37%

3.  Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 256 YTD |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation ................................................................. 1620    22%

5.  Determinations on requests ......................................................................... 7240

    a.  No. granted ........................................................................... 6589 ................. 91%

        (1)  By examiner                          6483
        (2)  By Director (on petition)            106

    b.  No. denied ............................................................................. 651 ................. 9%

        (1)  By examiner                          616
        (2)  Order vacated                     35

6. Total examiner denials (includes denials reversed by Director) ............................ 722

    a. Patent owner requester                                  417        58%
    b. Third party requester                                   305        42%

7. Overall reexamination pendency  (Filing date to certificate issue date)

    a. Average pendency          21.6  (mos.)
    b. Median pendency           16.9  (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 39% | 60% | 1% | 26% |
| b. All claims cancelled | 31% | 64% | 5% | 10% |
| c. Claims changes | 47% | 50% | 3% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ........................ 5094

    a. Certificates with all claims confirmed       1328    26%
    b. Certificates with all claims canceled        510    10%
    c. Certificates with claims changes         3256    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER ............................................ 2223

        (1) All claims confirmed        519    23%
        (2) All claims canceled        159     7%
        (3) Claim changes          1545    70%

    b. Certificates _ 3rd PARTY REQUESTER ................................................ 2738

        (1) All claims confirmed        792    29%
        (2) All claims canceled        325    12%
        (3) Claim changes          1621    59%

    c. Certificates _ COMM'R INITIATED REEXAM ........................................ 133

        (1)  All claims confirmed         17    13%
        (2)  All claims canceled         26    20%
        (3)  Claim changes           90    67%