# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

April 25, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: **Applera Corp., et al. v. Thermo Electron Corp.,**
> **C.A. No. 04-1230-GMS**

Dear Judge Sleet:

On April 23, 2007, Thermo Fisher Scientific, Inc. ("Thermo") filed papers with the Patent and Trademark Office ("PTO") requesting reexamination by the PTO of U.S. Patent No. 4,963,736 ("the '736 patent"), the patent-in-suit in the above-captioned matter. The '736 patent is allegedly owned by plaintiff MDS Inc. Plaintiffs Applera Corp. and Applied Biosystems/MDS Sciex Instruments are allegedly co-exclusive licensees of the '736 patent.

As Your Honor is aware, this matter is presently stayed pending reexamination of Thermo's patent in Civil Action No. 05-110-GMS, with which the above-captioned matter is consolidated.

Thermo will advise the Court promptly when it learns whether the PTO will grant its request for reexamination.

If Your Honor has any questions, counsel is available at the Court's convenience.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III

cc: Clerk of the Court (by e-filing and hand delivery)
    Josy W. Ingersoll, Esq. (by e-filing and hand delivery)

RLF1-3143149-1