**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

December 13, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re: **Applera Corp., et al. v. Thermo Electron Corp.**,
     C.A. No. 04-1230-GMS

Dear Chief Judge Sleet:

  I write on behalf of Thermo Fisher Scientific Inc. ("Thermo") concerning a development relevant to the above-captioned case. As Your Honor is aware, the case is currently stayed.

  On April 23, 2007, Thermo filed papers with the Patent and Trademark Office (PTO) requesting re-examination of the patent-in-suit in the case ("the '736 patent").

  On December 10, 2007, the PTO entered an Order granting Thermo's request for re-examination. A copy of the Order is attached as Exhibit A.

  If Your Honor has any questions, counsel is available at the Court's convenience.

               Respectfully,

               /s/ Frederick L. Cottrell, III

               Frederick L. Cottrell, III

cc: Clerk of the Court (by e-filing and hand delivery)
   Josy W. Ingersoll, Esq. (by e-filing and hand delivery)

RLF1-3233497-1